IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PALOS CROSSINGS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY OF AMERICA, <br><br> SELECTIVE INSURANCE GROUP, INC., and <br><br> SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, <br><br> Defendant. | Case No.: 1:18-cv-3067 |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Selective Insurance Company of America, Selective Insurance Group, Inc., Selective Insurance Company of South Carolina ("Defendants"), by and through their attorneys, Meredith A. Webster and Kimberly M. Hare, hereby remove this cause of action to the United States District Court for the Northern District of Illinois. In support of this notice, Defendants state the following grounds for removal.

1. This action is pending before the Chancery Division of the Circuit Court of Cook County, Illinois under Case No. 18CH03854. Plaintiff Palos Crossings, L.L.C. ("Plaintiff") filed its Complaint against Defendants on March 23, 2018.

2. Selective Insurance Company of America was served on March 30, 2018. Selective Insurance Company of South Carolina was served on April 2, 2018. Selective Insurance Group, Inc. was served on April 6, 2018.

3. Pursuant to 28 U.S.C. § 1446(b), Defendants have 30 days from the receipt of the Summons and Complaint to seek removal of the action to this Court. Accordingly, this Notice of Removal is timely filed.

4. This Notice of Removal is being filed pursuant to 28 U.S.C. §§ 1332, 1367, and 2201 because this action involves a declaratory judgment between citizens of different states in which Plaintiff is alleging in excess of $75,000 in damages, as well as state law claims over which this Court may exercise supplemental jurisdiction.

5. Plaintiff alleges that it is an Illinois limited liability company in its Complaint. Plaintiff's member-managers are Shawn Marie Denning and Kathleen Ann Golding, and both are residents of Cook County, Illinois.

6. Selective Insurance Group, Inc. is a New Jersey corporation with its principal place of business in New Jersey.

7. Selective Insurance Company of America is a New Jersey corporation with its principal place of business in New Jersey.

8. Selective Insurance Company of South Carolina is an Indiana corporation with its principal place of business in New Jersey.

9. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **EXHIBIT A** and incorporated herein by reference is the Complaint and the summonses, which constitute all process, pleadings, and orders in this matter.

10. Defendants shall, promptly upon filing this Notice of Removal, give written notice thereof to Plaintiff and file a copy of this Notice of Removal with the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is incorporated herein and attached hereto as **EXHIBIT B**.

11. All Defendants consent to the removal of this case.

12. Defendants reserve the right to amend or supplement this Notice of Removal, as well as all defenses.

**WHEREFORE**, Defendants Selective Insurance Company of America, Selective Insurance Group, Inc., Selective Insurance Company of South Carolina pray that this action be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Meredith A. Webster*
Meredith A. Webster   IL #6305145
Kimberly M. Hare      IL #6323326
KUTAK ROCK LLP
Once South Wacker, Suite 2050
Chicago, IL 60606
Telephone:  (312) 612-4100
Facsimile:  (312) 612-4101
meredith.webster@kutakrock.com
kimberly.hare@kutakrock.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  I certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's e-filing system, and sent a copy via e-mail to the following:

David S. Adduce
Marc J. Chalfen
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
Firm ID No. 37474
333 West Wacker Drive Suite 2000
Chicago IL 60606
Phone (312) 236-6700
dadduce@komdr.com
mchalfen@komdr.com
**ATTORNEY FOR PLAINTIFF**

                */s/ Meredith A. Webster*
                **ATTORNEY FOR DEFENDANTS**