

**Cook County**
**Clerk of the Circuit Court**
Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

EXHIBIT
A

| Case Information Summary for Case Number |
|---|
| 2018-CH-03854 |

Filing Date: 03/23/2018

Division: Chancery Division

Ad Damnum: $0.00

Case Type: DECLARATORY JUDGEMENT

District: First Municipal

Calendar: 03

## Party Information

**Plaintiff(s)**

PALOS CROSSINGS LLC

**Attorney(s)**

KELLY OLSON MICHOD DEHANN

333 W WACKER DR 2000

CHICAGO IL, 60606

(312) 236-6700

ILLINOIS LIMITED LIABILIT

| **Defendant(s)** | **Defendant Date of Service** | **Attorney(s)** |
|---|---|---|
| INDIANA INSURANCE CORPORA | | |
| NEW JERSEY INSURANCE COMPA | | |
| SELECTIVE INSURANCE COMPA | | |

## Case Activity

Activity Date: 03/23/2018

DECLARATORY JUDGMENT COMPLAINT FILED

Court Fee: 368.00

Participant: PALOS CROSSINGS LLC

Attorney: KELLY OLSON MICHOD DEHANN

Activity Date: 03/23/2018

SUMMONS ISSUED AND RETURNABLE

Participant: PALOS CROSSINGS LLC

Attorney: KELLY OLSON MICHOD DEHANN

Case: 1:18-cv-03007 Document #: 1-1 Filed: 04/30/18 Page 2 of 217 PageID #:6

Activity Date: 03/23/2018          Participant: PALOS CROSSINGS LLC

## CASE SET ON CASE MANAGEMENT CALL

Date: 07/23/2018                    Judge: VALDERRAMA FRANKLIN
                                           ULYSES
Court Time: 0930                 Attorney: KELLY OLSON MICHOD
Court Room: 2402                           DEHANN

Back to Top

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Start a New Search

Chancery Division Civil Cover Sheet
General Chancery Section                                (5/26/16) CCCH 0623

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

PALOS CROSSINGS, L.L.C.
_____
                                        Plaintiff

                    v.                                    18CH03854

SELECTIVE INSURANCE COMPANY OF AMERICA, et al.
_____         No. _____
                                        Defendant        18CH03854

## CHANCERY DIVISION CIVIL COVER SHEET
## GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the box in front of the appropriate category which best characterizes your action being filed.

0005 ❑ Administrative Review
0001 ❑ Class Action
0002 ☑ Declaratory Judgment
0004 ❑ Injunction

0007 ❑ General Chancery
0010 ❑ Accounting
0011 ❑ Arbitration
0012 ❑ Certiorari
0013 ❑ Dissolution of Corporation
0014 ❑ Dissolution of Partnership
0015 ❑ Equitable Lien
0016 ❑ Interpleader
0017 ❑ Mandamus
0018 ❑ Ne Exeat

0019 ❑ Partition
0020 ❑ Quiet Title
0021 ❑ Quo Warranto
0022 ❑ Redemption Rights
0023 ❑ Reformation of a Contract
0024 ❑ Rescission of a Contract
0025 ❑ Specific Performance
0026 ❑ Trust Construction
     ❑ Other (specify) _____

FILED
MAR 23 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

By: _____
Atty. No.: 37474                    ❑ Pro se 99500
Name: David S. Adduce / KOMDR
Atty. for: Plaintiff, Palos Crossings, L.L.C.
Address: 333 West Wacker Drive, Suite 2000
City/State/Zip: Chicago, IL 60606
Telephone: (312) 236-6700
Primary Email: dadduce@komdr.com
Secondary Email: mchalfen@komdr.com
Tertiary Email: _____

**Pro Se Only:** ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice from the **Clerk's Office** for this case at this Email address:

_____

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
001118338 Chancery-01 3/23/2018 3:19PM
54474  54474   140  UNMICHEL
AD DAMNUM:                           $0.00
CASE NO: 2018CH03854      CALENDAR: 03
COURT DATE: 4/9/0000 12:00AM
CASE TOTAL: $368.00
Base Filing Fee 6
Document Storage
Automation                       $240.00
Law Library                       $25.00
Arbitration                       $25.00
Dispute Resolution                $21.00
Courts Services                   $10.00
Access Justice Fund                $1.00
Mental Health Fund                $25.00
Digital Divide                    $13.00
TRANSACTION TOTAL                 $368.00
                                 $368.00
        THANK YOU
                                 $368.00
```

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (01/25/17) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION

PALOS CROSSINGS, L.L.C.

(Name all parties)

v.

No. 18CH03854

SELECTIVE INSURANCE COMPANY OF AMERICA, et al.

See attached complete caption

## ☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant: See attached Service List.

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____802_____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Dr.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham 16501
S. Kedzie Pkwy. Markham,
IL 60428

☐ Child Support: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 37474

Name: David S. Adduce / KOMDR

Atty. for: Plaintiff, Palos Crossings, L.L.C.

Address: 333 West Wacker Drive, Suite 2000

City/State/Zip Code: Chicago, IL 60606

Telephone: (312) 236-6700

Primary Email: dadduce@komdr.com

Secondary Email: mchalfen@komdr.com

Tertiary Email: _____

Witness: DOROTHY BROWN MAR 2 3 2018

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)    (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

## COMPLETE CAPTION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

PALOS CROSSINGS, L.L.C.,                              )
an Illinois limited liability company,               )
                                                     )
                    Plaintiff,                       )
                                                     )      No.
                                                     )
        v.                                           )
                                                     )
SELECTIVE INSURANCE COMPANY                          )
OF AMERICA, a New Jersey insurance                   )
company, and subsidiary of Selective                 )
Insurance Group, Inc., a New Jersey                  )
corporation;                                         )
SELECTIVE INSURANCE GROUP, INC., )
a New Jersey corporation; and                        )
SELECTIVE INSURANCE COMPANY                          )
OF SOUTH CAROLINA,                                   )
an Indiana insurance corporation, and                )
subsidiary of Selective Insurance Group,             )
Inc. a New Jersey corporation,                       )
                                                     )
                    Defendants.                      )

# SERVICE LIST

**SELECTIVE INSURANCE COMPANY OF AMERICA**
c/o     Michael H. Lanza
        Registered Agent, Vice President and Secretary
        40 Wantage Avenue
        Branchville, NJ 07890

**SELECTIVE INSURANCE GROUP, INC.**
c/o     Corporation Service Company
        Registered Agent
        Princeton South Corporate Center
        Suite 160
        100 Charles Ewing Blvd.
        Ewing, NJ 08628

**SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA**
c/o     Corporation Service Company
        Registered Agent
        135 North Pennsylvania Street
        Suite 1610
        Indianapolis, IN 46204

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| PALOS CROSSINGS, L.L.C.,<br>an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 18CH03854 |
| v. | ) ) | |
| SELECTIVE INSURANCE COMPANY<br>OF AMERICA, a New Jersey insurance<br>company, and subsidiary of Selective<br>Insurance Group, Inc., a New Jersey<br>corporation;<br>SELECTIVE INSURANCE GROUP, INC.,<br>a New Jersey corporation; and<br>SELECTIVE INSURANCE COMPANY<br>OF SOUTH CAROLINA,<br>an Indiana insurance corporation, and<br>subsidiary of Selective Insurance Group,<br>Inc. a New Jersey corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

FILED
CH 2308
MAR 29 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF

Plaintiff, Palos Crossings, L.L.C., an Illinois limited liability company ("Palos Crossings"), by and through its attorneys, Kelly, Olson, Michod, DeHaan & Richter, L.L.C., complains against Defendants, Selective Insurance Company of America, a New Jersey company, and subsidiary of Selective Insurance Group, Inc., a New Jersey corporation ("SICA"), Selective Insurance Group, Inc., a New Jersey corporation ("SIG"), and Selective Insurance Company of South Carolina, an Indiana insurance corporation, and subsidiary of Selective Insurance Group, Inc., a New Jersey corporation ("SICSC"), jointly and severally (SICA, SIG and SICSC are jointly, severally and collectively referred to herein as "Selective Insurance"), as follows:

## FACTS COMMON TO ALL COUNTS

### The Parties

1.      At all times relevant to the allegations herein, Palos Crossings was and is an Illinois limited liability company with offices located and doing business in Palos Heights, Cook County, Illinois.

2.      At all times relevant to the allegations herein, SICA was and is a New Jersey company, domiciled in New Jersey, licensed or authorized to do business in Illinois, and a wholly owned subsidiary of SIG.

3.      At all times relevant to the allegations herein, SIG was and is a New Jersey corporation, and the parent company of SICA.

4.      At all times relevant to the allegations herein, SICSC was and is an Indiana insurance company, licensed or authorized to do business in Illinois, a wholly owned subsidiary of SIG, and handled or handles claims and determined or determines coverage on behalf SICA.

### The Loss

5.      At all times relevant to the allegations herein, Palos Crossings was the owner of certain real property located at 11845 Southwest Highway in Palos Heights, Cook County, Illinois ("Property"), improved with a multi-unit retail shopping center.

6.      At all times relevant to the allegations herein, Palos Crossings leased various commercial units or spaces at the Property to various commercial tenants.

7.      Prior to and on or about September 14, 2017, Palos Crossing leased units 2-1/2, 3, 4 and 5 at the Property ("Leased Premises") to Marie C. Joyce, individually and doing business as Joyce Food and Spirits Corp. ("Tenant"), who operated a bar and grill at the Leased Premises.

2

8.   In September 2017, the amount of Base Rent, plus the proportionate share of Common Area Maintenance (CAM) and Taxes, due from Tenant to Palos Crossings for the Leased Premises was $12,480.60 per month.

9.   On or about September 15, 2017, Tenant voluntarily surrendered and vacated the Leased Premises, and turned over the keys to the Leased Premises to Palos Crossings.

10.   Prior to surrendering and vacating the Leased Premises, on or about September 14, 2017, Tenant, by and through her investors, business partners, representatives or contractors, stole, removed, vandalized and/or damaged certain equipment, appliances, fixtures and improvements (collectively, "Personal Property") from or at the Leased Premises, including, but not limited to:

(a)   Beverage rack and $CO_2$ equipment and supply lines for soda products;

(b)   3 compartment sink located in the basement;

(c)   Hand sink and soap dispenser located in the basement;

(d)   Compressors, condensers and evaporators from the walk-in coolers located in the basement;

(e)   Doors (3) from the walk-in coolers located in the basement;

(f)   Hood and ansul system in the pizza kitchen area;

(g)   Remote sink and faucet for dishwashing station;

(h)   Hood and duct work in the main kitchen area;

(i)   Built-in booths in the dining area;

(j)   Coolers, sinks and built-in cabinetry;

(k)   Hand dryers (2) located in the bathrooms;

(l)   Light fixtures;

(m)   Sump pumps (2) located in the basement; and

3

(n)     Foot rails from the bar.

11.     The Personal Property was owned by, belonged to and property of Palos Crossings, and was to remain at or part of the Leased Premises.

12.     In addition to and/or in the process of stealing, vandalizing and/or removing the Personal Property from the Leased Premises, Tenant caused a loss of and/or damage to the Leased Premises, and the Personal Property therein (collectively, "Property Damage"), including, but not limited to:

(a)     Damage to the wall in landing area of stair well leading to the basement;

(b)     Damage to beverage/waitress station;

(c)     Missing or removed carpet from raised dining area;

(d)     Trash and debris left in the Leased Premises; and

(e)     Cut and removed cabling and wiring in office spaces.

13.     On or about September 14, 2017, upon discovering Tenant's removal or attempted theft, vandalism and/or removal of the Personal Property and Property Damage, Palos Crossing immediately called the Palos Heights police to report the incident and to prevent further theft, vandalism and/or removal of property and damage to the Leased Premises and Property.

14.     With the assistance of the police, Palos Crossings was successful in preventing further theft, vandalism and/or removal of property and damage to the Leased Premises and Property by Tenant, and having certain property returned, including the walk-in cooler doors (3), sump pumps (2), duct work, sink and counter.

### The Insurance Policy

15.     On or about March 6, 2017, SICA issued its commercial insurance policy no. S 2269483 ("Insurance Policy") to Palos Crossings, in Cook County, Illinois, and pertaining to and

4

insuring the Property. A true and correct copy of relevant portions of the Insurance Policy provided to Palos Crossings is attached hereto as **Exhibit A**, and is incorporated herein by reference.

16. The Insurance Policy included "Commercial Property Coverage," "Building and Personal Property Coverage" and "Business Income (and Extra Expense) Coverage" as stated and described therein.

17. The "Building and Personal Property Coverage" of the Insurance Policy states and provides, in relevant part, for the following Coverage:

"**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building**, meaning the building or structure described in the Declarations, including:
    (1) Completed additions;
    (2) Fixtures, including outdoor fixtures;
    (3) Permanently installed:
        (a) Machinery and
        (b) Equipment;
    (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:
        . . .
        (c) Floor coverings; and
        (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

b. **Your Business Personal Property** located in or on the building described in the Declarations . . . , consisting of the following

5

unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:
(1) Furniture and fixtures;
(2) Machinery and equipment;
(3) "Stock";
(4) All other personal property owned by you and used in your business;
(5) Labor, materials or services furnished or arranged by you on personal property of others;

. . . .

3.  **Covered Causes Of Loss**

    See applicable Causes of Loss Form as shown in the Declarations.

4.  **Additional Coverages**
    **a. Debris Removal**
    (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.
    . . . .

    (3) Subject to the exceptions in Paragraph (4), the following provisions apply:
        (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to Covered Property that has sustained loss or damage.
        (b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.
    (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:
        (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.
        (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for

6

direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if 4(a) and/or 4(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

. . . ."

18.     The "ElitePac® Property Extension Endorsement" to the Insurance Policy amends and modifies the "Building and Personal Property Coverage" under the Insurance Policy, in relevant part, as follows with respect to Additional Coverages and Debris Removal:

"**SECTION I**

. . . .

**ADDITIONAL COVERAGES**

**Debris Removal**

Under Section A.**4. Additional Coverages**, Paragraph **a. Debris Removal**, the following are amended:

Subparagraph (**1**) is deleted and replaced by the following:

(**1**)  Subject to Paragraphs (**3**) and (**4**), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

The $10,000 limit shown in paragraph (**4**) is deleted and replaced by the limit shown in the ElitePac Schedule."

19.     The "Building and Personal Property Coverage" of the Insurance Policy states and provides for the following Loss Conditions:

7

"**E.** **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

. . . .

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:
   **(1)** Pay the value of lost or damaged property;
   **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;
   **(3)** Take all or any part of the property at an agreed or appraised value; or
   **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.
   We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

. . . ."

20. The "Cause of Loss – Special Form" of the Insurance Policy states and provides, in relevant part, for the following Coverage:

"**A.** **Covered Causes of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:
1. Excluded in Section **B.**, Exclusions; or
2. Limited in Section **C.**, Limitations;
that follow.

. . . ."

21. The "Business Income (and Extra Expense) Coverage" of the Insurance Policy states and provides, in relevant part, for the following loss of business income:

"A.    Coverage

   1.    **Business Income**

         Business Income means the:

         **a.** Net Income (Net Profit or Loss before income taxes) that would
         have been earned or incurred; and

         **b.** Continuing normal operating expenses incurred, including
         payroll.

         For manufacturing risks, Net Income includes the net sales value
         of production.

         Coverage is provided as described and limited below for one or
         more of the following options for which a Limit of Insurance is
         shown in the Declarations:

               **(1)**    Business Income Including "Rental Value".
               **(2)**    Business Income Other Than "Rental Value".
               **(3)**    "Rental Value".

         If option **(1)** above is selected, the term Business Income will
         include "Rental Value". If option **(3)** above is selected, the term
         Business Income will mean "Rental Value" only.

         If Limits of Insurance are shown under more than one of the above
         options, the provisions of this Coverage Part apply separately to
         each.

         We will pay for the actual loss of Business Income you sustain due
         to the necessary "suspension" of your "operations" during the
         "period of restoration". The "suspension" must be caused by
         direct physical loss of or damage to property at premises which are
         described in the Declarations and for which a Business Income
         Limit of Insurance is shown in the Declarations. The loss or
         damage must be caused by or result from a Covered Cause of Loss.

            . . . .

**F.    Definitions**

      . . . .

   **5.**    "Rental Value" means Business Income that consists of:

9

    **a.** Net Income (Net Profits or Loss before income taxes) that would have been earned or incurred as rental income for tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

    **b.** Continuing normal operating expenses incurred in connection with that premises, including:
        **(1)** Payroll; and
        **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

. . . ."

### The Loss Claim

22.    On or about September 14, 2017, certain portions of the Leased Premises and certain portions of the Personal Property (the "Building" as defined in the Insurance Policy) located at the Property were stolen, vandalized and/or damaged; and certain portions of the Personal Property ("Your Business Personal Property" as defined in the Insurance Policy) in or at the Leased Premises were, without authorization by Palos Crossings, stolen, vandalized, removed and/or damaged by Tenant.

23.    As a result of the Property Damage, Palos Crossings' operations and business activities with respect to the Leased Premises ceased, and the Leased Premises became untenantable for occupancy, possession or use by Palos Crossings or potential tenants.

24.    As a result, on or about September 17, 2017, Palos Crossings caused a notice of loss or claim ("Claim") to be made on Selective Insurance under the Insurance Policy for the loss of and/or damage to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"). A true and correct copy of the Property Loss Notice is attached hereto as **Exhibit B**, and is incorporated herein by reference.

25.     On or about September 22, 2017, a representative of Selective Insurance visited and inspected the Leased Premises, and took photographs of the Leased Premises and Property Damage.

26.     Selective Insurance did not share or advise Palos Crossings of any findings or conclusions reached by Selective Insurance as a result of such inspection of the Leased Premises and Property Damage.

27.     Copies of the cost or estimate of the cost to repair or replace the Property Damage that was so damaged, stolen, vandalized and/or removed are attached hereto as **Group Exhibit C**, and are incorporated herein by reference.  **Group Exhibit C** was submitted to Selective Insurance in support of Palos Crossings' Claim.

28.     The loss and/or damage to Leased Premises and Personal Property ("Building" and "Your Business Personal Property") at the Property comprised direct physical loss or damage to "Covered Property" under the Insurance Policy.

29.     Tenant's theft, vandalism, removal and/or damage to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property") constitute theft, vandalism, loss and/or damage to and direct physical loss to property of Palos Crossings, and was a "Covered Cause of Loss" under the Insurance Policy.

### The Denial of the Claim and Coverage

30.     More than four (4) months after Palos Crossings' submission of its Claim, on or about January 29, 2018, Selective Insurance denied coverage of the Claim under the Insurance Policy.   A true and correct copy of Selective Insurance's letter dated January 29, 2018 ("Coverage Denial Letter"), denying coverage for the Claim is attached hereto as **Exhibit D**, and is incorporated herein by reference.

11

31.     Palos Crossings has complied with all of its duties, obligations and conditions in the event of loss or damage in accordance with, pursuant to and as required by the Insurance Policy, and as requested by Selective Insurance.

32.     On or about February 12, 2018, Palos Crossings responded to Selective Insurance's Coverage Denial Letter by a letter dated February 12, 2018 ("Coverage Response Letter"). A true and correct copy of Palos Crossings' Coverage Response Letter is attached hereto as **Exhibit E**, and is incorporated herein by reference.

33.     In the Coverage Response Letter, Palos Crossings, through its attorneys, asserted that Selective Insurance's determination and declination of coverage was in error, and also smacked of bad faith and improper practices.

34.     Additional letters or emails between the parties or their attorneys were exchanged concerning Palos Crossings' Claim and Selective Insurance's delays or position. True and correct copies of various of such letters and emails are attached hereto as **Group Exhibit F**, and are incorporated herein by reference.

35.     Palos Crossings has timely provided Selective Insurance with all available information, documents and the circumstances concerning the physical loss or damage to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and as requested by Selective Insurance.

## COUNT I
### (Declaratory Judgment and Other Relief)

For Count I of its Complaint, Palos Crossings complains against SICA, SIG and SICSC, jointly and severally (SICA, SIG and SICSC are jointly, severally and collectively referred to herein as "Selective Insurance"), as follows:

1-35. As Paragraphs 1-35 of this Count I, Palos Crossings restates and realleges Paragraphs 1-35 above as though fully set forth and realleged herein.

36. Selective Insurance contends or asserts that the Insurance Policy does not afford insurance coverage for Palos Crossings' Claim because a Covered Cause of Loss has not occurred as there is no evidence to support that there was a vandalism or theft at the Property.

37. Palos Crossings contends or asserts that Selective Insurance's determination and declination of coverage was in error and smacks of bad faith and improper claims practices, and that a Covered Cause of Loss has occurred under the Insurance Policy.

38. As a result, an actual controversy exists between Palos Crossings and Selective Insurance as to whether the physical losses or damages suffered by Palos Crossings with respect to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and such losses and damages are covered under the Insurance Policy.

39. The Insurance Policy covers the physical loss or damage underlying the Claim, as well as loss of "Rental Value" suffered by Palos Crossings as a result of the unauthorized removal, theft, vandalism, damage and/or loss with respect to Leased Premises and Personal Property ("Building" and "Your Business Personal Property").

40. Selective Insurance has breached the Insurance Policy by denying coverage under the Insurance Policy, denying Palos Crossings' Claim and refusing to pay for Palos Crossings' losses or damages.

41. In the event this Court determines and declares Palos Crossings' losses and/or damages to be covered by the Insurance Policy, then as a result of Selective Insurance's breach and failure to honor its obligations thereunder, Palos Crossings has been damaged and is entitled recover from Selective Insurance the following amounts:

    (a)    $106,140.00, as set forth in **Group Exhibit C** hereto, for physical loss of or damage to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and for debris removal expenses; and

    (b)    $74,883.60 for Base Rent, plus the proportionate share of Common Area Maintenance (CAM) and Taxes ("Rental Value") of the Leased Premises from October 1, 2017 through March 31, 2018. Lost "Rental Value" continues to accrue at a rate of $12,480.60 per month after March 31, 2018.

42.    In addition, Palos Crossings is entitled to prejudgment interest at a rate of five percent (5%) per annum pursuant to Section 2 of the *Interest Act*, 815 ILCS 205/2, due to Selective Insurance's unreasonable and vexatious delay of the payment due to Palos Crossings under the Insurance Policy.

WHEREFORE, Palos Crossings requests this Court for relief as follows:

A.    Entry of an Order declaring that physical losses and damages suffered by Palos Crossings with respect to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and for lost "Rental Value" of the Leased Premises are covered under the Insurance Policy;

B.    Entry of an Order declaring that Selective Insurance, jointly and severally, is obligated to pay to Palos Crossings under the Insurance Policy for all of the physical loss of and damages to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and for lost "Rental Value" of the Leased Premises under the Insurance Policy;

C.    Entry of a Judgment in favor of Palos Crossings and against Selective Insurance, jointly and severally, in the amount of $106,140.00 for physical loss of or damage to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and for debris removal expenses, plus $74,883.60 for lost "Rental Value" from October 1, 2017 through March 31 ,2018, plus "Rental Value" as it continues to accrue after March 31, 2018 at a rate of

$12,480.60 per month, plus prejudgment statutory interest at a rate of five percent (5%) per annum pursuant 215 ILCS 205/2; and

D.     Entry of an Order declaring such other rights and entitlements and granting Palos Crossings such other relief this Court deems appropriate, equitable and just.

<div align="center">

### COUNT II
**(Breach of Contract)**

</div>

For Count II of its Complaint, stated in the alternative to Count I of its Complaint, Palos Crossings complains against SICA, SIG and SICSC, jointly and severally (SICA, SIG and SICSC are jointly, severally and collectively referred to herein as "Selective Insurance"), as follows:

1-39.   As Paragraphs 1-39 of this Count II, Palos Crossings restates and realleges Paragraphs 1-35 and Paragraphs 39-42 of Count I as though fully set forth and realleged herein.

40.     Selective Insurance has breached the Insurance Policy by failing to cover and pay for the losses and damages incurred by Palos Crossings.

WHEREFORE, Palos Crossings requests this Court for relief as follows:

A.     Entry of a Judgment in favor of Palos Crossings and against Selective Insurance, jointly and severally, in the amount of $106,140.00 for physical loss of or damage to the Leased Premises and Personal Property ("Building" and "Your Business Personal Property"), and for debris removal expenses, plus $74,883.60 for lost "Rental Value" from October 1, 2017 through March 31 ,2018, plus "Rental Value" as it continues to accrue after March 31, 2018 at a rate of $12,480.60 per month, plus prejudgment statutory interest at a rate of five percent (5%) per annum pursuant 215 ILCS 205/2; and

B.     Entry of an Order granting Palos Crossings such other relief this Court deems appropriate, equitable and just.

<div align="center">15</div>

## COUNT III
### (Statutory Damages and Attorneys' Fees)

For Count III of its Complaint, Palos Crossings complains against SICA, SIG and SICSC, jointly and severally (SICA, SIG and SICSC are jointly, severally and collectively referred to herein as "Selective Insurance"), as follows:

1-40.   As Paragraphs 1-40 of this Count III, Palos Crossings restates and realleges Paragraphs 1-40 of Count II as though fully set forth and realleged herein.

41.   Section 155 of the *Illinois Insurance Code*, 215 ILCS 5/1, *et seq.* (the "Insurance Code") provides, in relevant part, as follows:

"§ 155. Attorney fees.
(1) In any action by or against a company wherein there is in issue the liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder, *or for an unreasonable delay in settling a claim, and it appears to the court that such action or delay is vexatious and unreasonable*, the court may allow as part of the taxable costs in the action reasonable attorney fees, other costs, *plus* an amount not to exceed any one of the following amounts:

   (a) 60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs;

   (b) $60,000;

   (c) the excess of the amount which the court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.
. . . ."

215 ILCS 5/155 (Emphasis added)

42.   As set forth above, there is in issue the liability of Selective Insurance to Palos Crossings under the Insurance Policy, and/or the amount of the loss payable due to Palos Crossings thereunder.

43.   Selective Insurance has not offered to pay Palos Crossings any amount in settlement of Palos Crossings' Claim prior to the filing of this action.

16

44.     Selective Insurance has unreasonably delayed in settling Palos Crossings' Claim.

45.     Selective Insurance's action in denying Palos Crossings' Claim and/or in its delay in settling such Claim has been and is vexatious and unreasonable.

46.     One or more of the following acts of Selective Insurance were committed by Selective Insurance, knowingly and without just cause, and comprise improper claims practices under Sections 154.5 and 154.6 of the Insurance Code:

(a)     Failed to promptly provide a reasonable and accurate explanation of the basis in the Insurance Policy or applicable law for its denial of Palos Crossings' Claim as required by Section 154.6(n) of the Insurance Code;

(b)     Failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of Palos Crossing's Claim in which liability became reasonably clear in violation of Section 154.6(d) of the Insurance Code;

(c)     Refused to pay Palos Crossing's Claim without conducting a reasonable investigation based on all available information in violation of Section 154.6(h) of the Insurance Code;

(d)     Knowingly misrepresented to Palos Crossings relevant facts or Insurance Policy provisions related to coverages at issue in violation of Section 154.6(a) of the Insurance Code;

(e)     Failed to acknowledge with reasonable promptness pertinent communications with respect to Palos Crossings' Claim arising under the Insurance Policy in violation of Section 154.6(b);

(f)     Failed to affirm or deny coverage of Palos Crossings' Claim within a reasonable time after proof of loss statements have been completed in violation of Section 154.6(i) of the Insurance Code; and

(g)     Otherwise engaged in other acts which are in substance equivalent to any of the foregoing or otherwise considered improper claims practice in violation of Section 154.6(r) of the Insurance Code.

47.     Palos Crossings is accordingly entitled to recover from Selective Insurance the reasonable attorneys' fees and other costs incurred by Palos Crossings pursuant to Section 155 of the Insurance Code, plus $60,000.00 as authorized by Section 155 of the Insurance Code.

17

WHEREFORE, Palos Crossings requests this Court for relief as follows:

A.  Entry of an Order finding that Selective Insurance, jointly and severally, acted and/or delayed vexatiously and unreasonably in connection with or in settling Palos Crossings' Claim;

B.  Entry of a Judgment in favor of Palos Crossings and against Selective Insurance, jointly and severally, pursuant to Section 155 of the Insurance Code for reasonable attorneys' fees and other costs;

C.  Entry of a Judgment in favor of Palos Crossings and against Selective Insurance, jointly and severally, in the amount of $60,000.00 pursuant to Section 155 of the Insurance Code; and

D.  Entry of an Order granting Palos Crossings such other relief this Court deems appropriate, equitable and just.

PALOS CROSSINGS, L.L.C.,
an Illinois limited liability company.
*Plaintiff*

By:_____

David S. Adduce
One of its attorneys

ATTORNEYS FOR PLAINTIFF, PALOS CROSSINGS, L.L.C.:

David S. Adduce (dadduce@komdr.com)
Marc J. Chalfen (mchalfen@komdr.com)
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL  60606
(312) 236-6700
Firm ID No. 37474

18

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the foregoing Complaint are true and correct, except as to those matters therein stated to be on information and belief and as to any such matters the undersigned certifies that the undersigned verily believes the same to be true.

Kathleen Golding
Member and Manager
Palos Crossings, L.L.C.

ATTORNEYS FOR PLAINTIFF, PALOS CROSSINGS, L.L.C.:

David S. Adduce (dadduce@komdr.com)
Marc J. Chalfen (mchalfen@komdr.com)
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL 60606
(312) 236-6700
Firm ID No. 37474



# SELECTIVE®

## POLICY DOCUMENT

# S 226948300

# INSURED'S COPY



**EXHIBIT**
**A**

| Issued by The Stock Insurance Company | Policy Number |
|---|---|
| | 2269483 |

## SELECTIVE INSURANCE COMPANY OF AMERICA
### 40 WANTAGE AVE, BRANCHVILLE, NJ 07890
## COMMERCIAL POLICY COMMON DECLARATION

| Named Insured and Address | Policy Period |
|---|---|
| PALOS CROSSING, INC<br>11845 SOUTHWEST HWY<br>PALOS HEIGHTS, IL 60463-3700 | From: FEBRUARY 27, 2017<br>To: FEBRUARY 27, 2018<br><br>12:01 A.M Standard Time At<br>Location of Designated Premises. |

| Named Insured is: | Producer Number: |
|---|---|
| LTD LIABILITY | 00-12203-00000 |

**Producer:**

ROSENTHAL BROS INC
ILLINOIS

### Schedule of Coverage

COMMERCIAL PROPERTY COVERAGE
COMMERCIAL GENERAL LIABILITY COVERAGE
COMMERCIAL AUTOMOBILE COVERAGE
COMMERCIAL CRIME COVERAGE

PREMIUM INCLUDES    TERRORISM - CERTIFIED ACTS     $156.00
PREMIUM INCLUDES    TERRORISM - AUTO               $4.00

In return for payment of the premium, and subject to all the terms of this policy, we agree with
you to provide the insurance indicated in the schedule above. Insurance is provided only for
those coverages for which a specific limit is shown on the attached coverage declaration(s).

| PAYMENT METHOD | Total Policy Premium_____ $5,306.00 |
|---|---|
| D/B - 10 | (This premium may be subject to adjustment.) |

| Date Issued: | MARCH 6, 2017 |
|---|---|
| Issuing Office: | HEARTLAND REGION |

Authorized Representative_____

IL-7025 (11/89)

INSURED'S COPY

Policy Number

S   2269483

## SCHEDULE OF LOCATIONS

| Policy Effective Date: FEBRUARY 27, 2017 | Schedule Effective Date: FEBRUARY 27, 2017 |
|---|---|

| Prem. No. | Location | Bldg. No. | Occupancy |
|---|---|---|---|
| 1 | 11845 SOUTHWEST HWY<br>PALOS HEIGHTS, IL 60463 | 1 | LESSOR RISK |

IL-7036 (01/93)

INSURED'S COPY

| Policy Number |
| --- |
| S   2269483 |

## COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: FEBRUARY 27, 2017 | Schedule Effective Date  FEBRUARY 27, 2017 |
| --- | --- |

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMON COVERAGE PART:

```
IL 70 25   1189   COMMERCIAL POLICY COMMON DECLARATION
IL 70 36   0193   SCHEDULE OF LOCATIONS
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL PROPERTY COVERAGE PART:

```
CP 70 26     1011   COMMERCIAL PROP DEC
CP 00 10     0607   BUILDING & PERSONAL PROPERTY COVERAGE FM
CP 00 30     0607   BUSINESS INCOME COVERAGE (W/EX EXP)
CP 00 90     0788   COMMERCIAL PROPERTY CONDITIONS
CP 01 40     0706   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP 01 49     0607   IL CHANGES-ARTIFIC GEN ELEC CURRENT EXCL
CP 10 30     0607   CAUSES OF LOSS-SPECIAL FORM
CP 10 32     0808   WATER EXCLUSION ENDORSEMENT
CP 15 32     0607   CIVIL AUTHORITY CHANGE(S)
CP 75 51     0511   SYSTEMS POWER PAC
CP 76 13     0513   CRISIS RESPONSE COVERAGE
CP 76 23     1011   COMMERCIAL PROP MORTGAGE HOLDERS SCHED
CP 76 30     0116   ELITEPAC PROPERTY EXT END
CP 76 55     0116   ELITEPAC SCHEDULE - LESSORS RISK
CP 76 60     0116   BI ACTUAL LOSS SUST - 12 MONTH LIMIT END
CP 76 64     0116   ACCOUNTS RECEIVABLE COVERAGE ENDORSEMENT
CP 76 67     0116   ELECTRONIC INFORMATION SYSTEMS COVER END
CP 76 68     0116   FINE ARTS COVERAGE ENDORSEMENT
CP 76 69IL   0116   INSTALLATION PROPERTY COVERAGE END
CP 76 70     0116   MOBILE EQUIPMENT COVERAGE END
CP 76 71     0116   PERSONAL EFFECTS COVERAGE END
CP 76 72     0116   PROPERTY IN TRANSIT COVERAGE END
CP 76 73     0116   SALESPERSONS SAMPLES COVERAGE END
CP 76 74     0116   TOOLS AND EQUIPMENT COVERAGE END
CP 76 75     0116   VALUABLE PAPERS COVERAGE END
CP 80 11     0406   SYSTEMS POWER PAC MULTIPLE DED. FORM
IL 00 03     0908   CALCULATION OF PREMIUM
IL 00 17     1198   COMMON POLICY CONDITIONS
IL 01 18     1010   ILLINOIS CHANGES
IL 01 62     0908   ILLINOIS CHANGES-DEFENSE COSTS
IL 02 84     1205   ILL CANCELLATION AND NON-RENEWAL
IL 04 15A    0498   PROTECTIVE SAFEGUARDS
IL 09 52     0115   CAP ON LOSS FROM CERT ACTS OF TERRORISM
IL 09 85A    0115   DISCL PURSUANT TO TERR RISK INS ACT
IL 89 56     0899   ASBESTOS EXCLUSION
IN 01 32     0116   NOTICE - OFFER OF TERR COV AND REJECTION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
CG 70 35   0690   COMMERCIAL LIABILITY COVG DECLARATION
CG 00 01   0413   CGL COV FORM (OCCURRENCE)
CG 02 00   1207   ILLINOIS CHANGES CANCELLATION NON RENL
CG 21 06   0514   EXCL ACCESS DISCL CONF PERS INF-W/LIM BI
CG 21 47   1207   EMPLOYMENT-RELATED PRACTICES EXCL
CG 21 67   1204   FUNGI OR BACTERIA EXCLUSION
CG 21 70   0115   CAP ON LOSSES FROM CERT ACTS OF TERROR
CG 25 03   0509   DESIGNATED CONST PROJECT(S) AGG LIMIT
CG 25 04   0509   DESIGNATED LOCATION(S) GENERAL AGG LIMIT
CG 73 00   0116   ELITEPAC GL EXT END
CG 79 35   0708   PRODUCT RECALL EXPENSE COV ENDT
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above.  Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

| Policy Number |
|---|
| S 2269483 |

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: FEBRUARY 27, 2017 | Schedule Effective Date FEBRUARY 27, 2017 |
|---|---|

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
IL 00 03   0908   CALCULATION OF PREMIUM
IL 00 17   1198   COMMON POLICY CONDITIONS
IL 00 21   0908   NUCLEAR ENERGY LIABILITY EXCLUSION
IL 01 47   0911   ILLINOIS CHANGES - CIVIL UNION
IL 01 62   0908   ILLINOIS CHANGES-DEFENSE COSTS
IL 09 85A  0115   DISCL PURSUANT TO TERR RISK INS ACT
IL 89 48   0100   EXCLUSION - LEAD HAZARD
IL 89 56   0899   ASBESTOS EXCLUSION
IN 01 32   0116   NOTICE - OFFER OF TERR COV AND REJECTION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
BUSINESS AUTOMOBILE COVERAGE PART:

```
CA 70 57   0292   AUTO DEC -LOSS PAYEE
CA 70 58   0292   BUSINESS AUTO COVERAGE DECLARATION PAGE2
CA 00 01   0310   BUSINESS AUTO COVERAGE FORM
CA 01 20   0115   ILLINOIS CHANGES
CA 02 70   0894   ILLINOIS CHANGES CANC AND NONRENEWAL
CA 04 42   0310   EXCL FED EMPLOYEES USING AUTO IN GOV BUS
CA 20 54   1001   EMPLOYEE HIRED AUTOS
CA 77 74   0706   LIMITED MOBILE EQUIPMENT COVERAGE
IL 00 03   0908   CALCULATION OF PREMIUM
IL 00 17   1198   COMMON POLICY CONDITIONS
IL 00 21   0908   NUCLEAR ENERGY LIABILITY EXCLUSION
IL 01 47   0911   ILLINOIS CHANGES - CIVIL UNION
IL 01 62   0908   ILLINOIS CHANGES-DEFENSE COSTS
IL 89 56   0899   ASBESTOS EXCLUSION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL CRIME FIDELITY COVERAGE PART:

```
CR 70 26   0292   COMMERCIAL CRIME COVERAGE DECLARATION
CR 00 21   0506   COMMERCIAL CRIME COVERAGE FORM
CR 02 02   0705   ILLINOIS CHANGES
CR 02 77   0911   INCL FAM OF BLDG MGR,EMPL,ETC-IL
CR 70 36   0116   ERISA INFLATION GUARD ENDORSEMENT
CR 79 13   0109   COMPUTER FRAUD ADDITIONAL EXCL
CR 79 26   0116   LESSORS RISK CRIME ELITEPAC END
IL 00 03   0908   CALCULATION OF PREMIUM
IL 00 17   1198   COMMON POLICY CONDITIONS
IL 09 35   0702   EXCL OF CERTAIN COMPUTER-RELATED LOSSES
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

| Previous Policy Number | Policy Number |
|---|---|
| NEW | S 2269483 |

# COMMERCIAL PROPERTY COVERAGE DECLARATION

**Policy Effective Date:** FEBRUARY 27, 2017 **Coverage Effective Date:** FEBRUARY 27, 2017

**Insurance is provided only for those coverages for which a specific limit is shown in the following coverage**

## Coverage — Scheduled Locations

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Cause of Loss | Coins | Deductible | Valuation | Inflation Guard |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $4,162,738 | SPECIAL | 90% | $1,000 | AGRD VAL/RP | |

## Coverage — Blanket Locations

| Prem. No. | Bldg. No. | Coverage | Rating Value | Covered Cause of Loss | Coins | Deductible | Valuation | Inflation Guard | Blanket ID |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### Business Income

| Prem. No. | Bldg. No. | Coverage Type | Limit of Insurance | Waiting Period (hrs) | Coins | Monthly Limit of Indemnity | Max Period of Indemnity | Extended Period of Indemnity | Blanket ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | BINC ACTUAL LOSS | ACTUAL LOSS | 72 | | | | | |

### Blanket Coverage

| Blanket ID # | Blanket Group | Total Blanket Limit |
|---|---|---|
| | | |

### Extra Expense

| Prem. No. | Bldg. No. | Limit | Monthly Limitation | Prem. No. | Bldg. No. | Limit | Monthly Limitation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Forms and Endorsements: | Premium Amount |
|---|---|
| | $4,053.00 |
| Refer to "**Commercial Policy Forms and Endorsement Schedule**" | (This premium may be subject to adjustment) |

CP-7026 (10/11)

INSURED'S COPY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

COMMERCIAL PROPERTY
**CP 00 10 06 07**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.**, Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

c. **Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 1 of 15**

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

   (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

   (c) Rowboats or canoes out of water at the described premises; or

   (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

Copyright, ISO Properties, Inc., 2007

CP 00 10 06 07
Page 2 of 15

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

## 3. Covered Causes Of Loss

See applicable Causes Of Loss Form as shown in the Declarations.

## 4. Additional Coverages

### a. Debris Removal

(1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) **Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: ($10,000 is 20% of $50,000.) | $ 10,000 |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 3 of 15**

EXAMPLE #2

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $   500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense: | $ 30,000 |

Debris Removal Expense Payable

| | |
|---|---|
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

b. **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 4 of 15**

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

f. **Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss — Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss — Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 6 of 15**

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss — Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(3) If the Causes Of Loss — Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 7 of 15**

d. **Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f. **Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

B. **Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

C. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

### D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building #1: | $ 60,000 |
| Limit of Insurance - Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
− 250
$ 59,850 Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1:<br>(Exceeds Limit of Insurance plus Deductible) | $ 70,000 |
| Loss to Building #2:<br>(Exceeds Limit of Insurance plus Deductible) | $ 90,000 |
| Loss Payable - Building #1:<br>(Limit of Insurance) | $ 60,000 |
| Loss Payable - Building #2:<br>(Limit of Insurance) | $ 80,000 |
| Total amount of loss payable: | $ 140,000 |

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

Copyright, ISO Properties, Inc., 2007

CP 00 10 06 07
Page 9 of 15

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

   (1) Notify the police if a law may have been broken.

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

     Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   (8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

   (1) Pay the value of lost or damaged property;

   (2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

   (3) Take all or any part of the property at an agreed or appraised value; or

   (4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

  We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

   (1) We have reached agreement with you on the amount of loss; or

   (2) An appraisal award has been made.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 10 of 15**

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

### 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

### 6. Vacancy

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

### 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 11 of 15**

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### EXAMPLE #1 (UNDERINSURANCE)

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $   250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $   250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
Page 12 of 15

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When: The value of the property is:

| | |
|---|---|
| Building at Location #1: | $ 75,000 |
| Building at Location #2: | $100,000 |
| Personal Property at Location #2: | $ 75,000 |
| | $250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: $180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---|
| Building at Location #2: | $ 30,000 |
| Personal Property at Location #2: | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x 80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

Copyright, ISO Properties, Inc., 2007

**CP 00 10 06 07**
**Page 13 of 15**

INSURED'S COPY

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

    **a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

        **(1)** On or after the effective date of this Optional Coverage; and

        **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE**

| If: | The applicable Limit of Insurance is: | $100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 x 365 = | $3,200 |

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

        **(1)** Personal property of others;

        **(2)** Contents of a residence;

        **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

        **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

        Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    **d.** We will not pay on a replacement cost basis for any loss or damage:

        **(1)** Until the lost or damaged property is actually repaired or replaced; and

        **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

COMMERCIAL PROPERTY
**CP 00 30 06 07**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.**, Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(1) Business Income Including "Rental Value".

(2) Business Income Other Than "Rental Value".

(3) "Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

a. Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

3. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Limitation — Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. **Additional Coverages**

a. **Civil Authority**

In this Additional Coverage - Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

Copyright, ISO Properties, Inc., 2007

**CP 00 30 06 07**
**Page 2 of 9**

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c. **Extended Business Income**

(1) **Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) **"Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. **Interruption Of Computer Operations**

(1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage - Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption Of Computer Operations includes Collapse as set forth in that form.

Copyright, ISO Properties, Inc., 2007

**CP 00 30 06 07**
**Page 3 of 9**

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

B. **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

C. **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

Copyright, ISO Properties, Inc., 2007

**CP 00 30 06 07**
**Page 4 of 9**

INSURED'S COPY

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

Copyright, ISO Properties, Inc., 2007

CP 00 30 06 07
Page 5 of 9

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**Step (1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**Step (2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

**Step (3):** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight - outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

Copyright, ISO Properties, Inc., 2007

**CP 00 30 06 07**
**Page 6 of 9**

## EXAMPLE #1 (UNDERINSURANCE)

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $150,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $150,000 ÷ $200,000 = .75

Step (3): $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

### E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

#### 1. Maximum Period Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

(1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

(2) The Limit of Insurance shown in the Declarations.

#### 2. Monthly Limit Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

### EXAMPLE

| When: | The Limit of Insurance is: | $120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: ($120,000 x 1/4 = $30,000) | $ 30,000 |
| | If, in this example, the actual amount of loss is: | |
| | Days 1-30: | $ 40,000 |
| | Days 31-60: | $ 20,000 |
| | Days 61-90: | $ 30,000 |
| | | $ 90,000 |

| We will pay: | | |
|---|---|---|
| Days 1-30: | | $ 30,000 |
| Days 31-60: | | $ 20,000 |
| Days 61-90: | | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

Copyright, ISO Properties, Inc., 2007

**CP 00 30 06 07**
**Page 7 of 9**

3. **Business Income Agreed Value**

   a. To activate this Optional Coverage:

     (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

       (a) During the 12 months prior to the date of the Work Sheet; and

       (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

     (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

       (a) The Coinsurance percentage shown in the Declarations; multiplied by

       (b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

   b. The Additional Condition, Coinsurance, is suspended until:

     (1) 12 months after the effective date of this Optional Coverage; or

     (2) The expiration date of this policy;

   whichever occurs first.

   c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

     (1) Within 12 months of the effective date of this Optional Coverage; or

     (2) When you request a change in your Business Income Limit of Insurance.

   d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

     (1) The Business Income Limit of Insurance; divided by

     (2) The Agreed Value.

**EXAMPLE**

| When: | The Limit of Insurance is: | $100,000 |
|---|---|---|
| | The Agreed Value is: | $200,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

4. **Extended Period Of Indemnity**

   Under Paragraph **A.5.c., Extended Business Income,** the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

F. **Definitions**

   1. "Finished stock" means stock you have manufactured.

     "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

     "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

   2. "Operations" means:

     a. Your business activities occurring at the described premises; and

     b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

   3. "Period of restoration" means the period of time that:

     a. Begins:

       (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

       (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

     caused by or resulting from any Covered Cause of Loss at the described premises; and

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

    b.  Ends on the earlier of:

        (1)  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        (2)  The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        (1)  Regulates the construction, use or repair, or requires the tearing down, of any property; or

        (2)  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5.  "Rental Value" means Business Income that consists of:

    a.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

    b.  Continuing normal operating expenses incurred in connection with that premises, including:

        (1)  Payroll; and

        (2)  The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6.  "Suspension" means:

    a.  The slowdown or cessation of your business activities; or

    b.  That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

# COMMERCIAL PROPERTY CONDITIONS

COMMERCIAL PROPERTY

This "Coverage Part is subject to the following conditions the Common policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning

1. This Coverage Part;

2 The Covered property;

3. Your interest in the Covered property; or

4. A claim under this Coverage Part.

**B CONTROL OF PROPER**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGE**

If two or more of this policy's coverages apply to the same loss or damage we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the Coverage under this Coverage Part without addi-

tional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization other than you having custody of Covered property will benefit from this insurance

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this "Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**CP 00 90 07 88**
**Page 1 of 2**

INSURED'S COPY

Copyri

1. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

   If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you: or

   c. Your tenant.

   This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**CP 00 90 07 88**
**Page 2 of 2**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

COMMERCIAL PROPERTY
CP 01 40 07 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage — Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Copyright, ISO Properties, Inc., 2006

CP 01 40 07 06

# ILLINOIS CHANGES — ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION

COMMERCIAL PROPERTY
CP 01 49 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion set forth in:

1. Paragraph **B.2.a.** of the Standard Property Policy, the Causes Of Loss — Basic Form, the Causes Of Loss — Broad Form and the Causes Of Loss — Special Form; and

2. Paragraph **B.2.b.** of the Mortgageholders Errors And Omissions Coverage Form

is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

Copyright, Insurance Services Office, Inc., 2008

CP 01 49 06 07
Page 1 of 1

# CAUSES OF LOSS — SPECIAL FORM

COMMERCIAL PROPERTY
**CP 10 30 06 07**

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.,** Exclusions; or

2. Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage — Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

Copyright, ISO Properties, Inc., 2007

CP 10 30 06 07
Page 3 of 10

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i.  Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j.  Rain, snow, ice or sleet to personal property in the open.

k.  Collapse, including any of the following conditions of property or any part of the property:

   (1) An abrupt falling down or caving in;

   (2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   (3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

   (a) To the extent that coverage is provided under the Additional Coverage — Collapse; or

   (b) To collapse caused by one or more of the following:

      (i) The "specified causes of loss";

      (ii) Breakage of building glass;

      (iii) Weight of rain that collects on a roof; or

      (iv) Weight of people or personal property.

l.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m.  Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3.  We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a.  Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.  Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3) Materials used in repair, construction, renovation or remodeling; or

   (4) Maintenance;

   of part or all of any property on or off the described premises.

4.  **Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   a.  **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

We will not pay for:

(1) Any loss caused by or resulting from:

    (a) Damage or destruction of "finished stock"; or

    (b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

    (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

    (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

    (a) Your cancelling the lease;

    (b) The suspension, lapse or cancellation of any license; or

    (c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

    (a) Paragraph **B.1.a.,** Ordinance Or Law;

    (b) Paragraph **B.1.c.,** Governmental Action;

    (c) Paragraph **B.1.d.,** Nuclear Hazard;

    (d) Paragraph **B.1.e.,** Utility Services; and

    (e) Paragraph **B.1.f.,** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

    (a) **Contractual Liability**

    We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

    (i) Your assumption of liability was executed prior to the accident; and

    (ii) The building is Covered Property under this Coverage Form.

    (b) **Nuclear Hazard**

    We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

Copyright, ISO Properties, Inc., 2007

**CP 10 30 06 07**
**Page 5 of 10**

5. **Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage — Collapse**

The coverage provided under this Additional Coverage — Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage — Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (1) A cause of loss listed in **2.a.** or **2.b.**;

      (2) One or more of the "specified causes of loss";

      (3) Breakage of building glass;

      (4) Weight of people or personal property; or

      (5) Weight of rain that collects on a roof.

3. This **Additional Coverage — Collapse** does not apply to:

   a. A building or any part of a building that is in danger of falling down or caving in;

   b. A part of a building that is standing, even if it has separated from another part of the building; or

   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

Copyright, ISO Properties, Inc., 2007

**CP 10 30 06 07**
**Page 7 of 10**

d.  Outdoor swimming pools;

e.  Fences;

f.  Piers, wharves and docks;

g.  Beach or diving platforms or appurtenances;

h.  Retaining walls; and

i.  Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1)  Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2)  The property is Covered Property under this Coverage Form.

5.  If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a.  The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b.  The personal property which collapses is inside a building; and

c.  The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6.  This Additional Coverage — Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7.  This Additional Coverage — Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8.  The term Covered Cause of Loss includes the Additional Coverage — Collapse as described and limited in **D.1.** through **D.7.**

E.  **Additional Coverage — Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1.  The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

a.  A "specified cause of loss" other than fire or lightning; or

b.  Flood, if the Flood Coverage Endorsement applies to the affected premises.

2.  We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a.  Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b.  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c.  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3.  The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

Copyright, ISO Properties, Inc., 2007

**CP 10 30 06 07**
**Page 8 of 10**

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage — Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

   1. **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

      a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

      b. Loss or damage must be caused by or result from one of the following causes of loss:

         (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

         (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

         (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

      c. The most we will pay for loss or damage under this Extension is $5,000.

      This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

      If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

   3. **Glass**

      a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

Copyright, ISO Properties, Inc., 2007

**CP 10 30 06 07**
**Page 9 of 10**

    b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

## G. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkholes; or

      **(2)** Sinking or collapse of land into man-made underground cavities.

    b. Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Copyright, ISO Properties, Inc., 2007

**CP 10 30 06 07**
**Page 10 of 10**

# WATER EXCLUSION ENDORSEMENT

COMMERCIAL PROPERTY
**CP 10 32 08 08**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B.** **Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Copyright, ISO Properties, Inc., 2008

CP 10 32 08 08

# CIVIL AUTHORITY CHANGE(S)

POLICY NUMBER: s 2269483

COMMERCIAL PROPERTY
**CP 15 32 06 07**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

## SCHEDULE

| Premises Number | Building Number | Schedule Part A Coverage Period (Number Of Days) | Schedule Part B Radius (Number Of Miles) |
|---|---|---|---|
| ALL | ALL | | 5 MILES |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage Period**

Under the Additional Coverage — Civil Authority, the four-week coverage period is replaced by the number of days indicated in Part A of the Schedule, subject to all other provisions of that Additional Coverage. If there is no entry in Part A of the Schedule, the four-week coverage period continues to apply, subject to all other provisions of the Additional Coverage — Civil Authority.

**B. Radius**

The Additional Coverage — Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. Such one-mile radius is replaced by the number of miles indicated in Part B of the Schedule, subject to all other provisions of that Additional Coverage. If there is no entry in Part B of the Schedule, the one-mile radius continues to apply, subject to all other provisions of the Additional Coverage — Civil Authority.

**C.** The coverage provided under this endorsement does not increase the applicable Limit of Insurance.

Copyright, ISO Properties, Inc., 2006

**CP 15 32 06 07**

INSURED'S COPY

## SYSTEMS POWER PAC

COMMERCIAL PROPERTY
**CP 75 51 05 11**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

SECTION — I.

The following is added as an Additional Coverage to the Causes of Loss — Basic Form, Broad Form or Special Form.

**A. ADDITIONAL COVERAGE — EQUIPMENT BREAKDOWN.**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

   a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b. Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

   c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   d. Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

   a. **Expediting Expenses**

      With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      (1) Make temporary repairs; and

      (2) Expedite permanent repairs or permanent replacement.

      The most we will pay for loss or expense under this coverage is $250,000 unless otherwise shown in a Schedule.

   b. **Hazardous Substances**

      We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

      This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below.

      As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

      The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $250,000 unless otherwise shown in a Schedule.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 75 51 05 11**
**Page 1 of 6**

INSURED'S COPY

c. **Spoilage**

(1) We will pay:

    (a) For physical damage to "perishable goods" due to spoilage;

    (b) For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

    c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $250,000 unless otherwise shown in a Schedule or the Spoilage Limit endorsement.

d. **Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, propane gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Unless otherwise shown in a Schedule, we will not pay for any loss of Business Income you sustain that results from the interruption of utility services during the first 24 hours following the "accident." However, if a deductible is shown in the Systems Power Pac Deductible Endorsement as provided for in **SECTION — II**, Paragraph **A.**, or if the "period of restoration" begins more than 24 hours after the time of the direct physical damage for Business Income, then that deductible or time period will apply instead of the 24 hours provided for in this paragraph.

(3) The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

e. **Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a Business Income deductible is shown in the Systems Power Pac Deductible Endorsement as provided for in **SECTION — II**, Paragraph **A.**, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the Deductible Endorsement will apply.

The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Schedule.

f. **Animals**

We will pay for the loss of or damage to animals owned by others and boarded by you, or if owned by you, only as "stock" while inside of the building and then only if they are killed or their destruction is made necessary.

The most we will pay for loss under this coverage is $250,000 unless otherwise shown in a Schedule.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## B. EXCLUSIONS

All exclusions in the Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

1. The following exclusions are modified:

   a. If the **Causes of Loss — Basic Form** or **Causes of Loss — Broad Form** applies, the following is added to Exclusion **B.2.**:

      Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if an "accident" results, we will pay for the resulting loss, damage or expense.

   b. The following is added to Exclusion **B.1.g.**:

      However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

   c. If the **Causes of Loss — Special Form** applies, as respects this endorsement only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with the following:

      But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

2. The following exclusions are added:

   a. We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

      (1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

      (2) Any of the following:

         (a) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

         (b) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

         However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

3. With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in **A.1.c.** above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

4. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

5. We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under Spoilage coverage.

6. We will not pay under this endorsement for any loss or damage to animals, except as provided under **A.2.f. Animals**.

## C. DEFINITIONS

The following are added to **G. DEFINITIONS**:

1. **"Boilers and vessels"** means:

   a. Any boiler, including attached steam, condensate and feedwater piping; and

   b. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

      This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

2. "Covered equipment"

   a. "Covered equipment" means unless other-wise specified in a Schedule, Covered Prop-erty:

      (1) That generates, transmits or utilizes energy; or

      (2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

   b. None of the following is "covered equip-ment":

      (1) Structure, foundation, cabinet, compart-ment or air supported structure or build-ing;

      (2) Insulating or refractory material;

      (3) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler system;

      (4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrig-erating or air conditioning system;

      (5) "Vehicle" or any equipment mounted on a "vehicle";

      (6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

      (7) Dragline, excavation or construction equipment;

      (8) Equipment manufactured by you for sale; or

      (9) Electronic data processing equipment, unless used to operate or control "cov-ered equipment." Electronic Data Proc-essing Equipment includes programma-ble electronic equipment that is used to store, retrieve and process data; and associated peripheral equipment.

3. "Data" means information or instructions stored in digital code capable of being processed by machinery.

4. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

5. "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

6. "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one acci-dent."

7. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

8. "Production machinery" means any machine or apparatus that processes or produces a prod-uct intended for eventual sale. However, "pro-duction machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

   This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

9. "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, fork-lift, bulldozer, tractor or harvester.

   However, any property that is stationary, perma-nently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

SECTION — II

The Building and Personal Property Coverage Form is amended as follows.

The definitions stated above also apply to Section II. of this endorsement.

A. DEDUCTIBLE

   The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown on the Systems Power Pac Deductible Endorse-ment. If a separate Equipment Breakdown deducti-ble is shown, the following applies:

   Only as regards Equipment Breakdown Coverage, provision D. DEDUCTIBLE is deleted and replaced with the following:

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

1. **Deductibles for Each Coverage**

   a. Unless the Deductible Endorsement indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

   b. We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Deductible Endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

   c. If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

2. **Direct and Indirect Coverages**

   a. Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Deductible Endorsement.

   b. Unless more specifically indicated in the Deductible Endorsement:

      (1) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

      (2) Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

3. **Application of Deductibles**

   a. **Dollar Deductibles**

      We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Deductible Endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

   b. **Time Deductible**

      If a time deductible is shown in the Deductible Endorsement, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

   c. **Multiple of Average Daily Value (ADV)**

      If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

      The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration."

      The number indicated in the Deductible Endorsement will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

   d. **Percentage of Loss Deductibles**

      If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

B. **CONDITIONS**

The Building and Personal Property Coverage Form and the Common Policy Conditions are amended as follows:

1. **Suspension**

   Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

   a. Your last known address; or

   b. The address where the "covered equipment" is located.

   Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

2. **Jurisdictional Inspections**

   If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

3. **Environmental, Safety and Efficiency Improvements**

   If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

   However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# CRISIS RESPONSE COVERAGE

POLICY NUMBER: S 2269483

COMMERCIAL PROPERTY
CP 76 13 05 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

## SCHEDULE

| | | |
|---|---|---|
| CRISIS INCIDENT BUSINESS INCOME (AND EXTRA EXPENSE) | $25,000 | Any One Crisis Incident At Any One Covered Location |
| | $25,000 | All Crisis Incidents At Any One Covered Location In Any One Policy Period |
| CRISIS INCIDENT COUNSELING EXPENSE | $10,000 | Any One Crisis Incident At Any One Covered Location |
| | $10,000 | All Crisis Incidents At Any One Covered Location In Any One Policy Period |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. CRISIS INCIDENT BUSINESS INCOME (AND EXTRA EXPENSE)**

1. **Crisis Incident Business Income**

   a. We will pay for the actual loss of "crisis incident business income" you sustain due to the necessary "suspension" of your "operations" during the "crisis incident period of restoration". The "suspension" must be caused by a "covered crisis incident" at a "covered location". Coverage applies to loss sustained at the "covered location" where the "covered crisis incident" occurred.

   b. If the necessary "suspension" of your "operations" caused by or resulting from the "covered crisis incident" produces a "crisis incident business income" loss payable under this policy, we will pay for the actual loss of business income you sustain during the policy period that:

      (1) Begins on the date "operations" are resumed or tenability of the covered location is returned to its pre-loss level; and

   (2) Ends on the earlier of:

      (a) The date you could restore your "operations" with reasonable speed, to the level that would generate business income comparable to the level that would have existed had no "covered crisis incident" occurred; or

      (b) The date you could have restored the covered premises with reasonable speed to a level that would have generated the rental income that would have existed if the "covered crisis incident" had not occurred; or

      (c) Thirty (30) consecutive days after the date determined in (2)(a) above.

   c. Coverage will begin after a twenty-four (24) hour Waiting Period and end the earlier of the date your "operations" is restored to its pre-loss condition; or sixty (60) consecutive days after the "covered crisis incident".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 13 05 13
Page 1 of 6

INSURED'S COPY

2. **Crisis Incident Extra Expense**

   a. We will pay "Crisis Incident Extra Expense" (other than the expense to repair or replace property) you incur during the "crisis incident period of restoration" caused by or resulting from a "covered crisis incident" to:

      (1) Avoid or minimize the "suspension" of business and to continue operations at the "covered location" or at replacement or temporary location, including relocation expenses and costs to equip and operate the replacement location or temporary location; or

      (2) Minimize the "suspension" of business if you cannot continue "operations".

   Coverage applies to expenses incurred at the "covered location" where the "covered crisis incident" occurred.

   b. This coverage will end the earlier of:

      (1) The date your "operations" is restored to a condition similar to that which would have existed had there been no "covered crisis incident"; or

      (2) Sixty (60) consecutive days after the "covered crisis incident".

   c. We will not pay for the following under "Crisis Incident Extra Expense":

      (1) The base salary of employees responsible for public relations or communications functions for you;

      (2) Retainers or other on-going contracted fees from a Public Relations or Communications Organization in effect at the time of the "covered crisis incident";

      (3) Ransom payments; or

      (4) Fines or penalties.

   d. No deductible applies to "Crisis Incident Extra Expense".

   e. **Limits for Crisis Incident Business Income (And Extra Expense)**

   The most we will pay for loss:

      (1) In any one "covered crisis incident" at any one "covered location"; and

      (2) In any one policy year for All Crisis Incidents at any one "covered location",

      is the applicable Limit of insurance in the Schedule.

   If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss sustained during the policy period. With respect to an incident which begins in one policy period and continues or results in additional loss in subsequent policy period(s), all loss is deemed to be sustained in the policy period in which it occurs.

B. **OFF-PREMISES CRISIS INCIDENT EXTRA EXPENSE**

   1. We will pay "Off-Premises Crisis Incident Extra Expense" you incur because of "covered crisis incidents" away from the "covered location" for up to (60) consecutive days after the "covered crisis incident".

   2. The most we will pay for "Off-Premises Crisis Incident Extra Expense" in any one policy year is $15,000, regardless of the number of "covered crisis incidents" or "covered locations". This limit is in addition to the Limits of Insurance shown the in the Schedule of this endorsement.

   3. We will not pay for the following under "Off-Premises Crisis Incident Extra Expense":

      a. The base salary of your employees responsible for public relations or communications functions;

      b. Retainers or other on-going contracted fees from a Public Relations or Communications Organization in effect at the time of the "Covered Crisis Incident";

      c. Ransom payments; or

      d. Fines or penalties.

   4. No deductible applies to "Off-Premises Crisis Incident Extra Expense".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## C. CRISIS INCIDENT COUNSELING EXPENSE

1. We will pay reasonable and necessary expenses incurred by you for group crisis counseling services you provide following a "covered crisis incident" at a "covered location". Coverage applies to expenses incurred at the "covered location" where the "covered crisis incident" occurred. Expense payments apply for up to sixty (60) days from the date the "covered crisis incident" occurs. We will not pay for expenses occurring after this sixty (60) day period, even if they are related to other expenses which began during the sixty (60) day coverage period.

2. Crisis Incident Counseling Expense does not apply to loss caused by or resulting from food contamination shutdown.

3. Coverage does not apply to individuals who participated in or were responsible for the "covered crisis incident."

4. The most we will pay under Crisis Incident Counseling Expense:

   a. In any one "covered crisis incident" at any one "covered location" is the Crisis Incident Counseling Expense Any One Crisis Incident At Any One Covered Location limit in the Schedule; and

   b. For all expenses for "covered crisis incidents" in any one policy period is the Crisis Incident Counseling Expense All Crisis Incidents Any One Policy Period limit in the Schedule.

5. No deductible applies to this coverage.

## D. CONDITIONS

1. The Other Insurance Condition is replaced by the following:

   a. Other Insurance

   (1) If the loss is also covered elsewhere under this policy or in a separate policy, we will pay only for the amount of the loss in excess of the amount due from the other insurance, whether collectible or not.

   (2) If the other insurance coverage has a higher deductible, we will pay for the difference between the deductible applicable to the coverage in this endorsement and the deductible applicable to the other coverage.

   (3) With respect to Crisis Incident Counseling Expense, other insurance includes insurance coverage or non-insurance services from an Employee Assistance Plan or similar service for mental health counseling or crisis intervention for your employees.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

   If we and you disagree on the amount of the Net Income and operating expense or the amount of loss, either may make a written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense amount of loss. If they fail to agree, they will submit the difference to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   In the event of a "covered crisis incident" you must:

   a. Notify law enforcement if a law may have been broken.

   b. Notify us as soon as practicable that a "covered crisis incident" has taken place or that another incident or incidents possibly leading to a "covered crisis incident" or "covered crisis incidents" has or have taken place.

   c. Upon our request, submit written notification if the initial notification was made verbally.

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

d. Include the following in the notice:

    (1) The how, when and where of the "covered crisis incident";

    (2) Names, addresses and other pertinent information pertaining to injured persons or witnesses; and

    (3) The nature and location of injuries and damages arising out of the "covered crisis incident".

e. Notify us as soon as practicable if you intend to provide crisis counseling services.

f. Take all reasonable steps to protect the "covered location" from further loss or damage and the individuals from further injury. These steps will not increase the limits of insurance, but will be included for consideration in the settlement of the claim.

g. As often as may be reasonably required, permit us to inspect the property to prove the injury, damage or loss and to examine your books and records.

h. Send us a signed, sworn proof of loss containing the information we request to investigate the claims within sixty (60) days of our request. We will supply you with the necessary forms.

i. Cooperate with us in the investigation or settlement of the claim.

j. If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

3. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## F. LOSS DETERMINATION

1. The amount of Crisis Incident Business Income loss will be determined based on:

a. The Net Income of the business before the "covered crisis incident" occurred;

b. The likely Net Income of the business if no "covered crisis incident" had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "covered crisis incident" on customers or on other businesses;

c. The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the "covered crisis incident"; and

d. Other relevant sources of information, including:

    (1) Your financial records and accounting procedures;

    (2) Bills, invoices and other vouchers; and

    (3) Deeds, liens or contracts.

2. The amount of Crisis Incident Extra Expense will be determined based on:

a. All expenses, including "crisis incident communications expenses", that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if the "covered crisis incident" had not occurred.

We will deduct from the total of such expenses:

    (1) The salvage value that remains of any property bought for temporary use during the "crisis incident period of restoration", once "operations" are resumed; and

    (2) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

b. Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 13 05 13
Page 4 of 6

INSURED'S COPY

3. **Resumption Of Operations**

We will reduce the amount of your:

a. Crisis Incident Business Income Loss, other than Crisis Incident Extra Expense, to the extent you can resume your normal "operations", in whole or in part at the described premises or elsewhere.

b. Crisis Incident Extra Expense loss to the extent you can return "operations" to normal and discontinue such Crisis Incident Extra Expense.

4. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

## G. DEFINITIONS

1. "Communicable disease" means bacterial micro organism transmitted through human contact to food.

2. "Covered crisis incident" means.

a. Violent Act.

A physical act or attempted act done with malice and intent to cause injury or death to person or persons.

This excludes acts committed, threatened or attempted by you, or any of your partners, directors, officers or trustees.

b. The following threatened, attempted or committed acts:

(1) Abduction or kidnapping. The wrongful and illegal seizure of a person. This does not apply to abduction or kidnapping of the person by a parent, spouse, other relative, boyfriend, girlfriend or life partner.

(2) Stalking of employees or customers;

(3) Sexual assault; or

(4) Use of a firearm.

This excludes acts committed, threatened or attempted by you, or any of your partners, directors, managers (if you are a limited liability company), officers or trustees.

c. Food Contamination Shutdown or the shutdown of a business or location by the Board of Health or other governmental body because of the discovery of, or suspicion of, "food contamination".

3. "Covered location" means any location or premises you own or occupy, including the area within 1,000 feet of the building at which these are located, where building or business personal property is insured under this policy. However, a location or premises with more than one building or business personal property in more than one building is considered one "covered location" with respect to the coverages provided by this endorsement, even if the distance between buildings is less than 1,000 feet.

4. "Crisis Incident Business Income" means the:

a. Net income (net profit or loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, this includes the net sales value of production.

For all risks, this includes "rental value".

5. "Crisis Incident Communication Expense" means:

a. Reasonable and necessary expenses for the services of a Public Relations or Other Crisis Communications Firm to guide, advise or assist you in internal and external crisis communications; and

b. Reasonable and necessary expenses incurred by your own Communications Department beyond those of its normal communications activities for you to guide, advise or assist you in internal and external crisis communications.

6. "Crisis Incident Extra Expense" means necessary expenses, including "Crisis Incident Communication Expense" you incur during the "crisis incident period of restoration" that you would not have incurred if there had there been no loss at your "covered premises" resulting from a "covered crisis incident".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 13 05 13
Page 5 of 6

INSURED'S COPY

7. "Crisis incident period of restoration" means the period that begins after the Waiting Period Deductible and ends on the earlier of:

   a. The date when business is resumed or the "covered location" can be reoccupied by a tenant; or

   b. Sixty (60) consecutive days after the "covered crisis incident" occurred.

8. "Food contamination" means the occurrence of food poisoning, or suspected food poisoning, of one or more of your patrons resulting from tainted food purchased by you or "communicable disease" transmitted by one or more of your employees.

9. "Off-Premises Crisis Incident Extra Expense" means necessary extra expense such as the additional cost of lodging, food, transportation and "Crisis Incident Communication Expense" you incur as a result of a "covered crisis incident" away from a "covered location".

10. "Operations" means:

    a. Your business activities occurring at the described premises; and

    b. The tenantability of the "covered location", if you receive rental income from the "covered location".

11. "Suspension" means:

    a. The slowdown or cessation of your business activities; or

    b. That a part or all of the "covered location" is rendered untenantable, if you receive rental income from the "covered location".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 13 05 13
Page 6 of 6

INSURED'S COPY

| Previous Policy Number | Policy Number |
|---|---|
| NEW | S 2269483 |

# COMMERCIAL PROPERTY MORTGAGE HOLDERS SCHEDULE

| Policy Effective Date: FEBRUARY 27, 2017 | Schedule Effective Date: FEBRUARY 27, 2017 |
|---|---|

| Prem. No. | Bldg. No. | Mortgage Holder Name and Address |
|---|---|---|

CP-7623 (10/11)

INSURED'S COPY

# ElitePac®
# Property Extension Endorsement

COMMERCIAL PROPERTY
**CP 76 30 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

1. All references in the above forms to 100 feet are changed to 1,000 feet.

2. If we or any of our affiliates issue other insurance to you and more than one limit of insurance applies to loss or damage sustained by you, the following limitations will apply:

    a. Your recovery under all such insurance will not exceed the actual amount of loss or damage sustained; and

    b. The insurance provided by this endorsement applies in excess of and, except as to premium, limits and notice, follows the terms, conditions, limitations and exclusions of other applicable insurance issued to you by us or any of our affiliates.

3. With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

### SECTION I

The **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is amended as follows:

#### COVERED PROPERTY - BUILDING

Under **Section A. Coverage,** Paragraph **1.a. Building,** the following is added to subparagraph (4):

> (e) Lobby and hallway furnishings owned by you.

#### PROPERTY NOT COVERED

Under **Section A. Coverage,** Paragraph **2. Property Not Covered,** subparagraphs **f., g., i.,** and **m.** are deleted.

#### ADDITIONAL COVERAGES

##### Debris Removal

Under **Section A.4. Additional Coverages,** Paragraph **a. Debris Removal,** the following are amended:

Subparagraph (1) is deleted and replaced by the following:

> (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

The $10,000 limit shown in paragraph (4) is deleted and replaced by the limit shown in the ElitePac Schedule.

##### Preservation Of Property

Under **Section A.4. Additional Coverages,** Paragraph **b. Preservation Of Property,** subparagraph **b.(2)** is deleted and replaced by the following:

> (2) Only if the loss or damage occurs within the number of days shown in the ElitePac Schedule after the property is first moved.

##### Fire Department Service Charge

Under **Section A.4. Additional Coverages,** Paragraph **c. Fire Department Service Charge,** the $1,000 limit is deleted and replaced by the limit shown in the ElitePac Schedule.

##### Pollutant Clean-Up And Removal

Under **Section A.4. Additional Coverages,** Paragraph **d. Pollutant Clean-up and Removal,** the $10,000 limit is deleted and replaced by the limit shown in the ElitePac Schedule.

#### COVERAGE EXTENSIONS

Section **A.5. Coverage Extensions** is deleted and replaced by the following:

Unless otherwise stated in this endorsement or in a specific Coverage Extension, Coverage Extensions:

1. Are subject to the Deductible shown in the Commercial Property Coverage Declarations or $500 per occurrence, whichever is less;

2. Are not subject to the **Additional Condition Coinsurance;**

3. Are in addition to the Limits of Insurance shown in the Declarations; and

4. Apply to each described premises on a per occurrence basis.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 30 01 16**
**Page 1 of 16**

INSURED'S COPY

## Accounts Receivable

You may extend the insurance provided by this Coverage Form as set forth in the Accounts Receivable Coverage Endorsement **CP 76 64** which is made part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

No deductible applies to this Coverage Extension.

## Additional Costs

You may extend the insurance provided by this Coverage Form to pay for Additional Costs as a result of direct physical loss or damage to Buildings at described premises caused by or resulting from a Covered Cause of Loss.

1.  Additional Costs mean only the following necessary additional expenses you have paid over and above the estimated completed cost of any building or structure covered by this Coverage Extension:

    a.  Additional real estate broker fees or commission;

    b.  Additional architect, engineering and consulting fees other than fees and costs billed by and payable to independent or public adjusters or any of their affiliated entities;

    c.  Additional legal or accounting fees; and

    d.  Additional advertising and promotional expenses.

2.  This Coverage Extension does not apply to:

    a.  Claim Expenses; or

    b.  Ordinance Or Law.

3.  We will pay any covered loss of Additional Costs only for that period of time that:

    a.  Begins on the date of the Covered Cause of Loss; and

    b.  Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Arson, Theft And Vandalism Rewards

## (This Provision Does Not Apply In New York)

You may extend the insurance provided by this Coverage Form to apply to reimbursement for payment of rewards given to any person or persons other than you, your officers, your partners, your employees, public police, or fire officials who provide(s) information leading to a conviction in connection with:

1.  A covered fire loss to the described premises caused by arson;

2.  An actual or attempted theft of money or Covered Property; or

3.  A covered vandalism loss to the described premises.

The most we will pay under this Coverage Extension for any one occurrence is the limit shown in the ElitePac Schedule. This is the most we will pay regardless of the number of persons who provided information.

No deductible applies to this Coverage Extension.

## Back Up Of Sewer, Drain Or Sump - Direct Damage

You may extend the insurance provided by this Coverage Form to pay for direct physical loss or damage to Covered Property at described premises caused by or resulting from:

1.  Water or waterborne material that backs up or overflows or is otherwise discharged from the described premises sewer, drain, sump, sump pump or related equipment; or

2.  Water under the ground surface pressing on, or flowing or seeping through foundations, walls, floors or paved surfaces.

However, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

For purposes of this Coverage Extension, drain does not include a roof drain, gutter, downspout or similar fixtures or equipment.

This Coverage Extension does not apply to loss or damage caused by or resulting from your failure to:

1.  Keep a sump pump or its related equipment in proper working condition; or

2.  Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule and the Building and/or the Business Personal Property Limit of Insurance shown in the Declarations, whichever is less.

**This Coverage Extension is not flood insurance.** We will not pay for direct physical loss or damage from water or waterborne material that backs up or overflows from a sewer, drain, sump, sump pump or related equipment caused by any flood whether or not the flood contributes concurrently or in any sequence to the loss. This applies regardless of the proximity of the flood to Covered Property. Flood includes the accumulation of surface water, waves, tides, tidal waves, overflow of streams or other bodies of water, or their spray, all whether driven by wind or not, that enters the sewer or drain system.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## Brands And Labels

If Your Business Personal Property that has a brand or label is damaged by a Covered Cause of Loss and we elect to take all or any part of the damaged property at an agreed or appraised value, you may extend the insurance that applies to Your Business Personal Property to:

1. Pay expenses you incur to:

   a. Label or stamp the damaged property as salvage, if doing so will not physically damage the property; or

   b. Remove the brand or label and then re-label the damaged property to comply with applicable law.

2. Cover any reduction in the salvage value of the damaged property as a result of the removal of the brand or label.

The most we will pay under this Coverage Extension is the applicable Limit of Insurance for Your Business Personal Property shown in the Declarations.

This Coverage Extension is not in addition to the limits shown in the Declarations and is included within Your Business Personal Property Limit of Insurance.

## Building Owner - Tenant Move Back Expenses

You may extend the insurance provided by this Coverage Form to apply to expenses you incur as building owner to move tenants back into a described premises rendered temporarily untenantable by direct physical loss or damage to that premises caused by a Covered Cause of Loss.

We will pay only for the following expenses that are documented, reasonable and necessary:

1. Packing, insuring and transporting Business Personal Property;

2. Re-establishing electric utility and communication services, less any refunds due tenants from discontinued services;

3. Assembly and setting up fixtures and equipment; and/or

4. Unpacking and re-shelving stock and supplies.

We will pay only for such expenses incurred within 60 days of the date that the portion of the building rented by your tenant has been repaired or rebuilt and is ready for occupancy.

If your tenants have valid and collectible insurance for move back expenses, we will pay only for the documented, reasonable and necessary amount in excess of the amount payable from such other insurance.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Claim Expenses

You may extend the insurance provided by this Coverage Form to apply to all reasonable expenses that you incur at our request to assist us in the:

1. Investigation of a claim;

2. Determination of the amount of loss, such as taking inventory or making appraisals; and/or

3. Cost of preparing specific loss documents and other supporting exhibits.

We will not pay for expenses:

1. Incurred to perform your duties under Section **E. Loss Conditions**, Paragraph **2. Appraisal;**

2. Incurred to prove that loss or damage is covered;

3. Billed by and payable to independent or public adjusters, attorneys or any of their affiliated entities; and/or

4. To prepare claims not covered by this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Deferred Payments

You may extend the insurance provided by Your Business Personal Property to protect your interest in lost or damaged Covered Property sold by you under a conditional sale or trust agreement or any installment or deferred plan when such loss or damage results from direct physical loss to that Covered Property after delivery to buyers caused by or resulting from a Covered Cause of Loss.

When a loss occurs and the buyer continues to pay you, there will be no loss payment.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Electronic Information Systems

You may extend the insurance provided by this Coverage Form as set forth in the Electronic Information Systems Coverage Endorsement **CP 76 67** which is made part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

## Extra Expense

You may extend the insurance provided by this Coverage Form to apply to the actual and necessary Extra Expense you sustain due to direct physical loss or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

Copyright, 2015 Selective Insurance Company of America. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

1. We will pay any Extra Expense to:
   a. Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations including:
      (1) Relocation expenses; and
      (2) Costs to equip and operate the replacement or temporary locations.
   b. Minimize the "suspension" of business if you cannot continue "operations".

2. We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

This Coverage Extension does not apply if Business Income - Actual Loss Sustained coverage is made part of this policy.

The following definitions apply to the coverage provided by this Coverage Extension:

1. "Operations" means:
   a. Your business activities occurring at the described premises; and
   b. The tenantability of the described premises.

2. "Period of Restoration" means the period of time that:
   a. Begins immediately after the time of direct physical loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at the described premises; and
   b. Ends on the earlier of:
      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
      (2) The date when business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:
   a. Regulates the construction, use or repair, or requires the tearing down of any property; or
   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

3. "Suspension" means:
   a. The slowdown or cessation of your business activities; or
   b. That a part or all of the described premises is rendered untenantable.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

No deductible applies to this Coverage Extension.

**Fine Arts**

You may extend the insurance provided by this Coverage Form as set forth in the Fine Arts Coverage Endorsement CP 76 68 which is made part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

**Fire Extinguishing Equipment**

You may extend the insurance provided by this Coverage Form to:

1. Apply to direct physical loss or damage to Covered Property;

2. Pay for the cost to recharge or refill any "fire extinguishing equipment"; and

3. Pay the cost you incur to clean up the released extinguishing agent;

when "fire extinguishing equipment" is discharged:

1. Due to a Covered Cause of Loss;

2. As a result of the intended operation of such equipment to prevent or control a Covered Cause of Loss;

3. Accidentally; or

4. Resulting from a malfunction of the "fire extinguishing equipment."

We will not pay for loss or damage, recharge and clean-up costs if:

1. You fail to maintain the "fire extinguishing equipment" in proper operating condition; or

2. The discharge occurs while servicing, refilling or testing the "fire extinguishing equipment".

If it is less expensive to do so, we will pay your costs to replace your "fire extinguishing equipment" rather than recharge it.

The following definition applies to this Coverage Extension:

"Fire extinguishing equipment" means portable fire extinguishers and automatic extinguishing systems protecting cooking equipment that are intended to protect described premises. "Fire extinguishing equipment" does not include automatic sprinkler systems.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

No deductible applies to this Coverage Extension.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## Installation Property

You may extend the insurance provided by Your Business Personal Property as set forth in the Installation Property Coverage Endorsement CP 76 69 which is made part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Lock Replacement Coverage

You may extend the insurance provided by this Coverage Form to apply to necessary replacement of locks because keys to your described premises have been lost, stolen or damaged by a Covered Cause of Loss.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

No deductible applies to this Coverage Extension.

## Members and Guests Property

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to property belonging to your members or guests while it is in your care, custody or control caused by or resulting from a Covered Cause of Loss.

The most we will pay under this Coverage Extension are the:

1. Any one individual; and

2. Per occurrence

limits shown in the ElitePac Schedule.

Our payment under this Coverage Extension will only be for the account of the owner of the property.

No deductible applies to this Coverage Extension.

## Mobile Equipment

You may extend the insurance provided by this Coverage Form as set forth in the Mobile Equipment Coverage Endorsement CP 76 70 which is made a part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Newly Acquired Or Constructed Property

1. **Building**

   If this policy covers Building, you may extend that insurance to apply to direct physical loss or damage to the following when caused by or resulting from a Covered Cause of Loss:

   a. Your new buildings while being built on the described premises; and

   b. Buildings you acquire at locations, other than the described premises, intended for:

      (1) Similar use as the building described in the Declarations; or

      (2) Use as a warehouse.

   The most we will pay under this Coverage Extension is the Building Per Location limit shown in the ElitePac Schedule.

2. **Your Business Personal Property**

   If this policy covers Your Business Personal Property, you may extend that insurance to apply to direct physical loss or damage to the following when caused by or resulting from a Covered Cause of Loss:

   a. Business Personal Property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

   b. Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

   This Extension does not apply to:

   a. Personal property of others that is temporarily in your possession in the course of installing or performing work on such property;

   b. Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities; or

   c. "Stock".

   The most we will pay under this Coverage Extension is the Your Business Personal Property Per Location limit shown in the ElitePac Schedule.

3. **Period Of Coverage**

   With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

   a. This policy expires;

   b. 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

   c. You report values to us.

   We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

   The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

## Non-Owned Detached Trailers

You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to trailers that you do not own caused by or resulting from a Covered Cause of Loss provided that:

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

1. The trailer is used in your business;

2. The trailer is in your care, custody or control at the described premises or at your newly acquired location; and

3. You have a contractual responsibility to pay for loss or damage to the trailer.

We will not pay for any loss or damage that occurs:

1. While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

2. During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such trailer.

**Ordinance Or Law**

The **Increased Cost of Construction Additional Coverage** is deleted and replaced by the following Ordinance Or Law Coverage Extension:

You may extend the insurance that applies to Building as follows:

1. If there is direct physical loss or damage to described premises caused by or resulting from a Covered Cause of Loss we will pay the following to the extent it results from enforcement of an ordinance or law:

   a. **Coverage A.** The loss in value of the undamaged portion of the building that requires demolition of undamaged parts of the same building.

   b. **Coverage B.** The cost to demolish and clear the site of undamaged parts of the same building.

   c. **Coverage C.** The increased cost to:

      (1) Repair or reconstruct damaged portions of the same building; and/or

      (2) Reconstruct or remodel undamaged portions of the same building, whether or not demolition is required.

   However:

      (1) This coverage applies only if the restored or remodeled building is intended for similar occupancy as the current building, unless such occupancy is not permitted by zoning or land use ordinance or law.

      (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   d. **Coverage D.** The increased cost to repair, rebuild or reconstruct tenant's improvements and betterments.

2. The ordinance or law must:

   a. Regulate the demolition, construction or repair of buildings or establishes zoning or land use requirements at the described premises; and

   b. Be in force at the time of loss.

3. We will not pay under this Coverage Extension for:

   a. Loss due to any ordinance or law with which:

      (1) You were required to comply before the loss, even if the building was undamaged; and

      (2) You failed to comply.

   b. The enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   c. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

4. We will not pay for increased construction costs under this endorsement:

   a. Until the property is actually repaired or replaced, at that same premises or elsewhere; and

   b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years. We may extend this period in writing during the 2 years.

5. This Coverage Extension is not subject to the terms of the Ordinance or Law Exclusion found in the Causes of Loss - Special Form, to the extent such Exclusion conflicts with this Coverage Extension.

6. The most we will pay under this Coverage Extension for:

   a. **Coverage A.** The loss to undamaged portion of the building:

      (1) If the property is repaired or replaced on the same or another premises is the lesser of:

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 30 01 16
Page 6 of 16

INSURED'S COPY

(a) The amount you actually spend to repair, rebuild or reconstruct the undamaged portion of the building;

(b) The amount it would cost to restore the undamaged portion to the same height, floor area, style and comparable quality of the original undamaged portion of the building; or

(c) The limit of insurance applicable to the covered building property shown in the Declarations.

(2) If the property is not repaired or replaced or if Replacement Cost does not apply is the lesser of:

(a) The actual cash value of the undamaged portion of the building at the time of loss; or

(b) The limit of insurance applicable to the covered Building property shown in the Declarations.

(3) Coverage A. is not in addition to the Building Limits of Insurance shown in the Declarations and is included within the covered Building Limit of Insurance.

b. **Coverage B.** The cost to demolish and clear the site of undamaged part of the same building is the limit shown in the ElitePac Schedule.

c. **Coverge C.** The increased cost to repair, rebuild, or construct the same building is the limit shown in the ElitePac Schedule.

d. **Coverage D.** The increased cost to repair, rebuild or reconstruct tenant's improvements and betterments is the limit shown in the ElitePac Schedule.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

## Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage, including debris removal expense, to the following outdoor property owned or leased by you caused by or resulting from a Covered Cause of Loss:

1. Outdoor fences;

2. Outdoor signs, whether or not attached to buildings;

3. Outdoor storage sheds and garages used to store your business supplies or equipment;

4. Outdoor lights, whether or not attached to buildings;

5. Paved surfaces, including but not limited to bridges, roads, walks, foot and cart bridges, patios, parking lots, running tracks, playgrounds and athletic fields both artificial and natural turf;

6. Playground equipment;

7. Radio and television receiving equipment including loss or damage to your radio and television antennas, satellite dishes and similar audio/visual receiving equipment, their lead-in wiring, masts or towers;

8. Outdoor tents, canopies, and awnings of fabric or slate construction not attached to a building and located on or off your described premises;

9. Ornamental Gardens. However, loss or damage caused by weight of ice, snow or sleet is not covered;

10. Hardscape landscaping consisting of masonry or stone bridges, walks, patios, retaining walls or similar surfaces or wooden landscaping bridges, permanent objects whose primary function is decoration, benches, statues, fountains, monuments and gazeboes or similar structures; and

11. Outdoor artwork and decorative objects.

For governmental entities:

1. Outdoor Property also includes water hydrants, street lights, street signs and traffic lights and related equipment;

2. Outdoor Property is covered within the jurisdictional boundaries of the governmental entity on a per occurrence basis instead of an each described premises basis.

However, this Coverage Extension does not apply to loss or damage caused by freezing or thawing.

The most we will pay, including debris removal expense, under this Coverage Extension is the limit shown in the ElitePac Schedule.

## Outdoor Trees, Shrubs And Plants

You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage to your outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants) including debris removal expense, caused by or resulting from a Covered Cause of Loss.

This Coverage Extension does not apply to loss or damage to property covered under the Outdoor Property Coverage Extension.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule but not more than $2,500 for any one tree, shrub or plant.

For schools and governmental entities, the most we will pay in any one policy year is $100,000.

## Personal Effects

You may extend the insurance that applies to Your Business Personal Property as set forth in the Personal Effects Coverage Endorsement **CP 76 71** which is made part of this policy.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

The most we will pay under this Coverage Extension are the:

1. Per person; and
2. Per occurrence

limits shown in the ElitePac Schedule.

This Coverage Extension does not apply to property covered under the Members and Guest Property Coverage Extension.

No deductible applies to this Coverage Extension.

**Personal Property At Unnamed Premises - Within the Coverage Territory**

You may extend the insurance provided by Your Business Personal Property to apply to direct physical loss or damage to Business Personal Property and Personal Property of Others in your care, custody or control while at an "unnamed premises" caused by or resulting from a Covered Cause of Loss.

For this Coverage Extension, "unnamed premises" means locations:

1. Owned, leased or operated by you; or
2. Not owned, leased or operated by you, where Your Business Personal Property or Personal Property of Others in your care, custody or control is located, including fairs, trade shows or exhibitions;

that are within the Coverage Territory and not described in the Declarations.

This Coverage Extension does not apply to:

1. Installation property;
2. Personal effects;
3. "Portable computers";
4. Property in the care, custody or control of your salesperson;
5. Property in transit;
6. Tools and Equipment;
7. Property covered under the Newly Acquired Or Constructed Property Coverage Extension; or
8. Property outside of the Coverage Territory.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

**Personal Property At Unnamed Premises - Outside the Coverage Territory**

You may extend the insurance provided by Your Business Personal Property to apply to direct physical loss or damage to Business Personal Property and Personal Property of Others in your care, custody and control while at an "unnamed premises" caused by or resulting from a Covered Cause of Loss.

For this Coverage Extension, "unnamed premises" means locations:

1. Owned, leased or operated by you; or
2. Not owned, leased or operated by you, where Your Business Personal Property or Personal Property of Others in your care, custody or control is located including fairs, trade shows or exhibitions;

that are at worldwide locations outside the Coverage Territory except within any country upon which the United States government has imposed sanctions, embargoes or any similar prohibition.

This Coverage Extension does not apply to:

1. Installation property;
2. Personal effects;
3. "Portable computers";
4. Property in the care, custody or control of your salesperson;
5. Property in transit;
6. Tools and Equipment; and
7. Property within the Coverage Territory.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

**Personal Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to Personal Property of Others in your care, custody or control caused by or resulting from a Covered Cause of Loss.

This Coverage Extension does not apply to:

1. Installation property;
2. Members' and guests' property;
3. Personal effects;
4. Property in the care, custody or control of your salesperson;
5. Property In transit;
6. Tools and Equipment;
7. Business Personal Property of a golf club professional(s) working at your club; and
8. Property of others for which you are legally liable as:
   a. A carrier for hire; or
   b. An arranger of transportation, including car loaders, consolidators, brokers, freight forwarders or shipping associates.

The most we will pay under this Coverage Extension is the applicable Limit of Insurance for Your Business Personal Property shown in the Declarations.

This Coverage Extension is not in addition to the limits shown in the Declarations and is included within Your Business Personal Property Limit of Insurance.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

Our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

### Property In Transit

You may extend the insurance provided by Your Business Personal Property as set forth in the Property In Transit Coverage Endorsement **CP 76 72** which is made part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

### Salesperson's Samples

You may extend the insurance provided by Your Business Personal Property as set forth in the Salesperson's Samples Coverage Endorsement **CP 76 73** which is made part of this policy.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

### Spoilage

You may extend the insurance provided by Your Business Personal Property to apply to direct physical loss or damage to Covered Property caused by or resulting from the following:

1. Breakdown or Contamination, meaning:

    a. Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

    b. Contamination by the refrigerant.

2. Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

For purposes of the Coverage Extension, Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody and control.

Only the following Exclusions contained in Paragraph **B. 1.** of the **Causes of Loss - Special Form** apply to this Coverage Extension:

1. Earth Movement;

2. Governmental Action;

3. Nuclear Hazard;

4. War and Military Action; and

5. Water.

The following additional exclusions apply to this Coverage Extension:

1. The disconnection of any refrigerating, cooling or humidity control system from the source of power.

2. The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

3. The inability of an electrical utility company or other power source to provide sufficient power due to:

    a. Lack of fuel; or

    b. Governmental order.

4. The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

5. Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

"Perishable stock" means personal property:

1. Maintained under controlled conditions for its preservation; and

2. Susceptible to loss or damage if the controlled conditions change.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

### Tenant Building and Business Personal Property Coverage Required By Lease

You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage to Building and Business Personal Property you do not own that you have a contractual responsibility to insure caused by or resulting from a Covered Cause of Loss. This includes building fixtures, machinery and equipment.

The most we will pay under the Coverage Extension is the limit shown in the ElitePac Schedule.

### Tenant's Building Glass Liability

If you are a tenant and no Limit of Insurance is shown in the Declarations for Building coverage, you may extend the insurance provided for Your Business Personal Property to cover direct physical loss or damage to building glass that is part of the exterior or interior walls, floors or ceilings of the building or structure occupied by you at the described premises caused by or resulting from a Covered Cause of Loss.

We will also pay for necessary:

1. Expenses incurred to put up temporary plates or board up openings;

2. Repair or replacement of encasing frames;

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

3.  Expenses incurred to remove or replace obstructions; and

4.  Repair or replace alarm tapes.

This Coverage Extension only applies to glass owned by you, or by others which is in your care, custody or control, and for which you are legally, or have contractually agreed to be, responsible.

Our payment for glass owned by others will only be for the account of the owner of the glass.

This Coverage Extension is not in addition to the limits shown in the Declarations and is included within Your Business Personal Property Limit of Insurance.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

### Tenant Lease Assessment

You may extend Your Business Personal Property to apply to your share of any assessment charged to all tenants by the building owner as agreed to in your written lease agreement as a result of direct physical loss or damage to building property you occupy caused by or resulting from a Covered Cause of Loss.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

### Tenant Leasehold Improvements

You may extend the insurance provided by Your Business Personal Property or, if written under a separate limit of insurance, Your Tenant's Improvements and Betterments to apply to the unamortized value of tenant's improvements and betterments that remain, and that you were forced to abandon, if your lease is cancelled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

This Coverage Extension is not in addition to the limits shown in the Declarations and is included within Your Business Personal Property Limit of Insurance or if written separately, the Tenant's Improvements and Betterments Limit of Insurance shown in the Declarations.

### Theft Damage To Building

You may extend the insurance that applies to Your Business Personal Property to apply to damage to that part of any building containing Covered Property caused directly by theft or attempted theft.

We will not pay for damage to glass or to lettering or artwork on glass.

This Coverage Extension applies only to described premises where you are a tenant and are responsible for such damage by the provisions of a written lease agreement.

This Coverage Extension is not in addition to the limits shown in the Declarations and is included within Your Business Personal Property Limit of Insurance.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

### Tools and Equipment

You may extend the insurance provided by Your Business Personal Property as set forth in the Tools and Equipment Coverage Endorsement CP 76 74 which is made part of this policy.

The most we will pay for loss or damage under this Coverage Extension is the limit shown in the ElitePac Schedule.

### Utility Services - Direct Damage

You may extend the insurance provided by this Coverage Form to apply to loss or damage to Covered Property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage to the following property located outside of a covered building described in the Declarations and be caused by or result from a Covered Cause of Loss:

1.  Water Supply Services, meaning pumping stations and water mains supplying water to the described premises.

2.  Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

    a.  Communication transmission lines, including optic fiber transmission lines;

    b.  Coaxial cables; or

    c.  Microwave radio relays, excepting satellites.

    Overhead communication transmission lines are excluded.

3.  Power Supply Services, meaning utility generating plants, switching stations, substations, transformers and transmission lines supplying electricity, steam or gas to the described premises.

    Overhead power transmission lines are excluded.

As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The Utility Services Exclusion does not apply to the extent that coverage is provided under this Coverage Extension.

The most we will pay under this Coverage Extension is the limit shown in the ElitePac Schedule.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## Valuable Papers And Records

You may extend the insurance provided by Your Business Personal Property as set forth in the Valuable Papers Coverage Endorsement CP 76 75 which is made part of this policy.

The most we will pay for loss or damage under this Coverage Extension is the limit shown in the ElitePac Schedule.

## LIMITS OF INSURANCE

The following is added to Section C. LIMITS OF INSURANCE:

### Business Personal Property Seasonal Increase

The Limit of Insurance for Business Personal Property will increase by the percentage shown in the ElitePac Schedule. This percentage increase will apply only if the limit shown for Your Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

1. The 12 months immediately preceding the date the loss or damage occurs; or

2. The period of time you have been in business as of the date the loss or damage occurs.

For operations that include the seasonal sale of plants, trees and shrubs, the Limit of Insurance for Business Personal Property will increase by 50%.

The per occurrence deductible shown in the Declarations applies to this Coverage Extension.

## DEDUCTIBLE

The following is added to Section D. DEDUCTIBLE:

If multiple deductibles apply to loss covered under this Coverage Form, the most we will deduct from the loss is the single largest deductible involved. Furthermore, each deductible will only be applied against its applicable coverage and, any deductible amount(s) actually taken will be applied toward any remaining larger deductible(s).

If a loss covered under this Coverage Form also involves a loss covered under an Inland Marine Coverage Form or the Physical Damage Section of a Business Auto Coverage Form issued to you by us or any of our affiliates, the most we will deduct from the loss is the single largest deductible involved. Furthermore, each deductible will only be applied against its applicable coverage and, any deductible amount(s) actually taken will be applied toward any remaining larger deductible(s).

## LOSS CONDITIONS

The following are added to Valuation under Loss Conditions:

1. Finished "stock" you fabricated or manufactured including "stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had.

2. We will pay the reduction in value of the remaining parts of "stock" when the reduction is caused by direct physical loss of or damage to other parts of "stock" at the described premises caused by or resulting from a Covered Cause of Loss.

3. Personal Property of Others at the amount for which you are liable, not to exceed the replacement cost.

4. Members and guests property at the amount for which you are liable, not to exceed the replacement cost.

## ADDITIONAL CONDITIONS

The following is added to Additional Condition F.1. Coinsurance:

Do not include the values of the following Covered Property types in determining the most we will pay:

1. The cost of excavations, grading, backfilling or filling;

2. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   a. The lowest basement floor; or

   b. The surface of the ground, if there is no basement;

3. Personal property while airborne or waterborne; and

4. Underground pipes, flues or drains.

### SECTION II

The CAUSES OF LOSS - SPECIAL FORM is amended as follows:

## EXCLUSIONS

Under Section B. Exclusions:

Exclusions 2.d.(7) and 2.i. are deleted and do not apply.

## LIMITATIONS

Under Section C. Limitations:

1. Paragraphs 1.d., 1.f., 2., and 3.c. are deleted and do not apply.

2. Paragraph 3.a. is deleted and replaced by the following:

   a. For furs, fur garments and garments trimmed with fur, the most we will pay is the limit shown in the ElitePac Schedule.

3. The following is added to Paragraph 3.b.:

   For gold, silver, platinum, and other precious alloys or metals used as a raw material in your manufacturing process the most we will pay is the limit shown in the ElitePac Schedule.

## ADDITIONAL COVERAGE EXTENSIONS

Property in Transit Additional Coverage Extension does not apply.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SECTION III

When a **BUSINESS INCOME COVERAGE FORM** is made a part of this policy, that form is amended as follows:

## ADDITIONAL COVERAGES

The following is added to Section **5. Additional Coverages:**

Unless otherwise stated in this endorsement or in a specific Additional Coverage, Additional Coverages:

1. Are in addition to the Limits of Insurance shown in the Declarations;

2. Apply to each described premises on a per occurrence basis; and

3. Do not have a waiting period under the definition of "period of restoration".

The following **Additional Coverages** are added:

### Auto Physical Damage Business Income

We will pay for the loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration." The "suspension" must be caused by direct physical loss or damage to a "covered motor vehicle". The loss or damage must be caused by or resulting from a Covered Cause of Loss.

"Covered motor vehicle" means a vehicle:

1. Owned by you; or

2. Leased to you for a period greater than 6 months; and

3. Insured by us or any of our affiliates under an Automobile or Garage Coverage Part:

   a. Covered for direct physical loss or damage; and

   b. Maintains rental reimbursement coverage; and

4. Used to transport your business personal property.

For this Additional Coverage only:

1. "Operations" also means your business activities involving the use of a "covered motor vehicle".

2. "Period of restoration" applies to the "covered motor vehicle" rather than the described premises.

Payment for Extra Expense does not apply under this Additional Coverage.

This Additional Coverage does not apply to "private passenger type vehicles".

"Private passenger type vehicle" means a four-wheel auto of the private passenger or station wagon type.

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

### Back Up Of Sewer, Drain Or Sump - Business Income

We will pay for the loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage to Covered Property at described premises. The loss or damage must be caused by or result from:

1. Water or waterborne material that backs up or overflows or is otherwise discharged from the described premises sewer, drain, sump, sump pump or its related equipment; or

2. Water under the ground surface pressing on, or flowing or seeping through foundations, walls, floors or paved surfaces.

However, we will not pay for the loss of Business Income you sustain in the event of mechanical breakdown to a sump, sump pump or its related equipment.

For purposes of this Additional Coverage, drain does not include a roof drain, gutter, downspout or similar fixtures or equipment.

This Additional Coverage does not apply to loss of Business Income caused by or resulting from an insured's failure to:

1. Keep a sump pump or its related equipment in proper working condition; or

2. Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

The most we will pay for loss of Business Income under this Additional Coverage is the limit shown in the ElitePac Schedule or the Business Income Limit of Insurance shown in the Declarations, whichever is less.

**This coverage extension is not flood insurance.** We will not pay for direct physical loss or damage from water or waterborne material that backs up or overflows from a sewer, drain, sump, sump pump or related equipment caused by any flood whether or not the flood contributes concurrently or in any sequence to the loss. This applies regardless of the proximity of the flood to Covered Property. Flood includes the accumulation of surface water, waves, tides, tidal waves, overflow of streams or other bodies of water, or their spray, all whether driven by wind or not, that enters the sewer or drain system.

### Building Owner - Lessor's Leasehold Interest

We will pay for loss of "leasehold interest" in the event that your tenant(s) cancel their lease(s) in a described premises, due to untenantability as a result of direct physical loss or damage to the described premises caused by or resulting from a Covered Cause of Loss.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

"Leasehold interest" means the difference between the:

1. Rent you were collecting at the described premises prior to the loss; and

2. Rental Value of the described premises after loss or damage has been repaired or rebuilt. Rental Value for this Additional Coverage means:

   a. Total anticipated rental income from tenant occupancy of the described premises as furnished and equipped by you; and

   b. Amounts of all charges which are the legal obligations of the tenants which would otherwise be your obligations.

Loss of "leasehold interest" does not include:

1. Prepaid rent;

2. Security and other deposits made by tenants; or

3. Insurance, taxes or other payments you made on behalf of the tenants.

We will pay only for loss of "leasehold interest" that you sustain after tenantability is restored and until the earlier of:

1. The date you lease the premises to another tenant;

2. 12 months immediately following the "period of restoration"; or

3. The normal expiration date of the cancelled lease(s).

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

**Contractual Penalties**

We will pay for contractual penalties you are legally liable to pay under a written contract between you and your customers. These penalties must result from your failure to deliver your product or service within the time required by contract and is caused by direct physical loss or damage to Covered Property. The loss or damage must be caused by or result from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

**Denial of Service**

We will pay for the loss of Business Income you sustain caused by or resulting from a "denial of service attack".

"Denial of service attack" means the malicious direction of a high volume of worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

This Additional Coverage applies to "denial of service attacks":

1. That originate anywhere in the world; and

2. Whether or not there has been any physical damage to data or software.

Denial of Service does not include loss of Business Income from the theft of telephone services or the theft of any property.

We will not pay for any loss of Business Income that you sustain during the 12 hours that immediately follow the time when you first discovered the "denial of service attack".

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

**Dependent Properties**

We will pay for the loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration." The "suspension" must be caused by direct physical loss or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

For this Additional Coverage only, "period of restoration" means the period of time that:

1. Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

2. Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

."Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1. Regulates the construction, use or repair, or requires the tearing down, of any property; or

2. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

This Additional Coverage does not apply to "dependent properties" for which you have more specific insurance either under this policy or another.

**Extended Business Income**

The 30 consecutive days restriction under Extended Business Income is changed to the number of consecutive days shown in the ElitePac Schedule.

**Food Contamination Shutdown**

We will pay for the:

1. Loss of Business Income you sustain; and

2. Extra Expense you incur

from the necessary "suspension" of your "operations" because the Board of Health, or another government authority, has issued an order to you in connection with the discovery of or suspicion of "food contamination."

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

Extra Expense coverage is limited to the following:

1. Your costs to clean and sanitize your equipment as required by the government authority;

2. Your costs to replace consumable goods declared or suspected by the government authority to be contaminated;

3. Reimbursement to infected patrons for doctor's care, hospitalization and necessary blood work;

4. Necessary medical tests and vaccines for affected employees as required by government authority. However, we will not pay for any expense that is otherwise covered under a Workers' Compensation policy; and

5. Your additional advertising expenses you incur following the notification by the government authority to resume "operations" and regain customers.

We will not pay for fines or penalties of any kind. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

We will not pay for any expense that is covered elsewhere under this policy or any other policy issued to you by us or any of our affiliates.

In the event of a loss you must:

1. Give us prompt notice of the "suspension" declaration;

2. Notify any government authority that may have jurisdiction over the incident; and

3. As soon as possible, give us a description of how, when and where the "food contamination" was first discovered.

For this Additional Coverage, "food contamination" means the occurrence of food poisoning, or suspected food poisoning, of one or more of your patrons that is caused by or results from tainted food you purchased, improperly stored, handled or prepared or communicable disease transmitted by one or more of your employees.

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

### Increased Realty Tax Assessment Coverage

We will pay for the additional realty tax assessment you incur after the "period of restoration" due to repair, rebuilding or reconstruction of a damaged building or structure at a described premises that exceeds the realty tax assessment you would have incurred if there had been no direct physical loss or damage caused by or resulting from a Covered Cause of Loss.

However, we will not pay for any of the following:

1. Realty tax assessments made more than:

    a. One year after the end of the "period of restoration"; or

    b. Two years after the date of the damage to the covered building or structure from a covered loss;

    whichever is sooner.

2. Realty tax assessments made due to physical loss or physical damage that does not cause a suspension of payments of base (monthly) rent by one or more of your tenants.

3. Realty tax assessments paid on your behalf.

4. That part of the realty tax assessment increase due to increases in the mill rate, the assessment level or similar ratios by which the relation of property value to realty tax is expressed, since the latest assessment prior to the loss or damage. The mill rate is the amount of realty tax paid per dollar of assessed property value. The assessment level is the ratio of assessed values to fair market value.

5. A realty tax assessment increase that is due to your decision to rebuild the building:

    a. With a different building configuration;

    b. With a larger building area;

    c. With better building material or quality;

    d. With a different purpose; or

    e. At a different location.

The most we will pay in any one occurrence is the lesser of:

1. All related increases in realty tax assessments during the 12 months immediately following the assessment; or

2. The limit shown in the ElitePac Schedule.

### Ingress Or Egress

We will pay for:

1. The loss of Business Income you sustain due to the necessary "suspension" of your "operations"; and

2. Extra Expense you incur

when ingress to or egress from the described premises is prevented, other than as provided in the Civil Authority Additional Coverage. The prevention of ingress to or egress from the described premises must be caused by direct physical loss or damage to property that is away from, but within 5 miles of the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss.

This Additional Coverage will begin after a waiting period of 24 hours from the date when the ingress or egress is first prevented and apply for up to 30 consecutive days.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

### Pollutant Clean-Up And Removal - Business Income

We will pay for the loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by the discharge, dispersal, seepage, migration, release or escape of "pollutants" to land or water at the described premises. Such discharge, dispersal, seepage, migration, release or escape must be caused by or result from a Covered Cause of Loss that occurs during the policy period.

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

### Project Research And Development Documentation And Prototypes Business Income

We will pay for the loss of Business Income you sustain due to direct physical loss or damage to "project research and development documentation" and "prototypes", caused by or resulting from a Covered Cause of Loss.

The following definitions apply to this Additional Coverage:

1. "Project Research and Development Documentation" means written, printed or inscribed documents, plans and records directly associated with your research and development operations.

2. "Prototypes" means the first or original model of a new design.

This Additional Coverage is not in addition to the limits shown in the Declarations and is included within the Business Income Limit of Insurance.

### Unnamed Premises - Business Income

We will pay for:

1. The loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

2. The reasonable and necessary Extra Expense you incur during the "period of restoration";

as a result of direct physical loss or damage to property at "unnamed premises" caused by or resulting from a Covered Cause of Loss.

For this Additional Coverage, "unnamed premises" means locations:

1. Owned, leased or operated by you; or

2. Not owned, leased or operated by you, where Your Business Personal Property or Personal Property of Others in your care, custody or control is located;

that are within the Coverage Territory and not described in the Declarations.

This Additional Coverage does not apply to loss of Business Income caused by or resulting from loss or damage to:

1. A "dependent property";

2. Any location to which the Newly Acquired Locations Coverage Extension applies; or

3. Property in the due course of transit.

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule.

### Utility Services - Time Element

We will pay for the loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by the interruption of service to the described premises due to direct physical loss or damage to the following property located outside of a covered building described in the Declarations. The loss or damage must be caused by a Covered Cause of Loss:

1. Water Supply Services, meaning pumping stations and water mains supplying water to the described premises.

2. Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; or

   c. Microwave radio relays, excepting satellites.

   Overhead communication transmission lines are excluded.

3. Power Supply Services, meaning utility generating plants, switching stations, substations, transformers and transmission lines supplying electricity, steam or gas to the described premises.

   Overhead power transmission lines are excluded.

As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The Utility Services Exclusion does not apply to the extent that coverage is provided under this Additional Coverage.

The **Additional Condition, Coinsurance,** does not apply to this Additional Coverage.

The most we will pay under this Additional Coverage is the limit shown in the ElitePac Schedule, but we will not pay for the loss of Business Income you sustain during the first 24 hours immediately following the direct physical loss or damage.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 30 01 16
Page 15 of 16

INSURED'S COPY

**COVERAGE EXTENSION**

**Newly Acquired Locations - Business Income**

Under Section **A.6., Coverage Extension, Newly Acquired Locations:**

1. Paragraph **b.** is deleted and replaced by the following:

    b. The most we will pay under this Coverage Extension for the sum of Business Income loss and Extra Expense incurred is the limit shown in the ElitePac Schedule.

2. Paragraph **c.(2)** is deleted and replaced by the following:

    (2) 180 days expire after you acquire or begin to construct the property: or

**DEFINITIONS**

The following definition is added to Section F. Definitions:

"Dependent Property" means property operated by others you depend on to:

a. Deliver materials or services (other than water, communications, or power supply) to you, or to others for your account (Contributing Locations);

b. Accept your products or services (Recipient Locations);

c. Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

d. Attract customers to your business (Leader Locations).

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

| Previous Policy Number | Policy Number |
|---|---|

# ElitePac® Schedule — Lessors Risk

| COVERAGE | LIMIT |
|---|---|
| Additional Costs | $250,000 |
| Additional Property Covered: | |
| The cost of excavations, grading, backfilling or filling | Included in Bldg Limit |
| Foundations of buildings, structures, machinery or boilers | Included in Bldg Limit |
| Personal property while airborne or waterborne | Included in BPP Limit |
| Underground pipes, flues or drains | Included in Bldg Limit |
| Arson, Theft and Vandalism Rewards (not applicable in New York) | $25,000 |
| Back Up Of Sewer, Drain Or Sump - Direct Damage | $100,000 |
| Brands and Labels | Included in BPP Limit |
| Building Owner - Tenant Move Back Expenses | $25,000 |
| Business Income/Extra Expense Related Additional Coverages | |
| Auto Physical Damage Business Income | $25,000 |
| Back Up Of Sewer, Drain Or Sump - Business Income | $100,000 |
| Building Owner - Lessor's Leasehold Interest | $25,000 |
| Contractual Penalty | $25,000 |
| Denial of Service | $25,000 |
| Dependent Properties | $100,000 |
| Extended Period of Indemnity | 365 Days |
| Extra Expense (applies if no Business Income - ALS coverage) | $50,000 |
| Food Contamination Shutdown | $25,000 |
| Increased Realty Tax Assessment | $50,000 |
| Ingress or Egress | $50,000 |
| Newly Acquired Locations - Business Income | $250,000 |
| Pollutant Clean-up and Removal - Business Income | $25,000 |
| Project R & D Documentation and Prototypes Business Income | Included in BI Limit |
| Transit Business Income | $25,000 |
| Unnamed Premises - Business Income | $10,000 |
| Utility Services - Time Element | $25,000 |
| Business Personal Property Seasonal Increase | 10% |

Copyright, 2015 Selective Insurance Company of America. All rights reserved.

CP 76 55 01 16
Page 1 of 3

INSURED'S COPY

| COVERAGE | LIMIT |
|---|---|
| Change of Temperature and Humidity | Included |
| Claim Expenses | $25,000 |
| Consequential Loss to Stock | Included in Valuation |
| Debris Removal - Additional Limit | $250,000 |
| Deductible (waiver of multiple property deductibles) | Included |
| Deferred Payments | $25,000 |
| Fire Department Service Charge | $10,000 |
| Fire Extinguishing Equipment | Actual Loss Sustained |
| Inland Marine Related Coverages | |
|    Accounts Receivable | $100,000 |
|    Electronic Information Systems (aka Computer Equipment and Electronic Data) | $100,000 |
|    Fine Arts | $25,000 |
|    Installation Property | $25,000 |
|    Mobile Equipment | $25,000 |
|    Personal Effects - Within the Coverage Territory | $5,000 Per Person<br>$25,000 Per Occurrence |
|    Personal Effects - Outside the Coverage Territory | $5,000 Per Person<br>$25,000 Per Occurrence |
|    Property in Transit - Within the Coverage Territory | $50,000 |
|    Property in Transit - Outside The Coverage Territory | $10,000 |
|    Refrigerated Property - In Transit | $25,000 |
|    Salesperson's Samples - Within the Coverage Territory | $25,000 |
|    Salesperson's Samples - Outside the Coverage Territory | $10,000 |
|    Tools and Equipment | $10,000 |
|    Valuable Papers and Records | $100,000 |
| Lock Replacement | $10,000 |
| Marring and Scratching | Included |
| Members and Guests Property | $1,000 Per Person<br>$25,000 Per Occurrence |
| Newly Acquired or Constructed Property - Building Per Location | $1,000,000 |
| Newly Acquired or Constructed Property - Business Personal Property Per Location | $500,000 |

Copyright, 2015 Selective Insurance Company of America. All rights reserved.

CP 76 55 01 16
Page 2 of 3

INSURED'S COPY

| COVERAGE | LIMIT |
|---|---|
| Non-Owned Detached Trailers | $10,000 |
| Ordinance or Law Coverage | |
|     Coverage A - Undamaged Parts of a Building | Included in Bldg Limit |
|     Coverage B - Demolition Cost | $500,000 |
|     Coverage C - Increased Cost of Construction | $500,000 |
|     Coverage D - Tenants Improvements and Betterments | $25,000 |
| Outdoor Property | $100,000 |
| Outdoor Trees, Shrubs and Plants ($2,500 any one item) | $25,000 |
| Personal Property At Unnamed Premises - Within The Coverage Territory | $50,000 |
| Personal Property At Unnamed Premises - Outside The Coverage Territory | $10,000 |
| Personal Property of Others | Included in BPP Limit |
| Pollutant Clean-up and Removal | $25,000 |
| Premises Boundary Increased Distance | 1,000 Feet |
| Preservation of Property | 60 Days |
| Replacement Cost Valuation for Personal Property of Others | Included |
| Selling Price Valuation | Included |
| Spoilage (formerly Refrigerated Property) | $25,000 |
| Tenant Building and Business Personal Property Coverage Required By Lease | $25,000 |
| Tenant's Building Glass Liability | Included in BPP Limit |
| Tenant Lease Assessment | $5,000 |
| Tenant Leasehold Improvements | $25,000 |
| Theft Damage to Building | Included in BPP Limit |
| Theft Limitation Amendments | |
|     Furs | $5,000 |
|     Patterns, Dies, Molds and Forms | Included in BPP Limit |
|     Precious Metals | $10,000 |
| Utility Service - Direct Damage | $25,000 |
| Voluntary Parting by Trick, Scheme or Device | Included |

Copyright, 2015 Selective Insurance Company of America. All rights reserved.

CP 76 55 01 16
Page 3 of 3

INSURED'S COPY

# BUSINESS INCOME - ACTUAL LOSS SUSTAINED - 12 MONTH LIMITATION ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 60 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. Under Paragraph **A.5. Additional Coverages:**

1. Subparagraph **(1)(b)(ii)** of **c. Extended Business Income** is deleted and replaced with the following:

    ii. 90 consecutive days after the date determined in **(1)(a)** above.

2. Subparagraph **(2)(b)(ii)** of **c. Extended Business Income** is deleted and replaced with the following:

    ii. 90 consecutive days after the date determined in **(2)(a)** above.

B. Section **B. Limits of Insurance** is deleted and replaced by the following:

    **B. Limits of Insurance**

    The most we will pay for any one occurrence of loss covered under Section **A.1. Business Income** and **A.2. Extra Expense** of this form is the actual loss of Business Income you sustain and Extra Expense you incur during the 12 consecutive month period following the date of direct physical loss or damage at described premises shown in the Declarations.

For covered loss of Business Income and Extra Expense incurred during this policy's effective period, the 12 consecutive month time period will not terminate upon expiration of this policy.

Any Additional Coverages and Coverage Extensions subject to a specific limit contained in that Additional Coverage and Coverage Extension remain subject to that specific limit.

C. Section **D. Additional Condition COINSURANCE** is deleted and does not apply.

D. Section **E. Optional Coverages** is deleted and does not apply.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 60 01 16**
**Page 1 of 1**

INSURED'S COPY

# ACCOUNTS RECEIVABLE COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
CP 76 64 01 16

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

## A. COVERAGE

1. We will pay:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

   d. Other reasonable expenses that you incur to reestablish your records of accounts receivable;

   that result from any Covered Cause of Loss to your records of accounts receivable.

2. **PROPERTY NOT COVERED**

   Coverage does not apply to:

   a. Records of accounts receivable in storage away from the "premises" shown in the Declarations except as provided in the Away From Your "Premises" Coverage Extension of this endorsement; or

   b. Contraband or property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means risks of direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **ADDITIONAL COVERAGE - COLLAPSE**

   We will pay for direct loss caused by or resulting from risks of direct physical loss involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; all only as insured against in this endorsement;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   This Additional Coverage does not increase the Limits of Insurance provided in the ElitePac Schedule.

5. **Coverage Extension**

   a. **Removal**

      If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

      (1) At a safe place away from your "premises"; or

      (2) Being taken to and returned from that place.

      This Coverage Extension is included within the Accounts Receivable Limit of Insurance shown in the ElitePac Schedule and is not in addition to the limits shown in the ElitePac Schedule.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 64 01 16
Page 1 of 3

b. **Away From Your "Premises"**

We will pay up to $25,000 for loss to Covered Property while it is away from your "premises".

The limit for this Coverage Extension is in addition to the limits shown in the ElitePac Schedule.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **GOVERNMENTAL ACTION**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

   b. **NUCLEAR HAZARD**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

   c. **WAR AND MILITARY ACTION**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or any other consequential loss.

b. Dishonest or criminal act committed by:

   (1) You, any of your partners, your employees, directors, trustees or authorized representatives;

   (2) Anyone else with an interest in the property, or their employees or authorized representatives; or

   (3) Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

   But this exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

c. Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

   This exclusion applies only to the extent of the wrongful giving, taking or withholding.

d. Bookkeeping, accounting or billing errors or omissions.

e. Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

   (1) Programming errors or faulty machine instructions;

   (2) Faulty installation or maintenance of data processing equipment or component parts;

   (3) An occurrence that took place more than 100 feet from your "premises"; or

   (4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 1,000 feet from your "premises".

   But we will pay for direct loss caused by lightning.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

g. Unauthorized instruction to transfer property to any person or to any place.

3. We will not pay for loss that requires any audit of records or any inventory computation to prove its factual existence.

4. We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance:

of part or all of any property wherever located.

d. Collapse except as provided in the **Additional Coverage - Collapse** section of this endorsement.

## C. ADDITIONAL CONDITIONS

### 1. Determination of Receivables

Property Loss Condition **E.7. Valuation** is replaced by the following:

a. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

(2) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

b. The following will be deducted from the total amount of accounts receivable, however that amount is established:

(1) The amount of the accounts for which there is no loss;

(2) The amount of the accounts that you are able to reestablish or collect;

(3) An amount to allow for probable bad debts that you are normally unable to collect; and

(4) All unearned interest and service charges.

### 2. RECOVERIES

The following is added to the Commercial Property Conditions:

You will pay us the amount of all recoveries you receive for a loss paid by us. But any recoveries in excess of the amount we have paid belong to you.

### 3. COVERAGE TERRITORY

The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced by the following:

We cover record of accounts receivable:

(1) Within your "premises"; and

(2) Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

(a) The United States of America including its territories and possessions;

(b) Puerto Rico; and

(c) Canada.

## D. ADDITIONAL DEFINITIONS

1. "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 64 01 16
Page 3 of 3

INSURED'S COPY

# ELECTRONIC INFORMATION SYSTEMS COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 67 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

1. **COVERED PROPERTY**

   a. "Equipment"; and

   b. "Data"

   while at the described premises, while in transit, or while at any unnamed premises.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. "Equipment" rented, leased or sold to others;

   b. Program support documentation, flowcharts, record formats, or narrative descriptions, unless this property has been converted to "data" form;

   c. Accounts, bills, evidences of debt, valuable papers, abstracts, records, deeds, manuscripts or other documents, unless converted to "data" and then only in that form;

   d. Contraband or property in the course of illegal transportation or trade;

   e. Stock in trade; or

   f. Theft or disappearance of "portable computers" while in transit as checked luggage.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means risk of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

4. **COVERAGE EXTENSIONS**

   a. **Debris Removal Coverage**

   (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

   (2) This coverage extension does not include the cost to:

      (a) Extract pollutants from land or water; or

      (b) Remove, restore, or replace polluted land or water.

   (3) The most we will pay under this coverage extension is:

      (a) 25% of the amount we pay for the direct physical loss. However, we will not pay more for loss to Covered Property and debris removal combined than the limit shown in the ElitePac Schedule; and

      (b) Up to $10,000 for debris removal expense when the debris removal expense exceeds 25% of the amount we pay for direct physical loss or when the loss to Covered Property and debris removal combined exceeds the limit shown in the ElitePac Schedule.

   (4) We will not pay any expenses unless they are reported to us in writing within 180 days from the date of direct physical loss to Covered Property.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 67 01 16**
**Page 1 of 5**

INSURED'S COPY

**b. Emergency Removal**

We will pay for loss to Covered Property that has been moved because of the imminent danger of loss while it is:

(1) At a safe place away from your premises; or

(2) Being taken to and returned from that place.

This Coverage Extension is:

(1) Included within the Limit shown in the ElitePac Schedule applicable to the premises from which the Covered Property is removed.

(2) Applies for up to 365 days after the Covered Property is first moved, but not beyond the policy expiration.

We will also pay up to $5,000 of the expense to move or store Covered Property to prevent loss or damage from a Covered Cause of Loss. This is in addition to the Limit shown in the ElitePac Schedule.

**c. Duplicate "Electronic Data" Coverage**

We will cover duplicate or back-up copies of "data" while stored away from your described premises at a data storage warehouse or like facility specifically designed for storage of this type of property.

The most we will pay for loss or damage under this Coverage Extension is $10,000.

**d. Fire Protection System Recharge**

We will pay up to $5,000 for costs you actually incur in recharging any automatic fire protection system, even if discharged accidentally. The Deductible will not apply to this Coverage Extension.

**e. Virus or Harmful Code**

(1) We will pay the cost to replace or restore "electronic data":

(a) Which has been destroyed or corrupted by a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation; or

(b) Which has been scanned, copied or observed by an unauthorized person's access into a computer system (including "electronic data") or a network to which it is connected.

(2) If a Business Income Limit of Insurance is shown in the Declarations, we will pay the loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration" caused by an interruption in computer operation due to the:

(a) Destruction or corruption of "electronic data" due to a virus, harmful code or similar instruction; or

(b) Scanning, copying or observation of "electronic data" by an unauthorized person.

This does not apply to loss sustained after the end of the "period of restoration", even if the Limit of Insurance for this Coverage Extension has not been exhausted.

This Coverage Extension does not apply to:

(1) Loss of exclusive use of any "data";

(2) Reduction in the economic or market value of any "data";

(3) Loss, damage, expense or loss of Business Income caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system; or

(4) Theft of personal or proprietary information.

The most we will pay under this Coverage Extension is:

(1) $25,000 in any one occurrence; and

(2) $75,000 in any one policy year.

With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 67 01 16**
**Page 2 of 5**

INSURED'S COPY

**f. Fraud and Deceit**

We will pay for loss by theft of Covered Property when you, your employees, agents, customers, and/or consignees are fraudulently induced to part with the Covered Property:

**(1)** To persons who falsely represent themselves as the proper persons to receive the property; or

**(2)** By the acceptance of fraudulent bills of lading or shipping receipts.

The most we will pay in any one occurrence for theft of Covered Property under this Coverage Extension is $5,000.

**g. Incompatible Equipment and Data**

In the event of loss or damage to Covered Property from a Covered Cause of Loss, we will pay the cost to modify or replace undamaged Covered Property when it:

**(1)** Was dependent on the damaged Covered Property prior to the covered loss; and

**(2)** Is not compatible with the Covered Property that is replacing the property that was involved in the covered loss.

We will only pay for your costs to modify or replace undamaged property if the incompatible property is at a described premises.

The most we will pay in any one occurrence for your costs to modify or replace incompatible Covered Property is $5,000.

This Coverage Extension is in addition to the limit shown in the ElitePac schedule.

**h. Foreign Transit and Location Coverage**

**(1)** We will pay for direct physical loss caused by a Covered Cause of Loss to "portable computers", including pre-installed programs and applications, while temporarily at a foreign location outside of the boundaries described under the Coverage Territory.

**(2)** In addition to the property described under **A.2. Property Not Covered,** this coverage does not include:

**(a)** Property that is shipped via mail;

**(b)** Property where you are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer, or bank;

**(c)** Property shipped to or located in a country subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America; or

**(d)** Property while in transit as checked baggage.

**(3)** The most we will pay under this Coverage Extension in any one occurrence is $10,000.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to pre-vent its spread if the fire would be covered under this coverage form.

**b. NUCLEAR HAZARD**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But, if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this endorsement.

**c. WAR AND MILITARY ACTION**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 67 01 16**
**Page 3 of 5**

INSURED'S COPY

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **1.a.** through **1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or any other consequential loss.

   b. Dishonest acts by:

      (1) You, any of your partners, employees or authorized representatives;

      (2) A manager or a member if you are a limited liability company;

      (3) Anyone else with an interest in the property, or their employees or authorized representatives; or

      (4) Anyone else to whom the property is entrusted.

      This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

      But this exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

   c. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense except as provided by the Coverage Extension for Fraud and Deceit.

   d. Unauthorized instructions to transfer property to any person or to any place.

   e. Errors or omissions in programming.

   f. Unexplained disappearance.

   g. Shortage found upon taking inventory.

   h. Lapse, suspension or cancellation of any lease, license, contract or order.

   i. Enforcement of any ordinance or law regulating or restricting the construction, use or repair of any property.

j. Virus, harmful code or similar instructions as outlined below, except as provided by the Coverage Extension for Virus or Harmful Code:

   (1) The introduction into your computer systems of a virus, harmful code or similar instruction enacted on a computer system (including "electronic data") or network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation; and

   (2) The unauthorized intrusion into your computer system (including "electronic data") or network to which it is connected, designed to:

      (a) Damage or destroy any part of the system or disrupt its normal operation; or

      (b) Observe, scan or copy "data".

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

   a. Wear and tear, depreciation.

   b. Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

   c. Insects, vermin or rodents.

   d. Corrosion or rust.

   e. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**C. ADDITIONAL CONDITIONS**

1. **Valuation**

   Property Loss Condition **E.7. Valuation** is replaced by the following:

   We will determine the value of Covered Property in the event of loss or damage as follows:

   a. "Data"

      The value of "data" will be the actual cost to reproduce. If the "data" is not replaced or reproduced, we will pay the cost of the value of the "media" with no stored "data".

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

b. "Equipment"

The value of "equipment" will be its replacement cost without deduction for depreciation. We will not pay more for any loss on a replacement cost basis than the least of:

(1) The limit shown in the ElitePac Schedule.

(2) The cost to replace the "equipment" with other "equipment":

    (a) Of comparable material and quality; and

    (b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the "equipment".

We will not pay on a replacement cost basis for any loss:

(1) Until the "equipment" is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss.

In the event of loss, the value of the "equipment" will be determined as of the time of loss.

c. Media

The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

D. ADDITIONAL DEFINITIONS

1. "Data" means:

a. Records, information and files stored on magnetic tapes, disk packs, drums, paper tapes and cards;

b. Programming records used for electronic data processing or electronically controlled equipment; and

c. "Media".

2. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of "electronic data", means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

3. "Equipment" means a network of machine components that accepts information, processes it according to a plan and produces a desired result. This includes programmable electronic devices that can store, retrieve and process data and associated peripheral devices that provide communication including input and output functions such as printing, or auxiliary functions such as data transmission. It includes air conditioning, fire suppression equipment and electrical equipment used exclusively in your computer operations.

4. "Media" means the material on which data is recorded, such as magnetic tapes, disk packs, drums, paper tapes, cards and programs. This includes the data stored on the "media".

5. "Portable computers" means computers used in your "operations" easily transported by one person such as laptops, notebooks and personal digital assistants. This includes portable electronic accessories used with the "portable computer" such as multimedia projectors.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# FINE ARTS COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 68 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

**1. COVERED PROPERTY**

    **a.** Your "fine arts"; and

    **b.** "Fine arts" of others that are in your care, custody or control.

**2. PROPERTY NOT COVERED**

Covered Property does not include:

    **a.** Property while on exhibition at fair grounds or on the premises of any national or international exposition; or

    **b.** Contraband, or property in the course of illegal transportation or trade.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means risk of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

### B. EXCLUSIONS

**1.** We will not pay for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. GOVERNMENTAL ACTION**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

    **b. NUCLEAR HAZARD**

        **(1)** Any weapon employing atomic fission or fusion; or

        **(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

    **c. WAR AND MILITARY ACTION**

        **(1)** War, including undeclared or civil war;

        **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

        **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss caused by or resulting from any of the following:

    **a.** Delay, loss of use, loss of market or any other consequential loss.

    **b.** Dishonest acts by:

        **(1)** You, your employees or authorized representatives;

        **(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

        **(3)** Anyone else to whom the property is entrusted.

    This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

    But this exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

   **c.** Breakage of art glass windows, statuary, bric-a-brac, marble, porcelain and similar fragile property.

     But we will pay for such loss caused directly by fire, lightning, explosion, windstorm, earthquake, flood, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of loss would be covered under this endorsement.

   **d.** Any repairing, restoration or retouching of the Covered Property.

   **e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   **f.** Unauthorized instructions to transfer property to any person or to any place.

**3.** We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss.

   **b.** Wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, vermin or rodents.

## C. ADDITIONAL CONDITIONS

**1. Valuation**

   Property Loss Condition **E.7. Valuation** is replaced by the following:

   The value of Covered Property will be at the fair market value at the time of loss or damage.

**2. Coverage Territory**

   The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

   We cover property wherever located within:

   **a.** The United States of America including its territories and possessions;

   **b.** Puerto Rico; and

   **c.** Canada.

**3. Packing and Unpacking**

   You agree that Covered Property will be packed and unpacked by competent packers.

**4. Pair or Sets**

   In case of total loss of any items that are part of a pair or set, we may:

   **a.** Repair or replace any part to restore the pair or set to its value before the loss; or

   **b.** Pay the difference between the value of the pair or set before the loss.

## D. ADDITIONAL DEFINITIONS

**1.** "Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property of rarity, historical value or artistic merit.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# INSTALLATION PROPERTY COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
CP 76 69IL 01 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

1. **COVERED PROPERTY**, as used in this endorsement, means:

    All materials, supplies, fixtures, machinery and equipment of any nature whatsoever intended for installation while:

    a. At the "job site";

    b. At any temporary storage location; or

    c. In transit.

2. **PROPERTY NOT COVERED**

    Covered Property does not include:

    a. Property on your premises unless intended to be installed at any described "job site";

    b. Contractors or subcontractors machinery, tools, equipment and property of a similar nature not intended for installation;

    c. Property that has been sold under a deferred payment sales agreement after installation is complete;

    d. Land (including land on which the property is located) or water;

    e. Trees, shrubs, lawns or plants;

    f. Plans, blueprints, designs, specifications or any other similar property; or

    g. Contraband or property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

    Covered Causes of Loss means direct physical loss or damage to Covered Property, except those causes of loss or damage listed in Section **B. EXCLUSIONS**.

### B. EXCLUSIONS

1. We will not pay for a loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

    a. **ORDINANCE OR LAW**

        (1) The enforcement of any ordinance or law:

            (a) Regulating the construction, use or repair of any property; or

            (b) Requiring the tearing down of any property, including the cost of removing its debris.

        (2) This exclusion applies whether the loss or damage results from:

            (a) An ordinance or law that is enforced even if the property has not been damaged; or

            (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss or damage to that property.

    b. **GOVERNMENTAL ACTION**

        Seizure or destruction of property by order of governmental authority.

        But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this endorsement.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

c. **NUCLEAR HAZARD**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for direct loss or damage caused by that fire if the fire would be covered under this endorsement.

d. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

e. **"FUNGUS", WET ROT AND DRY ROT**

Presence, growth, proliferation, spread or any activity of "fungus", or wet or dry rot.

But if "fungus", or wet or dry rot results in a "specified causes of loss or damage", we will pay for the loss or damage caused by that "specified causes of loss or damage".

This exclusion does not apply:

(1) When "fungus", or wet or dry rot results from fire or lightning; or

(2) To the extent that coverage is provided in the Coverage Extension - Limited Coverage For "Fungus", Wet Rot And Dry Rot with respect to loss or damage by a cause of loss or damage other than fire or lightning.

f. **VIRUS, BACTERIUM OR OTHER MICRO-ORGANISM**

Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", or wet rot or dry rot. Such loss or damage is addressed in the previous exclusion.

The terms of this exclusion, or the inapplicability of this exclusion to a particular loss or damage, does not serve to create coverage for any loss or damage that would otherwise be excluded under this endorsement.

Exclusions **B.1.a.** through **B.1.f.** apply whether or not the loss or damage event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Delay, loss of use, loss of market or any other consequential loss.

b. Unexplained disappearance.

c. Shortage found upon taking inventory.

d. Dishonest or criminal act committed by:

(1) You, any of your partners, employees (including leased and temporary employees), directors, trustees, or authorized representatives;

(2) A "manager" or a "member" if you are a limited liability company;

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees (including leased employees or temporary employees). But theft by employees (including leased employees or temporary employees) is not covered.

e. We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 69IL 01 16
Page 2 of 4

INSURED'S COPY

f. Unauthorized instructions to transfer property to any person or to any place.

g. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss or damage.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Wear and tear.

   b. Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

   c. Mechanical breakdown.

   d. Insects, vermin or rodents.

   e. Rust or other corrosion, dampness or extremes of temperature.

## C. ADDITIONAL CONDITIONS

### 1. VALUATION

Property Loss Condition **E.7. Valuation** is replaced by the following:

The value of Covered Property will be based on replacement cost.

Replacement cost is limited to the cost of repair or replacement with similar materials on the same "job site" and used for the same purpose. It does not include costs you incur over and above the costs you would have incurred had there been no loss, including:

   a. Additional interest payments on money borrowed to finance construction, remodeling, renovation, or repair including increased interest payments due to a rise in interest rates;

   b. Additional insurance premiums, real estate and property taxes, and assessments which you incur for the period of time covered by this endorsement that construction extends beyond the estimated completion date;

   c. Additional construction permit, architect, engineering and consulting fees which become necessary due to the direct physical loss or damage;

   d. Additional legal, lease administration or accounting fees;

   e. Additional advertising and promotional expenses which become necessary due to the direct physical loss or damage; and

f. The additional cost to extend leases for construction equipment and temporary office space.

If the part of the covered property that sustains direct physical loss or damage is repaired or replaced, the payment will not exceed the amount you spend to repair or replace the damaged or destroyed property.

### 2. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

Property Condition **I. Transfer of Rights of Recovery Against Others To Us** is replaced by the following:

We will waive any rights of recovery we may have against a person or organization because of payments we make for loss or damage to Covered Property if you have agreed to waive any right of recovery against that person or organization in a written contract or written agreement, but only if the loss or damage occurs subsequent to the execution of the written contract or written agreement. However, this does not apply to:

   a. Any architect, engineer or other party or entity responsible for any design, specification or plans for the fabrication, erection or completion of the property insured with respect to any loss or damage that may be caused by:

      (1) Fault, defect, error or omission in such design, specifications or plans; or

      (2) Performance of, or failure to perform, supervisory or management functions related to the construction project(s).

   b. Any contractor, manufacturer or supplier of Covered Property that has agreed to make good any loss or damage under a guarantee or warranty.

### 3. COVERAGE TERRITORY

The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

We cover property wherever located within:

   a. The United States of America including its territories and possessions;

   b. Puerto Rico; and

   c. Canada.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

4. **LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown on the Loss Payee Schedule have an insurable interest, we will:

a. Adjust losses or damages with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

5. **WHEN COVERAGE WILL END**

The insurance provided by this endorsement will end when one of the following first occurs:

a. This policy expires or is cancelled;

b. The property is accepted by the owner or buyer;

c. Your interest in the property ceases; or

d. 30 days after installation is complete.

D. **ADDITIONAL DEFINITIONS**

1. "Job site" means the premises where you or subcontractors working on your behalf are currently performing operations and where the "installation property" will be permanently located at the completion of the construction, erection, fabrication or installation.

2. "Specified causes of loss or damage" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

3. "Manager" means a person serving in a directorial capacity for a limited liability company.

4. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 69IL 01 16**

INSURED'S COPY

# MOBILE EQUIPMENT COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
CP 76 70 01 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

1. **COVERED PROPERTY**

   a. Your mobile equipment; and

   b. Mobile equipment of others in your care, custody or control.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Automobiles, motor trucks, motorcycles, trailers, semi-trailers or any other vehicles designed and principally used for highway transportation unless unlicensed and not operated on public roads;

   b. Aircraft or watercraft;

   c. Property while waterborne, except while in transit by carriers for hire;

   d. Property while stored or operated underground in connection with any mining or drilling operations; or

   e. Contraband or property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means risks of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

### B. EXCLUSIONS

1. We will not pay for loss caused directly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **GOVERNMENTAL ACTION**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

   b. **NUCLEAR HAZARD**

      (1) Any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

   c. **WAR AND MILITARY ACTION**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

2. We will not pay for loss caused by or resulting from any of the following:

   a. Dishonest acts by:

      (1) You, your employees or authorized representatives;

      (2) Anyone else with an interest in the property, or their employees or authorized representatives; or

      (3) Anyone else to whom the property is entrusted.

      This exclusion applies whether or not such persons are acting alone or in collusion with other persons and without regard to whether such acts occur during the hours of employment.

      This exclusion does not apply to Covered Property in the custody of a carrier for hire.

   b. Missing property where the only proof of loss is unexplained or mysterious disappearance of Covered Property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the Covered Property.

      This exclusion does not apply to Covered Property in the custody of a carrier for hire.

   c. Discharge, dispersal, seepage, migration, release or escape of "pollutants":

      (1) Unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "Specified Causes of Loss"; or

      (2) Except as provided for in the Pollutant Clean Up and Removal Coverage Extension.

      But if loss by any of the "Specified Causes of Loss" results from the discharge, dispersal, seepage, migration, release or escape of "pollutants", we will pay for the resulting loss caused by the "Specified Causes of Loss".

   d. Processing or work upon the Covered Property.

      But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

   e. Artificially generated current creating a short circuit or other electric disturbance within an item covered under this endorsement.

      But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

      This exclusion only applies to loss to that item in which the disturbance occurs.

   f. Weight of a load which under the operating conditions at the time of loss exceeds the registered lifting capacity of the equipment.

   g. Delay, loss of use, loss of market or any other cause of consequential loss.

   h. Voluntary parting with any Covered Property whether or not induced to do so by any fraudulent scheme, trick, device or false pretense.

3. We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

      of part or all of any property wherever located.

   d. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, mechanical breakdown, corrosion, rust, dampness, cold or heat.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## C. ADDITIONAL CONDITIONS

### 1. COVERAGE TERRITORY

The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

We cover property wherever located within:

a. The United States of America including its territories and possessions;

b. Puerto Rico; and

c. Canada.

## D. ADDITIONAL DEFINITIONS

1. "Specified Causes of Loss" means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; sonic boom; volcanic action; falling objects; weight of snow, ice or sleet or water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a part of a system or appliance containing water or steam.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 70 01 16
Page 3 of 3

INSURED'S COPY

# PERSONAL EFFECTS COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 71 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

**1. COVERED PROPERTY**

a. Personal effects owned by:

(1) You, any of your partners, members, officers or your managers;

(2) Your employees;

(3) Non-compensated officer, member or volunteer of your non-profit organization; and

(4) Member, cleric or volunteer of your religious organization.

b. Personal effects of others in your care, custody or control.

**2. PROPERTY NOT COVERED**

Covered Property does not include:

a. Automobiles, motor trucks, motorcycles, aircraft or watercraft;

b. Accounts, bills, currency, deeds, money, notes, securities and evidence of debt; or

c. Contraband or property in the course of illegal transportation or trade.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means risk of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

**4. COVERAGE EXTENSIONS**

a. **Personal Effects Outside the Coverage Territory**

(1) We will pay for direct physical loss to Covered Property while temporarily at a location outside of the Coverage Territory.

(2) This Coverage Extension does not include, in addition to the property described under Paragraph **A.2. Property Not Covered:**

(a) Property that is shipped via mail;

(b) Property where you are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer or bank; or

(c) Property shipped to or located in a country subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

(3) The most we will pay under this Coverage Extension is:

(a) $5,000 per person; and

(b) $25,000 per occurrence.

### B. EXCLUSIONS

**1.** We will not pay for loss caused directly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

**b. NUCLEAR HAZARD**

    **(1)** Any weapon employing atomic fission or fusion; or

    **(2)** Nuclear reaction or radiation, or radio-active contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

**c. WAR AND MILITARY ACTION**

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market, or any other consequential loss.

**b.** Dishonest acts by:

    **(1)** You, your employees or authorized representatives;

    **(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

    **(3)** Anyone else to whom the property is entrusted.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons and without regard to whether such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire.

**c.** Missing property where the only proof of loss is unexplained or mysterious disappearance of Covered Property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the Covered Property.

This exclusion does not apply to Covered Property in the custody of a carrier for hire.

**d.** Unexplained disappearance.

**e.** Shortage found upon taking inventory.

**f.** Processing or work upon the Covered Property.

But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

**g.** Artificially generated current creating a short circuit or other electric disturbance within an item covered under this endorsement.

But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

This exclusion only applies to loss to that item in which the disturbance occurs.

**3.** We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

of part or all of any property wherever located.

**d.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, mechanical breakdown, corrosion, rust, dampness, cold or heat.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## C. ADDITIONAL CONDITIONS

### 1. COVERAGE TERRITORY

The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

We cover property wherever located within:

a. The United States of America including its territories and possessions;

b. Puerto Rico; and

c. Canada.

### 2. Loss Payment

The following is added to Section **E. Loss Conditions, Paragraph 4. Loss Payments:**

Our payment for loss of or damage to personal effects will only be for the account of the owner of the property.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 71 01 16**
**Page 3 of 3**

INSURED'S COPY

# PROPERTY TRANSIT COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
CP 76 72 01 16

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CAUSES OF LOSS - SPECIAL FORM
> BUSINESS INCOME COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

## A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

### 1. COVERED PROPERTY

**a.** Covered Property, as used in this endorsement, means:

(1) Your personal property; or

(2) Personal property of others in your care, custody or control;

used in your business that is in transit by any carrier or messenger for hire at your risk.

**b.** We cover property shipped:

(1) By any type of carrier or vehicle; or

(2) In or on any land vehicle you own or operate.

### 2. PROPERTY NOT COVERED

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, evidences of debt, money, notes or securities;

**b.** Bullion, gold or other precious metals, jewelry, watches, precious or semiprecious stones;

**c.** Furs;

**d.** Coins or stamps;

**e.** Live animals;

**f.** The vehicle(s) carrying the property;

**g.** Property in the custody of a government postal service;

**h.** Property you accept while acting as a common or contract carrier;

**i.** Property while waterborne. However, we cover property while aboard vessels on inland waterways when the waterborne transportation is incidental to the land portion of the journey;

**j.** Import shipments:

(1) Until discharged from the import conveyance; or

(2) Until Ocean Marine insurance ceases;

whichever occurs last;

**k.** Export shipments:

(1) After placed on the outbound conveyance; or

(2) When Ocean Marine insurance applies to the shipment;

whichever occurs first;

**l.** Works of art;

**m.** Contraband or property in the course of illegal transportation or trade;

**n.** Salesperson's samples; or

**o.** Installation property.

### 3. WHEN COVERAGE APPLIES

We cover property only:

**a.** While in the custody of the carrier or messenger for hire:

(1) Until the property is delivered at its destination; or

(2) If the property is not delivered until it is returned to you.

We also cover the property held temporarily in storage prior to delivery to its destination or its return to you; and

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 72 01 16
Page 1 of 4

INSURED'S COPY

b. In or on any land vehicle you own or operate while in transit from the time the vehicle leaves the premises where the shipment begins until the vehicle arrives at its destination.

4. **COVERED CAUSES OF LOSS**

Covered Causes of Loss means risk of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

5. **COVERAGE EXTENSIONS**

a. **Packing Or Consolidating Companies**

We will pay for loss of Covered Property in the custody of a packing or consolidating company employed by you or the consignee. However, this Coverage Extension does not apply if the packing or consolidating company is the agent or representative of you or the consignee for the purpose of this insurance.

b. **Fraud Or Deceit**

We will pay for loss of Covered Property that you, your agents, messengers, customers or consignees give to a person or persons who falsely present themselves as the proper person to receive goods for shipment or accept goods for delivery.

c. **Free On Board (F.O.B.)**

We cover your interest in Covered Property you sold F.O.B.

Payments under Coverage Extensions **5.a.**, **5.b.** and **5.c.** will not increase the limit shown in the ElitePac Schedule.

d. **Refrigerated Property**

We will pay for loss to Covered Property caused by or resulting from breakdown, failure or malfunction of any temperature control system or refrigeration equipment.

Exclusion **B.2.c.** does not apply to this Coverage Extension.

In addition to Section **B. Exclusions**, we will not pay for loss caused by or resulting from the disconnection of any refrigerating, cooling or humidity control system from the source of power.

The most we will pay under this Coverage Extension is $25,000.

e. **Property In Transit Outside the Coverage Territory**

We will pay for direct physical loss to Covered Property while in transit outside of the boundaries described under the Coverage Territory.

This coverage does not include, in addition to the property described under Paragraph **A.2. Property Not Covered:**

(1) Property that is shipped via mail;

(2) Property where you are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer or bank; or

(3) Property shipped to or located in a country subject to a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

The most we will pay under this Coverage Extension is:

(1) $25,000 for Technology risks; and

(2) $10,000 for all other risks.

f. **Your Business Personal Property In Transit Business Income**

When a **BUSINESS INCOME COVERAGE FORM** is made a part of this policy, we will pay for the actual loss of Business Income you sustain and the necessary Extra Expense you incur due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage to Your Business Personal Property while in due course of transit, caused by or resulting from a Covered Cause of Loss.

The most we will pay under this Coverage Extension is $25,000.

B. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 72 01 16**
**Page 2 of 4**

**b. NUCLEAR HAZARD**

    (1) Any weapon employing atomic fission or fusion; or

    (2) Nuclear reaction or radiation, or radio-active contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this endorsement.

**c. WAR AND MILITARY ACTION**

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss caused by or resulting from any of the following:

    **a.** Improper packing or stowage, or rough handling. But this exclusion does not apply to loss caused by or resulting from improper packing or stowage, or rough handling by others who are carriers for hire.

    **b.** Delay, loss of use, loss of market or any other indirect loss.

    **c.** Breakdown of refrigeration equipment except as provided under Paragraph **A.5.d. Refrigerated Property Coverage Extension.** But this exclusion does not apply to others who are carriers for hire.

    **d.** Dishonest or criminal act committed by:

        (1) You, any of your partners, employees, directors, trustees, or authorized representatives;

        (2) A manager or a member if you are a limited liability company;

        (3) Anyone else with an interest in the property, or their employees or authorized representatives; or

    (4) Anyone else to whom the property is entrusted for any purpose, except as provided under Paragraph **A.5.b. Fraud and Deceipt Coverage Extension.**

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees.

    **e.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

    **a.** Any quality in the property that causes it to damage or destroy itself.

    **b.** Gradual deterioration, corrosion, rust.

    **c.** Dampness, extremes of temperature.

    **d.** Insects, vermin or rodents.

**C. ADDITIONAL CONDITIONS**

    **1. Claims Against Others**

    The following is added to Commercial Property Loss Condition **3. Duties in the Event of Loss Or Damage:**

    You must promptly make claim in writing against any other party which had custody of the Covered Property at the time of loss.

    **2.** The Property Loss Condition **E.7. Valuation** is replaced by the following:

    The value of Covered Property will be determined by:

    **a.** The value agreed on between the shipper and the consignee in writing prior to loss or damage.

    **b.** If Paragraph **a.** does not apply the value will be:

        (1) The invoice price plus accrued costs, pre-paid charges, and charges since shipment of the Covered Property shipped to your customers.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 72 01 16
Page 3 of 4

INSURED'S COPY

(2) The invoice price plus accrued costs, pre-paid charges and charges since shipment of Covered Property you bought from others.

(3) The value of all other Covered Property will be the least of the following amounts:

    (a) The actual net cost;

    (b) The cost of restoring that property to its condition immediately before loss; or

    (c) The cost of replacement.

The value will include your prepaid freight charges and any other shipping charges that are due since the start of transit.

3. The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

**Coverage Territory**

(1) We cover property wherever located within:

    (a) The United States of America including its territories and possessions;

    (b) Puerto Rico; and

    (c) Canada.

(2) We also cover property being shipped by air within and between points in Paragraph **(1)**.

4. Impairment of Rights of Recovery

The following is added to Commercial Property Condition I. **Transfer of Rights of Recovery Against Other To Us:**

**Released Bills Of Lading**

You may accept receipts and/or bills of lading issued by carriers limiting the amount of their liability.

5. The following conditions apply in addition to the Commercial Property Conditions:

    a. **Labels**

    In the event of loss only to the identifying labels or wrappers containing the Covered Property, we will pay the cost to replace those labels or wrappers if the loss is caused by or results from a Covered Cause of Loss.

    b. **Records**

    You must keep accurate records of all shipments covered by this Coverage Form. You must retain these records until the policy ends.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# SALESPERSON'S SAMPLES COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 73 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

1. **COVERED PROPERTY**

   a. "Stock" in trade, including containers, while

      (1) In the custody of your sales representative, agent or any employee who travels with sales samples; or

      (2) In your custody while acting as a sales representative.

   b. "Stock" in trade of others, including containers, while

      (1) In the care, custody or control of your sales representative, agent or any employee who travels with sales samples; or

      (2) In your care, custody or control while you are acting as a sales representative.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Property which has been sold;

   b. Accounts, bills, currency, deeds, money, notes, securities and evidence of debt;

   c. Jewelry, precious or semi-precious stones, gold, silver, platinum, or other precious metals or alloys;

   d. Furs, fur garments or garments trimmed with fur;

   e. Automobiles, motor trucks, motorcycles, aircraft or watercraft; and

   f. Contraband or property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means risk of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

4. **COVERAGE EXTENSIONS**

   a. **Salesperson's Samples Outside the Coverage Territory**

      (1) We will pay for direct physical loss to Covered Property while temporarily at a location outside of the Coverage Territory.

      (2) This Coverage Extension does not include, in addition to the property described under Paragraph **A.2. Property Not Covered:**

         (a) Property that is shipped via mail;

         (b) Property where you are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer or bank; or

         (c) Property shipped to or located in a country subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

      (3) The most we will pay under this Coverage Extension is:

         (a) $25,000 for Technology risks; and

         (b) $10,000 for all other risks.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 73 01 16**
**Page 1 of 3**

INSURED'S COPY

## B. EXCLUSIONS

1. We will not pay for loss caused directly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. GOVERNMENTAL ACTION**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

   **b. NUCLEAR HAZARD**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

   **c. WAR AND MILITARY ACTION**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss caused by or resulting from any of the following:

   **a.** Delay, loss of use, loss of market, or any other consequential loss.

   **b.** Dishonest acts by:

   (1) You, your employees or authorized representatives;

   (2) Anyone else with an interest in the property, or their employees or authorized representatives; or

   (3) Anyone else to whom the property is entrusted.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons and without regard to whether such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire.

**c.** Missing property where the only proof of loss is unexplained or mysterious disappearance of Covered Property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the Covered Property.

This exclusion does not apply to Covered Property in the custody of a carrier for hire.

**d.** Unexplained disappearance.

**e.** Shortage found upon taking inventory.

**f.** Processing or work upon the Covered Property.

But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

**g.** Artificially generated current creating a short circuit or other electric disturbance within an item covered under this endorsement.

But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

This exclusion only applies to loss to that item in which the disturbance occurs.

**h.** Theft from an unattended vehicle, except when it is securely locked, its windows are fully closed and there is visible evidence that entry into the vehicle was forced.

3. We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 73 01 16
Page 2 of 3

INSURED'S COPY

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, siting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance;

   of part or all of any property wherever located.

**d.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, mechanical breakdown, corrosion, rust, dampness, cold or heat.

**C. ADDITIONAL CONDITIONS**

   **1. COVERAGE TERRITORY**

   The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

   We cover property wherever located within:

   **a.** The United States of America including its territories and possessions;

   **b.** Puerto Rico; and

   **c.** Canada.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 76 73 01 16

INSURED'S COPY

# TOOLS AND EQUIPMENT COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 74 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any Covered Cause of Loss.

1. **COVERED PROPERTY**

   a. Your tools and equipment; and

   b. Tools and equipment of others in your care, custody or control.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Automobiles, motor trucks, motorcycles, aircraft or watercraft;

   b. Mobile equipment;

   c. Accounts, bills, currency, deeds, money, notes, securities and evidence of debt; or

   d. Contraband or property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means risks of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

### B. EXCLUSIONS

1. We will not pay for loss caused directly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **GOVERNMENTAL ACTION**

      Seizure or destruction of property by order of governmental authority.

   But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

   b. **NUCLEAR HAZARD**

      (1) Any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

   c. **WAR AND MILITARY ACTION**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market, or any other consequential loss.

   b. Dishonest acts by:

      (1) You, your employees or authorized representatives;

      (2) Anyone else with an interest in the property, or their employees or authorized representatives; or

      (3) Anyone else to whom the property is entrusted.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 76 74 01 16**
**Page 1 of 2**

This exclusion applies whether or not such persons are acting alone or in collusion with other persons and without regard to whether such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire.

**c.** Missing property where the only proof of loss is unexplained or mysterious disappearance of Covered Property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the Covered Property.

This exclusion does not apply to Covered Property in the custody of a carrier for hire.

**d.** Unexplained disappearance.

**e.** Shortage found upon taking inventory.

**f.** Processing or work upon the Covered Property.

But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

**g.** Artificially generated current creating a short circuit or other electric disturbance within an item covered under this endorsement.

But we will pay for direct loss to Covered Property caused by resulting fire or explosion, if these causes of loss would be covered under this endorsement.

This exclusion only applies to loss to that item in which the disturbance occurs.

**3.** We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

of part or all of any property wherever located.

**d.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, mechanical breakdown, corrosion, rust, dampness, cold or heat.

## C. ADDITIONAL CONDITIONS

### 1. COVERAGE TERRITORY

The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced with the following:

We cover property wherever located within:

**a.** The United States of America including its territories and possessions;

**b.** Puerto Rico; and

**c.** Canada.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# VALUABLE PAPERS COVERAGE ENDORSEMENT

COMMERCIAL PROPERTY
**CP 76 75 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by the endorsement.

With respect only to this endorsement, Sections **A. Coverage** and **B. Exclusions and Limitations** of the **Building And Personal Property Coverage Form** and the **Causes of Loss - Special Form** are deleted in their entirety and replaced with the following provisions.

### A. COVERAGE

We will pay for direct physical loss or damage to Covered Property from any of the Covered Causes of Loss.

1. Covered Property, as used in this endorsement, means "valuable papers and records" that are your property or property of others in your care, custody or control.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Property held as samples or for delivery after sale;

   b. Property in storage away from the "premises" shown in the Declarations except as provided in the Away From Your "Premises" Coverage Extension of this endorsement; or

   c. Contraband or property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means risks of direct physical loss to Covered Property except those causes of loss listed in the Exclusions.

4. **ADDITIONAL COVERAGE - COLLAPSE**

   We will pay for direct loss caused by or resulting from risks of direct physical loss involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; all only as insured against in this endorsement;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof; or

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   This Additional Coverage does not increase the limit shown in the ElitePac Schedule.

5. **Coverage Extension**

   a. **Removal**

      If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

      (1) At a safe place away from your "premises"; or

      (2) Being taken to and returned from that place.

      This Coverage Extension is included within the limit shown in the ElitePac Schedule for Valuable Papers.

   b. **Away From Your "Premises"**

      We will pay up to $25,000 for loss to Covered Property while it is away from your "premises".

      This Coverage Extension is in addition to the limit shown in the ElitePac Schedule for Valuable Papers.

### B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

**a. GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire caused by a Covered Cause of Loss to prevent its spread.

**b. NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radio-active contamination from any other cause. But we will pay for direct loss caused by a resulting fire if the fire would be covered under this endorsement.

**c. WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

(1) You, any of your partners, your employees, directors, trustees or authorized representatives;

(2) Anyone else with an interest in the property, or their employees or authorized representatives; or

(3) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

But this exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Errors or omissions in processing or copying.

But we will pay for direct loss caused by resulting fire or explosion if these causes of loss would be covered by this endorsement.

**d.** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct loss caused by lightning.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**3.** We will not pay for loss caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss:

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

(1) Planning. zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

**d.** Collapse except as provided in the **Additional Coverage - Collapse** section of this Coverage Form.

**e.** Wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration; insects, vermin or rodents.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## D. ADDITIONAL CONDITIONS

### 1. VALUATION

The Property Loss Condition **E.7. Valuation** is deleted and replaced by the following:

The value of property will be the least of the following amounts:

1. The cost of reasonably restoring that property to its condition immediately before loss; or

2. The cost of replacing that property with substantially identical property.

In the event of loss the value of property will be determined as of the time of loss.

### 2. RECOVERIES

The following is added to Commercial Property Conditions:

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. If so, your loss will be readjusted based on the amount you received for the property recovered, with allowance for recovery expenses incurred.

### 3. COVERAGE TERRITORY

The Coverage Territory contained in the Commercial Property Conditions is deleted and replaced by the following:

We cover property:

(1) Within your "premises"; and

(2) Away from you "premises" while in transit or within the premises of others if those premises are located or the transit is within:

   (a) The United States of America including its territories and possessions;

   (b) Puerto Rico; and

   (c) Canada.

## E. ADDITIONAL DEFINITIONS

1. "Valuable papers and records" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

   But "valuable papers and records" does not mean "money" or "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the data is recorded.

2. "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

3. "Money" means:

   a. Currency, coins and bank notes whether or not in current use; and

   b. Travelers checks, register checks and money orders held for sale to the public.

4. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps whether or not in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue;

   but does not include "money".

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# SYSTEMS POWER PAC DEDUCTIBLE

POLICY NUMBER: S 2269483

COMMERCIAL PROPERTY
**CP 80 11 04 06**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

SYSTEMS POWER PAC

The following is added to Systems Power Pac:

### SCHEDULE

The Deductibles applicable to any one "accident" are shown below:

| Prem. No. | Bldg. No. | Deductible(s) |
|-----------|-----------|---------------|
|           |           |               |

Unless otherwise shown in the Schedule above, the deductible(s) will be:
COMBINED COVG FOLLOWS PROPERTY DEDUCTIBLE

Includes copyrighted material of ISO Properties, Inc., with its permission.

**CP 80 11 04 06**

INSURED'S COPY

CALCULATION OF PREMIUM

IL 00 03 09 08

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, ISO Properties, Inc., 2007

IL 00 03 09 08

INSURED'S COPY

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98

INSURED'S COPY

ILLINOIS CHANGES

IL 01 18 10 10

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy CP 00 99, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b. below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

Copyright, Insurance Services Office, Inc., 2009

IL 01 18 10 10
Page 1 of 2

   c. Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

D. For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

  1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

    In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

  2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    a. The loss arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  3. If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

E. The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

  1. We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

    In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

  2. However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

    a. The loss ("loss") arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

  3. If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

F. The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

  1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

    In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

  2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    a. The loss arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  3. If we pay a claim pursuant to Paragraph **F.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 2009

**IL 01 18 10 10**
**Page 2 of 2**

IL 01 62 09 08

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART — LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART — MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-Related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts and the Farm Umbrella Liability Policy;

2. Section **II** — Liability Coverage in Paragraph **A.** Coverage under the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms;

3. Section **A.** Coverage under the Legal Liability Coverage Form; and

4. Coverage **C** — Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

Copyright, ISO Properties, Inc., 2007

IL 01 62 09 08

INSURED'S COPY

# ILLINOIS CHANGES — CANCELLATION AND NONRENEWAL

IL 02 84 12 05

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Our notice of cancellation will state the reason for cancellation.

8. **Real Property Other Than Residential Properties Occupied By 4 Families Or Less**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

Copyright, ISO Properties, Inc., 2005

IL 02 84 12 05
Page 1 of 2

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal unoccupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

9. **Residential Properties Occupied By 4 Families Or Less**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

10. For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**NONRENEWAL**

1. If we decide not to renew or continue this policy, we will mail you, your agent or broker and any mortgagee or lienholder known to us written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

a. If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

(1) The policy was obtained by misrepresentation or fraud;

(2) The risk originally accepted has measurably increased; or

(3) You received 60 days' notice of our intent not to renew as provided in 1. above.

b. If this policy has been issued to you and in effect with us for less than 5 years, we may not fail to renew this policy unless you received 30 days' notice as provided in 1. above.

C. The following is added:

**MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

Copyright, ISO Properties, Inc., 2005

IL 02 84 12 05
Page 2 of 2

INSURED'S COPY

POLICY NUMBER:   S  2269483                                                IL 04 15 04 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|------------------------------------------|
| 1 | 1 | P-9 |

Describe any "P-9":

| | | |
|---|---|---|
| 1 | 1 | AUTOMATIC EXTINGUISHING SYSTEM - UL 300 |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

A. The following is added to the:

Commercial Property Conditions

General Conditions in the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions

General Conditions in the Mobile Agricultural Machinery and Equipment Coverage Form

General Conditions in the Livestock Coverage Form

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1"  Automatic Sprinkler System, including related supervisory services.

Automatic Sprinkler System means:

a. Any automatic fire protective or extinguishing system, including connected:

(1) Sprinklers and discharge nozzles;

(2) Ducts, pipes, valves and fittings;

(3) Tanks, their component parts and supports; and

(4) Pumps and private fire protection mains.

Copyright, Insurance Services Office, Inc., 1997                    IL 04 15 04 98
                                                                    Page 1 of 2

b. When supplied from an automatic fire protective system:

(1) Non-automatic fire protective systems; and

(2) Hydrants, standpipes and outlets.

"P-2"  Automatic Fire Alarm, protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

"P-3"  Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4"  Service Contract, with a privately owned fire department providing fire protection service to the described premises.

"P-9"  The protective system described in the Schedule.

B. The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
MORTGAGE HOLDERS' ERRORS AND OMIS- SIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM - FARM PROPERTY
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc., 1997

IL 04 15 04 98
Page 2 of 2

INSURED'S COPY

CAP ON LOSSES FROM CERTIFIED ACTS OF
TERRORISM

IL 09 52 01 15

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Insurance Services Office, Inc., 2015

**IL 09 52 01 15**
**Page 1 of 1**

INSURED'S COPY

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

POLICY NUMBER: S 2269483

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

## SCHEDULE

| SCHEDULE — PART I |
|---|
| Terrorism Premium (Certified Acts)    $156.00 |
| This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies): |
| COMMERCIAL PROPERTY COVERAGE PART |
| GENERAL LIABILITY COVERAGE PART |
| |
| Additional information, if any, concerning the terrorism premium: |
| |

| SCHEDULE — PART II |
|---|
| Federal share of terrorism losses    83%    Year: 2017 |
| (Refer to Paragraph B. in this endorsement.) |
| Federal share of terrorism losses    82%    Year: 2018 |
| (Refer to Paragraph B. in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

Copyright, Insurance Services Office, Inc., 2015

IL 09 85 01 15
Page 1 of 2

INSURED'S COPY

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Copyright, Insurance Services Office, Inc., 2015

**IL 09 85 01 15**
**Page 2 of 2**

INSURED'S COPY

# ASBESTOS EXCLUSION

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
BUSINESSOWNERS COVERAGE PART
CAUSES OF LOSS — BASIC FORM
CAUSES OF LOSS — BROAD FORM
CAUSES OF LOSS — SPECIAL FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE PART
MOTOR CARRIER COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCT/COMPLETED OPERATIONS LIABILITY COVERAGE PART
TRUCKERS COVERAGE PART

1. It is agreed that this insurance does not apply to any loss or damage relating to the actual, alleged, or threatened presence of, or exposure to, "asbestos," including inhalation, ingestion, irritation, absorption or other similar physical exposure to "asbestos." Such presence of, or exposure to, "asbestos" includes, but is not limited to:

   a. structures or manufacturing processes containing "asbestos";

   b. the disposal of "asbestos" or goods, products or materials containing "asbestos";

   c. the storing or presence of "asbestos" or goods, products or materials containing "asbestos"; or

   d. the removal of "asbestos" from any goods, products, materials, structures or manufacturing processes,

   whether or not such "asbestos" is airborne.

2. We shall have no obligation under this coverage part: ─

   a. to investigate, settle or defend any claim or "suit" against any "insured" alleging actual or threatened injury or damage of any nature or kind to persons or property which arises out of or would not have occurred but for the presence of, or exposure to, "asbestos"; or

   b. to pay any damages, judgments, settlements, losses, costs or expenses of any kind or nature that may be awarded or incurred by reason of any such claim or suit or any such actual or threatened injury or damage from "asbestos"; or

   c. for any losses, costs or expenses arising out of any obligation, order, direction or request of or upon any insured or others, including, but not limited to, any governmental obligation, order, direction or request, to test for, monitor, clean up, remove, contain, treat, neutralize, in any way respond to, or assess the effects of "asbestos."

3. "Asbestos" includes asbestos, asbestos fibers, asbestos materials, and asbestos products, or any goods or products containing asbestos or asbestos fibers, materials, or products.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission.

**IL 89 56 08 99**

INSURED'S COPY

# POLICYHOLDER DISCLOSURE NOTICE
# OFFER OF TERRORISM INSURANCE COVERAGE
# AND REJECTION FORM

**Offer of Coverage:**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from "acts of terrorism", as defined in Section 102(1) of the Act. The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be "an act of terrorism"; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**You may accept or reject insurance coverage for losses resulting from certified "acts of terrorism".**

3   If you accept this offer of coverage simply pay your billed premium, which includes the amount shown below. You do not need to do anything else.

3   If you would like to reject this coverage, please see the section of this form entitled Rejection of Terrorism Insurance Coverage and follow the instructions. Even if you reject this coverage, state law prohibits us from excluding fire losses resulting from an "act of terrorism". Therefore, the terrorism exclusion we place on your policy will contain an exception for fire losses resulting from an "act of terrorism". The additional premium for such fire losses resulting from an "act of terrorism" is shown below.

**Disclosure of Premium:**

The portion of your annual premium that is attributable to coverage for "acts of terrorism" is $156.00    and does not include any charges for the portion of loss that may be covered by the federal government under the Act.

The premium for terrorism (fire only) coverage is    $82.00   and is due regardless of whether you reject coverage for certified "acts of terrorism".

Please be aware that even if you purchase coverage for losses resulting from certified "acts of terrorism", your policy will still contain other policy terms, conditions, limitations and exclusions that may impact whether coverage is available in the event of a loss resulting from a certified "act of terrorism".

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IN 01 32 01 16
Page 1 of 2

INSURED'S COPY

## Federal Participation in Payment of Terrorism Losses:

You should know that where coverage is provided by this policy for losses resulting from certified "acts of terrorism", such losses may be partially reimbursed by the United States Government under a formula established by federal law. Under the formula, the United States Government generally reimburses the following percentages of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage:

- **a.** 85% through 2015;
- **b.** 84% beginning on January 1, 2016;
- **c.** 83% beginning on January 1, 2017;
- **d.** 82% beginning on January 1, 2018;
- **e.** 81% beginning on January 1, 2019;
- **f.** and 80% beginning on January 1, 2020.

## Cap on Insurer Participation in Payment of Terrorism Losses:

You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from certified "acts of terrorism" when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

## Rejection of Terrorism Insurance Coverage:

**You may reject this offer of coverage by checking the box, filling in the information below, signing and returning this form to your agent. If you choose to reject this offer of coverage, we will add an exclusionary endorsement to your policy to eliminate coverage for losses resulting from certified "acts of terrorism".**

---

Rejection of Coverage

[ ] I HAVE READ THIS FORM IN ITS ENTIRETY AND DO NOT WANT TO PURCHASE COVERAGE FOR CERTIFIED "ACTS OF TERRORISM". I UNDERSTAND THAT IF I SIGN THIS FORM THIS POLICY WILL EXCLUDE COVERAGE FOR LOSSES RESULTING FROM CERTIFIED "ACTS OF TERRORISM".

_____          _____
Policyholder/Applicant's Signature          Insurance Company

_____          _____
Print Name          Policy or Quote Number

_____
Title

_____
Date

---

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IN 01 32 01 16**
**Page 2 of 2**

INSURED'S COPY

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

IL 00 21 09 08

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

Copyright, ISO Properties, Inc., 2007

IL 00 21 09 08
Page 1 of 2

INSURED'S COPY

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, ISO Properties, Inc., 2007

INSURED'S COPY

IL 01 47 09 11

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    FARM COVERAGE PART
    FARM UMBRELLA LIABILITY POLICY
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCT WITHDRAWAL COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

Copyright, Insurance Services Office, Inc., 2011

IL 01 47 09 11
Page 1 of 1

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

IL 09 35 07 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss — Special Form; or

   b. In a Covered Cause of Loss under the Causes Of Loss — Basic Form or the Causes Of Loss — Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

IL 09 35 07 02

# EXCLUSION — LEAD HAZARD

## THIS EXCLUSION CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
GARAGE COVERAGE PART
GARAGE POLICY (VIRGINIA ONLY)
OWNERS and CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE and HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT
    OF TRANSPORTATION

This insurance does not apply to:

a.  "Bodily injury" arising out of the ingestion, inhalation or absorption of lead in any form;

b.  "Property damage" or "personal and advertising injury" arising from the presence of lead in any form; or

c.  Any loss, cost or expense arising out of any orders by, or on behalf of, any governmental authority to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize lead in any form;

at or from any premises, sites or locations which are, or were at any time, owned by, rented to, loaned to, or used by any insured, or arising from operations by any insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL 89 48 01 00

INSURED'S COPY

# IMPORTANT NOTICE OF COVERAGE REDUCTIONS

**Form IL 89 48 01 00 - EXCLUSION - LEAD HAZARD has been added to the policy.**

It is applicable to:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
GARAGE COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF TRANSPORTATION

Form IL 89 48 01 00 clarifies policy intent to specifically exclude coverage for any injuries or damage arising out of:

- the ingestion, inhalation, absorption or presence of lead in any form; and

- any loss, cost or expense arising out of any orders by or on behalf of any governmental authority to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize lead in any form.

Please read form **IL 89 48 01 00** carefully and discuss any questions with your agent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IN 00 02 01 00**

INSURED'S COPY

# Facts Regarding Premium Audits

## To Our Policyholder:

Your policy has been issued with an estimated premium. At the expiration of the policy, either a company representative (Premium Auditor) will contact you or you will receive a written request for information. In either case, the information you provide will be used to determine the final premium under the policy. **Please note that only those policies containing one or more class codes that are rated on an auditable premium basis (such as payroll, receipts/sales, total cost or admissions), are subject to a premium audit.**

**Insurance Costs** can be minimized by proper record keeping. Frequently exposures can be assigned to lower rated classifications provided this information is obtainable using **your records.** During the final audit, the Premium Auditor will work with you towards this goal of helping you to minimize your insurance costs.

## For Businesses Other Than Contractors:

1. The basis of premium used to determine your policy premium may be payroll, receipts or sales, total cost or admissions. These are defined as follows:

    **A. Payroll:**

    The total remuneration for services rendered by an employee includes (a) lodging,(b) bonuses, (c) commissions, (d) vacation, holiday, & sick days, (e) standard overtime. Under the General Liability Coverage, payroll does not include (a) payroll of clerical employees (b) salesmen who are away from the premises (c) drivers. Remuneration *excludes* tips.

    **B. Receipts/Sales:**

    The gross amount of money charged for goods or products sold, operations performed, rentals, and dues or fees.

    **C. Total cost**

    Total cost of all work let or sublet in connection with each specific project including (a) cost of all labor materials & equipment (b) all fees, bonuses & commissions.

    **D. Admissions:**

    The total number of persons, other than employees, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

2. In the event commissions or monies are paid to persons you consider to be independent contractors, i.e., Real Estate Salesmen, Insurance Salesmen, Restaurant and/or Nite Club Entertainers, Taxi-Cab operators and others in this category, **please inform your agent immediately.**

3. If you are an Executive Officer and covered under the policy, there may be a payroll or salary limitation. There also is a minimum amount to be charged should you not draw a salary, or draw less than this minimum.

## Considerations For Contractors

1. Most Workers~ Compensation Laws provide that the General or Principal Contractor shall be responsible for the workers~ compensation insurance to employees of sub-contractors, except for any subcontractors who have insured their compensation obligation and have furnished to the contractor satisfactory evidence of such insurance. Satisfactory evidence is a {Certificate of Insurance} with dates corresponding to the time worked for the contractor. These should be retained to show the Premium Auditor.

2. The manual rules permit division of payroll for each separate and distinct operation provided separate records of payroll are maintained and the division is not contrary to classification restrictions.

    Note: This rule is very important since those operations which can be classified using this rule, can be used only when separate records of payroll are maintained. Without the proper record keeping, the highest rated classification applying to the job will be used.

3. General Liability-Drivers~ payroll is to be excluded in computing premiums for this coverage. For the purposes of this rule, Mobile Equipment Operators are not considered in this category, i.e., their payroll is included and assigned to the classification in which they are engaged.

4. Products and Completed Operations Coverage under General Liability-Mechanical Contractors, i.e., Air Conditioning, Heating, Plumbing and Refrigeration, can minimize their insurance premium costs by keeping separate records on the outright sale and/or cost of units and equipment (for plumbing-appliances and fixtures). Again, one can see the importance of record keeping

---

This flier provides only a general overview of premium audit procedures. It is not intended to describe specific coverages afforded by any insurance policy.

We recommend that you examine, in detail, any policy offered to you.

For more information, contact your local Selective agent.

**IN 00 03 09 04**

INSURED'S COPY

# IMPORTANT NOTICE

## Asbestos Exclusion

This policy contains an exclusion which eliminates all coverage for any injuries or damages caused by or relating to asbestos (including asbestos fibers or asbestos products).

This exclusion applies to various insurance coverage parts which may form a part of your policy; refer to your policy for the application of the exclusion form titled: **"ASBESTOS EXCLUSION."**

**NOTE:** This notice does not provide or modify the coverage of this policy. This notice is for informational purposes only. Refer to your policy for the precise details of this coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IN 00 68 06 99**

INSURED'S COPY

# IMPORTANT NOTICE
# FUNGI OR BACTERIA EXCLUSION

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of any significant restrictions and clarifications of coverage that were made in each policy form and endorsement.

Please read your policy, and the endorsements attached to your policy, carefully.

**CG 21 67 — Fungi or Bacteria Exclusion (Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- coverage is restricted to exclude bodily injury or property damage arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the injury or damage.

- coverage is clarified to exclude personal and advertising injury arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the injury.

- coverage is restricted to exclude clean-up costs associated with fungi or bacteria.

The exclusion does not apply to fungi or bacteria intended for consumption, such as mushrooms.

Includes copyrighted material of ISO Properties, Inc., with its permission.   IN 01 06 12 04

# IMPORTANT NOTICE REGARDING AGENT COMPENSATION

We sell our insurance products and services through appointed independent insurance agencies and agents ("Agent" or "Agents"). Because Agents also generally represent several of our competitors, our primary marketing strategy is to:

○ Develop close relationships with each Agent by (i) soliciting their feedback on products and services, (ii) advising them concerning company developments, and (iii) investing significant time with them professionally and socially; and

○ Develop with each Agent, and then carefully monitor, annual goals regarding (i) types and mix of risks placed with us, (ii) amounts of premium or numbers of policies placed with us, (iii) customer service levels, and (iv) profitability of business placed with us.

We pay Agents commissions and other consideration for business placed with us (and we do not authorize our Agents to receive other monies for our insurance). We seek to compensate our Agents fairly and in a way consistent with market practices.

Our Agent compensation programs may include one or more of the following depending on the Agent's overall business relationship with us:

○ **Commission Payments.** We pay commission based on a percentage of the premium the policyholder pays. The amount of commission varies depending on policy type, state location of risk, and other factors.

○ **Additional Commission Payments.** We may pay additional and varying percentages of premium for attainment of certain goals we set with the Agent, including:

    o **Profitability,** which we determine by comparing losses and expenses to premium;

    o **Volume,** which is the amount of premium written with us;

    o **Growth and Retention,** which we measure by comparing premium volume or number of policies for overall or specific types of policies; or

    o **Annual Plan Performance,** which we measure according to performance standards determined by us and the Agent.

In certain cases, an Agent may put additional commissions at risk and become obligated to pay us amounts if certain goals are not met.

○ **Expense Reimbursement.** We may reimburse certain marketing and other expenses incurred for placing business with us.

○ **Entertainment and Other Things of Value.** We may entertain or provide other things of value, including travel and gratuities, to Agents who we believe provide exceptional value to our policyholders and shareholders.

○ **Business Production Incentive Programs.** We may provide Agents or their employees opportunities to receive additional compensation (cash or contest prizes) for certain activities or tasks, such as placing specific types of policies with us or inputting data through one of our technology systems.

INSURED'S COPY

- **Loss Control Agreements.** We may pay Agents a flat fee or a percentage of commission for safety and loss control surveys, inspections, accident or claim investigations.

- **Agent Stock Purchase Plan.** Certain of our Agents participate in a stock purchase plan that allows those Agents to purchase common stock in Selective Insurance Group, Inc. at a 10% discount to market and requires those agents to hold the stock for at least one year before they can transfer it.

As supporters of the independent insurance agency distribution system, we may provide Agents from time-to-time with tools and programs designed to preserve and strengthen the independent agency distribution system, including assistance with producer recruitment and/or training, loans, or loan guarantees. These tools and programs, which may be experimental, are provided to assist our Agents in the perpetuation of robust independent insurance agencies and are not conditioned on the imposition of extraordinary current or future production conditions.

We also distribute our insurance products to a limited extent through select insurance brokers which we compensate with some of the same compensation tools we use for Agents. If you have engaged a broker to place insurance with us, please ask the broker if any of the above described compensation arrangements are in effect with us.

Please direct questions regarding specific compensation to your Agent.

INSURED'S COPY

# IMPORTANT NOTICE TO POLICYHOLDERS
## EQUIPMENT BREAKDOWN COVERAGE
## JURISDICTIONAL INSPECTION SERVICE

This notice is an advisory notice and is not a part of your policy. For complete information on all coverages, terms, conditions and exclusions, please review your policy. If there is any conflict between your policy and this notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

This Selective Insurance policy includes equipment breakdown coverage. The Hartford Steam Boiler Inspection and Insurance Company (HSB) is an equipment specialist working with Selective Insurance to provide equipment related inspection services. Our combined goal is to provide the highest quality insurance program and services that will help you protect your equipment and your business.

There may be laws or regulations in your city, county or state that require periodic boiler inspections. The scope of the laws may also include air conditioning systems, refrigeration systems and pressure vessels. Most Jurisdictional Authorities charge a fee for both the inspection and the certificate. HSB will perform the inspection for you as an integral part of your insurance program. The certificate fee or any fine levied by the Jurisdiction for not complying with the laws or regulations, is not a part of this service.

If you answer yes to any of the following questions, you may require a certificate inspection. Contact the HSB Inspection Hotline and the customer service representative will assist you.

- Does my location contain any heating or process boilers?
- Does my location have any large hot water heaters (200,000+ btu/hr)?
- Does my location contain any pressure vessels (air tanks, hot water storage tanks)?
- Does my location have a central air conditioning system?

## HSB INSPECTION HOTLINE

**Telephone:** 1-800-333-4677
**Fax:** 1-484-582-1811
**E-mail:** NSCINSP_HOTLINE@hsb.com

**Please provide the following information:**

- Policy Number
- Insured Name
- Location Name and Address
- Contact Name and Phone Number

IN 01 99 04 06

# RECORDS INFORMATION RESOURCES

IntelliCorp® is a subsidiary of Insurance Services Office, Inc. ("ISO") and a nationwide provider of background checks and public records information. As a Selective insured, you can receive discounted access to IntelliCorp's repository of nationwide criminal records and other public information. IntelliCorp's services can help you protect against costly hiring and recruiting mistakes and the risk of theft, employee or volunteer misconduct, litigation or negative publicity.

**Package Price: $16.00 Includes:**
Validated Criminal Database includes Validated Nationwide Sex Offender and Validated Department of Correction; Unlimited Single County Searches (7 year address history)*; SSN Verification w/Address History; Government Sanctions (Terrorist Search).

**Notes:** *Some courts charge a mandatory fee. These are treated as pass-through fees to Intellicorp's clients and are clearly highlighted before processing the search.

— All activation and monthly fees will be waived.

**Package Add-Ons**
Choose from a variety of supplemental screening services, which can be combined with your package or ordered individually. Just some of the products available include Motor Vehicle Reports, Employment Verifications, Education Verifications, Drug Testing, I9, E-Verify, Credit Reports and Civil Searches.

**Service Access:** To register for an IntelliCorp account, visit www.intellicorp.net and click "Register Today". Input your organization's information and enter **SELECTIVE** in the 'Promotional Code' box. You will be required to provide business or organizational verification documentation as part of the registration process.

"IntelliCorp" is a registered trademark of and the services described herein are exclusively furnished by IntelliCorp Records, Inc., 3000 Auburn Drive, Suite 410, Beachwood, Ohio 44122, 800-539-3717. NOT ALL REPORTS LISTED ARE AVAILABLE FOR ALL JURISDICTIONS. Intellicorp offers services in addition to those provided at the Selective insured discounted rate. For more information concerning IntelliCorp's products and standard costs, visit www.intellicorp.net.

As a condition of your discounted service access as a Selective insured, your usage of IntelliCorp's services and handling, maintenance and destruction of all reports obtained must be in compliance with applicable federal, state and local regulations and IntelliCorp's service agreement.

Selective is not affiliated with, does not endorse, makes no representations or guarantees about the quality of, and is not in any way responsible for IntelliCorp's services. To the extent any warranties may be deemed to exist, SELECTIVE EXPRESSLY DISCLAIMS ANY AND ALL SUCH WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Selective recommends that you consult with an attorney prior to acting upon information obtained from IntelliCorp. By purchasing the Selective Discounted Background Check Package you agree to indemnify, defend and hold harmless Selective, its affiliates, employees, directors, officers, agents, shareholders and representatives from and against any and all claims, actions, costs, expenses, losses, and liabilities, without limit, that arise out of your use of information obtained from IntelliCorp.

Selective, at any time and in its sole discretion, may discontinue your discounted services access without advance notice.

Please refer to the actual policies for full details of policy coverage, exclusions, limits of liability, issuing company and other terms and conditions. The availability of coverage varies by jurisdiction and insurer. Insurance is underwritten by the member insurers of Selective Insurance Group, Inc., 40 Wantage Avenue, Branchville, NJ 07890, 1-800-777-9656, www.selective.com. Selective's insurers include: Selective Insurance Company of America, Selective Insurance Company of New England, Selective Insurance Company of New York, Selective Insurance Company of South Carolina, Selective Insurance Company of the Southeast, Selective Way Insurance Company and Selective Auto Insurance Company of New Jersey.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

IN 02 34 09 16
Page 1 of 1

# IMPORTANT NOTICE TO POLICYHOLDERS

# COMMERCIAL PROPERTY INSURANCE TO VALUE

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISION OF THE POLICY SHALL PREVAIL.

## REGARDING BUILDING INSURANCE TO VALUE

The replacement cost for building(s) insured on this policy is an estimated replacement cost based on general information about your building(s). It is developed from models that use estimated cost of construction materials and estimated labor rates for like buildings in the area. The actual cost to replace your building(s) may be significantly different. Selective Insurance does not guarantee that this figure will represent the actual cost to replace your building(s). You are responsible for selecting the appropriate amount of coverage and you may obtain your own insurance replacement cost appraisal. Additional information you obtain on the replacement cost of your building(s) can further assist you in making a more informed decision about the true value of your building(s). Selective Insurance will consider and accept, if reasonable, your appraisal. Any higher coverage amounts selected will result in higher premiums. You may contact your insurance agent to assist you in obtaining your own insurance replacement cost appraisal or contact one of the numerous companies providing insurance replacement cost appraisals for commercial buildings.

## REGARDING BUSINESS PERSONAL PROPERTY INSURANCE TO VALUE

The replacement cost for your Business Personal Property insured on this policy is based on values provided by you. You are responsible for selecting the appropriate amount of coverage to ensure adequate replacement cost values.

Copyright, 2010 Selective Insurance Company of America. All rights reserved.

IN 03 29 03 10
Page 1 of 1

INSURED'S COPY

# IMPORTANT NOTICE TO POLICYHOLDERS

THIS NOTICE DESCRIBES CHANGES IN YOUR INSURANCE POLICY. THIS NOTICE IS NOT PART OF YOUR POLICY. FOR COMPLETE INFORMATION ON ALL COVERAGES, TERMS, CONDITIONS, AND EXCLUSIONS, PLEASE REVIEW YOUR POLICY AND ITS COVERAGE SUMMARY. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, <u>THE PROVISIONS OF THE POLICY SHALL PREVAIL.</u>

Your equipment breakdown (boiler and machinery) coverage has been changed to our new Equipment Breakdown Form. Please note the following differences between the old form and the new updated form:

## BROADENINGS

- **Service Interruption** — The requirement that there be a contractual agreement between you and your supplier has been removed. Equipment that is owned by a landlord's utility has also been added. A waiting period no longer applies.

- **Animals** — Equipment Breakdown now covers loss to animals caused by a breakdown if the animals are killed or their destruction is necessary. The animals must either be owned by others and boarded by you or owned by you and held as "stock" and located inside the insured building. The policy provides coverage up to $250,000 unless otherwise shown.

## OTHER CHANGES

- **Service Interruption** — Although not excluded equipment previously, overhead transmission lines are specifically mentioned as equipment that would be covered.

  Previously, a 24 hour qualifying waiting period applied to service interruption and then any loss was subject to the applicable deductible. That has been replaced with a minimum 24 hour deductible for business income loss that results from a service interruption. Your deductible may be the same as it was on the previous Equipment Breakdown Coverage Form, or it may have gone up or down.

- **"Covered Equipment"** — now excludes "buried vessels or piping" vs. "underground vessels or piping".

- Equipment Breakdown now specifically excludes misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance. Although not previously excluded, the requirement of an "accident" as defined existed; therefore, the intent has not changed.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IN 03 60 10 11
Page 1 of 1

INSURED'S COPY

# ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IN 03 90 01 12
Page 1 of 1

# IMPORTANT NOTICE TO POLICYHOLDERS

# ILLINOIS CONSUMER COMPLAINT NOTIFICATION

**NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you, that should any complaints arise regarding this insurance that you wish to take up with the Illinois Department of Insurance, it maintains Consumer Divisions in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 32767.

You may also contact the Illinois Department of Insurance Consumer Division at http://insurance.illinois.gov or by telephone at 312-814-2420 or 217-782-4515.

Selective Insurance
Regulatory Services
40 Wantage Avenue
Branchville NJ 07890

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

**IN 04 35 08 16**
**Page 1 of 1**

INSURED'S COPY

# NOTICE TO POLICYHOLDERS
# POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE
# WHEN TERRORISM COVERAGE IS ACCEPTED

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program is subject to a termination date of December 31, 2014 unless extended by the federal government. If the federal Program terminates, or is extended with certain changes prior to or during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

## YOUR POLICY DURING TENURE OF THE TERRORISM RISK INSURANCE PROGRAM AS THAT PROGRAM EXISTS PURSUANT TO THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007:

Except as described below, this policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves an act of terrorism certified by the federal government to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act. Further, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard or war exclusions.

## POTENTIAL CHANGE TO YOUR POLICY:

Endorsement IL 09 95 is attached to your policy. Its provisions become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is/was scheduled to terminate at the end of December 31, 2014 unless extended by the federal government.); or
- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible is 20% of the total of our previous year's direct earned premiums. The government's share is 85% of the terrorism losses paid by us above the deductible.

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IN 04 61 01 14**
**Page 1 of 2**

**Endorsement IL 09 95 treats terrorism as follows:**

Coverage for loss or damage arising out of a terrorism incident is excluded only if:

- The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion. To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism; or

- The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

- The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or

- The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

The Exception Covering Certain Fire Losses applies only in certain states. If the exception applies in any states under your policy, that is indicated in the Schedule of the terrorism endorsement. If the Exception applies, the Schedule indicates the affected types of insurance in affected states. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property, with respect to affected types of insurance in affected states.

**See the definition of terrorism for purposes of the terrorism exclusion.**

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

Insurance is provided by the Company designated on the Declarations Page of this policy. The addresses of all Selective Insurance Companies are shown below:

Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ  07890

Selective Way Insurance Company
40 Wantage Avenue
Branchville, NJ  07890

Selective Insurance Company of South Carolina
11711 North Meridian Street, Suite 800
Carmel, IN  46032

Selective Insurance Company of New York
300 Olympic Towers
300 Pearl Street
Buffalo, NY  14202

Selective Insurance Company of the Southeast
11711 North Meridian Street, Suite 800
Carmel, IN  46032

Selective Insurance Company of New England
40 Wantage Avenue
Branchville, NJ  07890

Administrative Offices of all Selective Insurance Companies are located at:
40 Wantage Avenue
Branchville, NJ  07890

MISC-1693 12 14

INSURED'S COPY

NOTICE OF INFORMATION PRACTICES (LONG FORM)

MISC-798 06 01

Your application or information you provide in connection with a claim is our major source of information. However, in order to evaluate your application for insurance, to service your policy or to process a claim, we may ask for additional information about you and any person who will be insured under this policy or who is the subject of the claim. This is sometimes necessary to make certain that the statements on your application are accurate or to process the claim. We may also need more details than you have already given us.

## INFORMATION WE COLLECT

In connection with an application, the information that we may collect will enable us to make possible judgments about your character, habits, hobbies, finances, occupation, general reputation, health or other personal characteristics. In connection with a claim, the information we may collect will enable us to process the claim.

We may obtain this information from several sources. For example, we may contact any physician, clinic or hospital where any persons to be insured or making a claim have been treated. We may need information from your employer. But, before we ask for information from any of these sources, we will ask you to sign an authorization, which gives us permission to proceed, unless authorization is not required by law.

We may get information by talking or writing to other insurance companies to which you applied for a policy or with which you have made a claim, members of your family, neighbors, friends, your insurance agent and others who know you. We may also obtain information from motor vehicle reports, court records, or photographs of the property you want insured or with regard to which you have made a claim.

## CONSUMER REPORTS

It is common for an insurance company to order a report from an independent organization — a consumer reporting agency or an insurance-support organization — to verify and add to the information that you have given us. These reports are used to help us decide if you qualify for the insurance for which you have applied or to evaluate the claim you have made.

They may:

_____ pertain to your mode of living, character, general reputation and personal characteristics such as health, job and finances.

_____ contain information on your marital status, driving records, etc.

_____ include information on the loss history of your property.

_____ include information gathered by talking or writing to you or members of your family, neighbors, friends, your insurance agent and others who know you.

_____ include information from motor vehicle reports, court records or photographs of your property and/or the property involved in the claim.

Upon your request, the consumer reporting agency or insurance-support organization will attempt to interview you in connection with any report it prepares. The information may be kept by the reporting organization and may later be given to others who use its services. It will be given only to the extent permitted by the Federal Fair Credit Reporting Act and your local state law, if any. Upon request and identification, the consumer reporting agency or insurance-support organization will provide you with a copy of the report.

MISC-798 06 01
Page 1 of 2

MISC-798 06 01

## DISCLOSURE OF INFORMATION

Information we collect about you will not be given to anyone without your consent, except when necessary to conduct our business. There are some disclosures which may be made without your prior authorization. These include:

_____ Persons or organizations who need the information to perform a professional, business or insurance function for us, such as businesses that assist us with data processing or marketing.

_____ Other insurance companies, agents, or consumer reporting agencies as it may be needed in connection with any application, policy or claim involving you.

_____ Adjusters, appraisers, investigators and attorneys who need the information to investigate or settle a claim involving you.

_____ An insurance-support organization which is established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims.

_____ A medical professional or institution to verify your insurance coverage or inform you of a medical condition of which you may not be aware.

_____ Persons or organizations that conduct scientific research, including actuarial or underwriting studies.

_____ Persons or organizations that will use the information for sales purposes, unless you indicate in writing to us that you do not want the information disclosed for this purpose.

_____ Our affiliated companies for auditing our operations and for marketing an insurance product or service.

In addition, we may provide information to state insurance departments in connection with their regulatory authority and to other governmental or law enforcement authorities to protect our legal interests or in cases of suspected fraud or illegal activities.

## YOUR INSURANCE POLICY FILES

Information we collect about you will be kept in our policy files. We may refer to this information if you file a claim for benefits under any policy you have with us or if you apply to us for a new policy. You have the right to know what kind of information we keep in our files about you, to have access to the information, and to receive a copy. There are some types of information; however, to which we are not required to give you access. This type of information is generally collected when we evaluate a claim or when the possibility of a lawsuit exists.

If you want information from your files, please contact us. There may be a nominal charge for copies of records. If you think your file contains incorrect information, notify us indicating what you believe is incorrect and your reasons. We will reinvestigate the matter and either correct our records or place a statement from you in our files explaining why you believe the information is incorrect. We will also notify persons or organizations to whom we previously disclosed the information of the change or your statement.

## CONFIDENTIALITY AND SECURITY OF PERSONAL INFORMATION

We restrict access to personal information to those individuals who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with legal standards and ensure the confidentiality of personal information in accordance with our policy.

## TREATMENT OF PERSONAL INFORMATION OF FORMER CUSTOMERS AND APPLICANTS

We adhere to this personal information privacy policy even when a customer relationship no longer exists. Disclosures about former applicants and customers may be made without prior authorization as permitted by law.

If you have any questions about our information practices, please contact us.

MISC-798 06 01
**Page 2 of 2**



### SELECTIVE®

POLICY DOCUMENT

# S   226948300

# INSURED'S COPY

| Endorsement Number | Policy Number |
|---|---|
| CO0001 | S 2269483 |

**SELECTIVE INSURANCE COMPANY OF AMERICA**
40 WANTAGE AVE, BRANCHVILLE, NJ 07890

## POLICY CHANGES

| Named Insured and Address | Policy Period |
|---|---|
| PALOS CROSSING,INC<br>C/O NETWORK PROPERTY MGMT<br>7820 GRAPHICS DR<br>TINLEY PARK, IL 60477 | From: FEBRUARY 27, 2017<br>To: FEBRUARY 27, 2018 |
| | Endorsement Effective Date:<br>APRIL 19, 2017 |
| Producer<br>ROSENTHAL BROS INC | Producer Number:<br>00-12203-00000 |

COVERAGE PART AFFECTED COMMERCIAL COMMON COVERAGE PART

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

```
THE ADDRESS OF THE NAMED INSURED ON THE DECLARATIONS IS CHANGED TO
C/O NETWORK PROPERTY MGMT
7820 GRAPHICS DR
TINLEY PARK IL 60477

THE FOLLOWING FORM(S) AND ENDORSEMENT(S) ARE ADDED AND ARE EFFECTIVE
WITH THE EFFECTIVE DATE OF THIS CHANGE:
IL7025A      11/89    COMMERCIAL POLICY INFORMATION PAGE
IL7028       03/94    POLICY CHANGES ENDORSEMENT
```

Forms and Endorsements:

REFER TO "COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDUL

Endorsement Premium

NIL

D/B - 10

**NOTICE TO POLICY HOLDER:** All the forms and endorsements contained in this coverage part as of the Endorsement Effective Date are listed above. Forms and endorsements added to this policy after this date will appear on another Policy Changes endorsement. Please read your policy and all "Policy Changes" carefully.

(This premium may be subject to adjustment.)

Date Issued: APRIL 19, 2017

Authorized Representative_____

Issuing Office: HEARTLAND REGION

IL-7028 (03/94)

| Issued by The Stock Insurance Company | Policy Number |
|---|---|
| | S 2269483 |

**SELECTIVE INSURANCE COMPANY OF AMERICA**
40 WANTAGE AVE, BRANCHVILLE, NJ 07890

## COMMERCIAL POLICY INFORMATION PAGE

| Named Insured and Address | Policy Period |
|---|---|
| PALOS CROSSING, INC<br>C/O NETWORK PROPERTY MGMT<br>7820 GRAPHICS DR<br>TINLEY PARK, IL 60477 | From: FEBRUARY 27, 2017<br>To: FEBRUARY 27, 2018<br><br>12:01 A.M Standard Time At<br>Location of Designated Premises. |

| Named Insured is: | Producer Number: |
|---|---|
| LTD LIABILITY | 00-12203-00000 |

| Producer: |
|---|
| ROSENTHAL BROS INC<br>ILLINOIS |

### Schedule of Coverage
**Schedule Effective Date:** APRIL 19, 2017

COMMERCIAL PROPERTY COVERAGE
COMMERCIAL GENERAL LIABILITY COVERAGE
COMMERCIAL AUTOMOBILE COVERAGE
COMMERCIAL CRIME COVERAGE

Date Issued:   APRIL 19, 2017

Issuing office:   HEARTLAND REGION

IL-7025A(11/89)

INSURED'S COPY

| Policy Number |
|---|
| S  2269483 |

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: FEBRUARY 27, 2017 | Schedule Effective Date  APRIL 19, 2017 |
|---|---|

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMON COVERAGE PART:

```
IL 70 25A  1189  COMMERCIAL POLICY INFORMATION PAGE
IL 70 28   0394  POLICY CHANGE ENDORSEMENT
IL 70 25   1189  COMMERCIAL POLICY COMMON DECLARATION
IL 70 36   0193  SCHEDULE OF LOCATIONS
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL PROPERTY COVERAGE PART:

```
CP 70 26    1011  COMMERCIAL PROP DEC
CP 00 10    0607  BUILDING & PERSONAL PROPERTY COVERAGE FM
CP 00 30    0607  BUSINESS INCOME COVERAGE (W/EX EXP)
CP 00 90    0788  COMMERCIAL PROPERTY CONDITIONS
CP 01 40    0706  EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP 01 49    0607  IL CHANGES-ARTIFIC GEN ELEC CURRENT EXCL
CP 10 30    0607  CAUSES OF LOSS-SPECIAL FORM
CP 10 32    0808  WATER EXCLUSION ENDORSEMENT
CP 15 32    0607  CIVIL AUTHORITY CHANGE(S)
CP 75 51    0511  SYSTEMS POWER PAC
CP 76 13    0513  CRISIS RESPONSE COVERAGE
CP 76 23    1011  COMMERCIAL PROP MORTGAGE HOLDERS SCHED
CP 76 30    0116  ELITEPAC PROPERTY EXT END
CP 76 55    0116  ELITEPAC SCHEDULE - LESSORS RISK
CP 76 60    0116  BI ACTUAL LOSS SUST - 12 MONTH LIMIT END
CP 76 64    0116  ACCOUNTS RECEIVABLE COVERAGE ENDORSEMENT
CP 76 67    0116  ELECTRONIC INFORMATION SYSTEMS COVER END
CP 76 68    0116  FINE ARTS COVERAGE ENDORSEMENT
CP 76 69IL  0116  INSTALLATION PROPERTY COVERAGE END
CP 76 70    0116  MOBILE EQUIPMENT COVERAGE END
CP 76 71    0116  PERSONAL EFFECTS COVERAGE END
CP 76 72    0116  PROPERTY IN TRANSIT COVERAGE END
CP 76 73    0116  SALESPERSONS SAMPLES COVERAGE END
CP 76 74    0116  TOOLS AND EQUIPMENT COVERAGE END
CP 76 75    0116  VALUABLE PAPERS COVERAGE END
CP 80 11    0406  SYSTEMS POWER PAC MULTIPLE DED. FORM
IL 00 03    0908  CALCULATION OF PREMIUM
IL 00 17    1198  COMMON POLICY CONDITIONS
IL 01 18    1010  ILLINOIS CHANGES
IL 01 62    0908  ILLINOIS CHANGES-DEFENSE COSTS
IL 02 84    1205  ILL CANCELLATION AND NON-RENEWAL
IL 04 15A   0498  PROTECTIVE SAFEGUARDS
IL 09 52    0115  CAP ON LOSS FROM CERT ACTS OF TERRORISM
IL 09 85A   0115  DISCL PURSUANT TO TERR RISK INS ACT
IL 89 56    0899  ASBESTOS EXCLUSION
IN 01 32    0116  NOTICE - OFFER OF TERR COV AND REJECTION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
CG 70 35  0690  COMMERCIAL LIABILITY COVG DECLARATION
CG 00 01  0413  CGL COV FORM (OCCURRENCE)
CG 02 00  1207  ILLINOIS CHANGES CANCELLATION NON RENL
CG 21 06  0514  EXCL ACCESS DISCL CONF PERS INF-W/LIM BI
CG 21 47  1207  EMPLOYMENT-RELATED PRACTICES EXCL
CG 21 67  1204  FUNGI OR BACTERIA EXCLUSION
CG 21 70  0115  CAP ON LOSSES FROM CERT ACTS OF TERROR
CG 25 03  0509  DESIGNATED CONST PROJECT(S) AGG LIMIT
CG 25 04  0509  DESIGNATED LOCATION(S) GENERAL AGG LIMIT
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

| | Policy Number |
|---|---|
| | S 2269483 |

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: FEBRUARY 27, 2017 | Schedule Effective Date APRIL 19, 2017 |
|---|---|

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
CG 73 00    0116    ELITEPAC GL EXT END
CG 79 35    0708    PRODUCT RECALL EXPENSE COV ENDT
IL 00 03    0908    CALCULATION OF PREMIUM
IL 00 17    1198    COMMON POLICY CONDITIONS
IL 00 21    0908    NUCLEAR ENERGY LIABILITY EXCLUSION
IL 01 47    0911    ILLINOIS CHANGES - CIVIL UNION
IL 01 62    0908    ILLINOIS CHANGES-DEFENSE COSTS
IL 09 85A   0115    DISCL PURSUANT TO TERR RISK INS ACT
IL 89 48    0100    EXCLUSION - LEAD HAZARD
IL 89 56    0899    ASBESTOS EXCLUSION
IN 01 32    0116    NOTICE - OFFER OF TERR COV AND REJECTION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
BUSINESS AUTOMOBILE COVERAGE PART:

```
CA 70 57    0292    AUTO DEC -LOSS PAYEE
CA 70 58    0292    BUSINESS AUTO COVERAGE DECLARATION PAGE2
CA 00 01    0310    BUSINESS AUTO COVERAGE FORM
CA 01 20    0115    ILLINOIS CHANGES
CA 02 70    0894    ILLINOIS CHANGES CANC AND NONRENEWAL
CA 04 42    0310    EXCL FED EMPLOYEES USING AUTO IN GOV BUS
CA 20 54    1001    EMPLOYEE HIRED AUTOS
CA 77 74    0706    LIMITED MOBILE EQUIPMENT COVERAGE
IL 00 03    0908    CALCULATION OF PREMIUM
IL 00 17    1198    COMMON POLICY CONDITIONS
IL 00 21    0908    NUCLEAR ENERGY LIABILITY EXCLUSION
IL 01 47    0911    ILLINOIS CHANGES - CIVIL UNION
IL 01 62    0908    ILLINOIS CHANGES-DEFENSE COSTS
IL 89 56    0899    ASBESTOS EXCLUSION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL CRIME FIDELITY COVERAGE PART:

```
CR 70 26    0292    COMMERCIAL CRIME COVERAGE DECLARATION
CR 00 21    0506    COMMERCIAL CRIME COVERAGE FORM
CR 02 02    0705    ILLINOIS CHANGES
CR 02 77    0911    INCL FAM OF BLDG MGR,EMPL,ETC-IL
CR 70 36    0116    ERISA INFLATION GUARD ENDORSEMENT
CR 79 13    0109    COMPUTER FRAUD ADDITIONAL EXCL
CR 79 26    0116    LESSORS RISK CRIME ELITEPAC END
IL 00 03    0908    CALCULATION OF PREMIUM
IL 00 17    1198    COMMON POLICY CONDITIONS
IL 09 35    0702    EXCL OF CERTAIN COMPUTER-RELATED LOSSES
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

OP ID: DN

**ACORD®** PROPERTY LOSS NOTICE

DATE (MM/DD/YYYY)
09/18/2017

| AGENCY | INSURED LOCATION CODE | | DATE OF LOSS AND TIME | | AM |
|---|---|---|---|---|---|
| Rosenthal Bros., Inc.<br>740 Waukegan Road<br>P.O. Box 700<br>Deerfield, IL 60015-0700 | | | 09/18/17 | | PM |

PROPERTY / HOME POLICY

| CARRIER | NAIC CODE |
|---|---|
| Selective Insurance Company | |

| CONTACT NAME: Gregory A. Rosenthal | **POLICY NUMBER** |
|---|---|
| PHONE (A/C, No, Ext): 847-940-4300 | S 2269483 |

FLOOD POLICY

| FAX (A/C, No): 847-940-4315 | | |
|---|---|---|
| E-MAIL ADDRESS: | CARRIER | NAIC CODE |
| CODE: 12203 | SUBCODE: | |

POLICY NUMBER

| AGENCY CUSTOMER ID: PALOS-4 | |
|---|---|

WIND POLICY

| | CARRIER | NAIC CODE |
|---|---|---|
| | | |
| | POLICY NUMBER | |

## INSURED

| NAME OF INSURED (First, Middle, Last) | INSURED'S MAILING ADDRESS |
|---|---|
| Palos Crossings, LLC | C/O Network Property Managemen<br>7820 Graphics Dr.<br>Tinley Park, IL 60477 |

| DATE OF BIRTH | FEIN (if applicable) | MARITAL STATUS / CIVIL UNION (if applicable) |
|---|---|---|
| | | |

| PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☒ BUS ☐ CELL<br>708-873-5540 | PRIMARY E-MAIL ADDRESS: |
|---|---|---|---|

SECONDARY E-MAIL ADDRESS:

| NAME OF SPOUSE (First, Middle, Last) (if applicable) | SPOUSE'S MAILING ADDRESS (if applicable) |
|---|---|
| | |

| DATE OF BIRTH | FEIN (if applicable) | MARITAL STATUS / CIVIL UNION (if applicable) |
|---|---|---|
| | | |

| PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL | PRIMARY E-MAIL ADDRESS: |
|---|---|---|---|

SECONDARY E-MAIL ADDRESS:

## CONTACT ☒ CONTACT INSURED

| NAME OF CONTACT (First, Middle, Last) | CONTACT'S MAILING ADDRESS |
|---|---|
| Palos Crossings, LLC | C/O Network Property Managemen<br>7820 Graphics Dr.<br>Tinley Park, IL 60477 |

| PRIMARY PHONE # | ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☒ BUS ☐ CELL<br>708-873-5540 | |
|---|---|---|---|

| WHEN TO CONTACT | PRIMARY E-MAIL ADDRESS: tammynpm@networkregroup.com |
|---|---|
| Tammy Spilis ext 224 | SECONDARY E-MAIL ADDRESS: |

## LOSS

| LOCATION OF LOSS STREET: 11845 Southwest Hwy | POLICE OR FIRE DEPARTMENT CONTACTED |
|---|---|
| | Palos Heights Police Department |
| CITY, STATE, ZIP: Palos Heights, IL 60463 | REPORT NUMBER |
| COUNTRY: US | C17-07042 |

DESCRIBE LOCATION OF LOSS IF NOT AT SPECIFIC STREET ADDRESS:

| KIND OF LOSS | ☐ FIRE | ☐ LIGHTNING | ☐ FLOOD | ☒ theft/vandalism | PROBABLE AMOUNT ENTIRE LOSS |
|---|---|---|---|---|---|
| | ☐ THEFT | ☐ HAIL | ☐ WIND | | |

DESCRIPTION OF LOSS & DAMAGE (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Please see attached police report due to tenant damage when
evicted



EXHIBIT
B

| REPORTED BY | REPORTED TO |
|---|---|
| | |

ACORD 1 (2013/01) Page 1 of 2 © 1988-2013 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: PALOS-4                                    OP ID: DN

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Please review the attached police report and contact the insured for
additional information.

### APPLICABLE IN ALABAMA

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.




## OFFICIAL SWORN POLICE REPORT

# Palos Heights Police Department

**7607 W College Dr   Palos Heights, IL 60463   708-448-5060**

**Incident#: C17-07042**

| STATION COMPLANT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 9922 (Assist Citizen) | | | | C17-07042 |

| REPORT TYPE | RELATED CAD # | DESCRIPTION | | |
|---|---|---|---|---|
| Non Criminal Report | 111707042 | Citizen Assist - Civil Matter | | |

| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
|---|---|---|---|---|
| | 11845 S SOUTHWEST    PALOS HEIGHTS, ILLINOIS  60463 | | | |

| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
|---|---|---|---|---|
| Telephone | 09/14/2017 15:35 | 09/14/2017 15:35 | (09) Administratively Closed | 09/14/2017 |

### NARRATIVES

**PRIMARY NARRATIVE**

Complainant, Kathleen Golding████████is the landlord at listed property. Contractors on scene removing items from inside Penalty Box Bar due to the owners of the establishment going out of business. Kathleen upset because contractors were removing items she believed should be left and not belonging to previous owner. R/O spoke with Joel P. Barr███████████████who was the on scene supervisor of contractors. Joel said that he was told to remove items but did not have an itemized list detailing what property belonged and what needed to stay. R/O then spoke with Bruce Barr via telephone████████ who advised that he had an agreement with establishment owners to buy assets and there is some kind of civil proceeding on this upcoming Monday, September 18th at the Dirksen Building downtown to resolve much of this situation.

R/O then spoke with Kathleen again who now had her attorney, David Adduce███████████ Mr. Adduce agreed that this matter is completely civil in nature. R/O advised Mr. Adduce that the name and contact number of the contractor would be documented in the event that items removed are later determined to be taken in error. Mr. Adduce requested R/O obtain the name of the person who hired them. According to Joel, his father Bruce Barr ████████ was his point of contact and the name of the business is PBJM Squared.

Ultimately Kathleen was able to provide a copy of the lease which specified what could and could not be removed. Basically items such as cabinets, counters and similar fixed items were to stay. R/O was then advised by Kathleen that Mr. Adduce was on the phone with the attorney representing the other party.

It was decided that the freezer doors, ventilation ducts and a sink and counter would be taken back into the building and the contractors could remove the remaining items.

R/O stood by while the items were moved back. All parties were satisfied with this outcome until the civil attorneys could iron the matter out.

There was determined to be no criminal activity today because R/O was unable to prove that the contractors were knowingly removing items that they should not have, they were acting on orders from their employer.

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Crowley, Jeffrey | 54 | Crowley, Jeffrey | 54 |



# ASPEN SERVICE

8304 So. 77th Ave.
Bridgeview, IL 60455

OFF: 708-598-2600
FAX: 708-598-1101

# BUDGETARY REPORT

Date: December 18, 2017

Proposal submitted to:
**Network Property Management**
7820 Graphics Dr.
Tinley Park, IL 60477

Work to be performed at:
**Penalty Box**
1884 S. Southwest Highway
Palos Heights, IL.

### Budgetary Report – Penalty Box
### Insurance Claim #21788401

The following is based on initial walk through, photo documentation and information provided to us, as well as research of similar products available to replace what was removed from the property, plus labor cost. We believe these items are part of the unit because they are attached to the building and subsequently need to be replaced.

**NOTE:** All information below is for budgetary purposes only. Detailed information on types of product and exact cost break down will be provided at a later date.

1. Beverage rack and CO2 equipment and supply lines for soda product. Approximate cost of items $2,000.00 with labor cost to set up $650.00.
2. Basement 3-compartment sink. Approximate cost $1,600.00 with labor cost to connect and set up $500.00.
3. Basement hand sink and soap dispenser. Approximate cost $850.00 with labor cost of $450.00.
4. Compressor/condenser. Approximate cost $3,500.00 with labor cost of $800.00. Additional cost may apply to test existing A/C units and heating system, plus cost of parts as needed.
5. Doors for walk-in coolers. Approximate cost of labor to re-install existing doors in place $750.00. Additional cost may apply if any parts are missing or damaged.
6. Wall damage on landing area stairway leading to basement. Labor and material cost $450.00.
7. (x2) Sump pumps removed. Parts and labor to re-install existing $1,475.00.
8. Hood and ansul system removed. Approximate cost to re-install existing hood & ansul system in pizza kitchen section, parts and labor $2,800.00.
9. Remote sink and faucet for dishwashing station. Approximate cost to re-install existing with labor $600.00. Approximate cost of new dishwashing sanitizer system $5,000.00. Cost of labor and parts to install new dishwashing system $600.00.
10. Hood and duct work in main kitchen removed and taken. Approximate cost of replacement of hood and suppression system in main kitchen and duct work $10,000.00. Labor and parts as needed to install new hood system and duct work $3,000.00.
11. Damaged beverage/waitress station. Labor and parts needed to repair existing damage $1,200.00.
12. Built in booths in dining area. Parts and labor cost to re-install existing booths $2,400.00.

### ACCEPTANCE OF BUDGETARY REPORT

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date _____                Signature _____

Signature _____

Proposal

T.

EXHIBIT
GROUP C

**ASPEN SERVI[illegible]E**
8394 So. 77th Ave.
Bridgeview, IL 60455

OFF: 708-598-2600
FAX: 708-598-1101

# BUDGETARY REPORT

13. Replace missing carpet on raised dining area. Material and labor cost $3,800.00.
14. Coolers, sinks, built in cabinetry removed and taken. Based on the photos and amount of equipment taken, approximate cost of items to be replaced to identical or similar stage will be approximately $18,000 to $20,000.00.
15. Hand dryers removed and taken. Approximate cost to supply and install (x2) new hand dryers total for bathrooms $1,000.00, with labor cost of $450.00.
16. Light fixtures removed and taken. Approximate cost to replace all new light fixtures $3,000.00 with labor cost of $3,000.00.
17. Clean up and debris removal services have already been provided by ICM $3,200.00.
18. Cut large amount of cables and wires in office space. Approximate cost to test and replace any damaged cables by an IT specialist $2,500.00. Additional cost of parts may apply.
19. Foot rails from bar removed. Cost of labor to re-install foot bars on existing bar $1,650.00.

| Item Number | Approx. Material Cost | Approx. Labor Cost | Line Total |
|---|---|---|---|
| 1. Beverage Rack | $ 2,000.00 | $ 650.00 | $ 2,650.00 |
| 2. Basement Sink | 1,600.00 | 500.00 | 2,100.00 |
| 3. Sink & Soak Dispenser | 850.00 | 450.00 | 1,300.00 |
| 4. Compressor/Condenser | 3,500.00 | 800.00 | 4,300.00 |
| 5. Cooler Doors | | 750.00 | 750.00 |
| 6. Wall Damage | 450.00 | Included | 450.00 |
| 7. Sump Pumps | 1,475.00 | Included | 1,475.00 |
| 8. Hood & Ansul System | - | 2,800.00 | 2,800.00 |
| 9. Dishwashing Station | 6,000.00 | 1,200.00 | 7,200.00 |
| 10. Hood & Duct Work | $10,000.00 | 3,000.00 | 13,000.00 |
| 11. Beverage/waitress station | 1,200.00 | Included | 1,200.00 |
| 12. Re-Install Booths | - | 2,400.00 | 2,400.00 |
| 13. Replace Carpeting | 3,800.00 | Included | 3,800.00 |
| 14. Equipment Behind Bar | 18,000.00 – 20,000.00 | 5,000.00 to 6,000.00 | 26,000.00 |
| 15. Hand Dryers | 1,000.00 | 450.00 | 1,450.00 |
| 16. Light Fixtures | 3,000.00 | 3,000.00 | 6,000.00 |
| 17. Clean Up | | 3,200.00 | 3,200.00 |
| 18. Cable Clean Up | | 2,500.00 | 2,500.00 |
| 19. Replace Foot Rails | | 1,650.00 | 1,650.00 |
| | | | |
| TOTAL | $54,875.00 | $29,350.00 | $ 84,225.00 |
| PROFIT & OVERHEAD 10/10 | + 20% - $10,975.00 | + 20% - $5,870.00 | +16,845.00 |
| APPROX. JOB TOTAL | | | $101,070.00 |

**ACCEPTANCE OF BUDGETARY REPORT**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature ______________________

Date ______________________

Signature ______________________

Proposal

# ASPEN SERVICE

8394 So. 77th Ave.
Bridgeview, IL 60455

**OFF: 708-598-2600**
**FAX: 708-598-1101**

## BUDGETARY REPORT

Respectfully submitted _____
Dave Koschik

NOTE—This proposal may be withdrawn by us if not accepted within 30 days.

Any alteration or deviation from the above specifications, involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon accidents or delays beyond our control.

Notice of cancellation must arrive within three business days of the date the proposed work is approved. Cancellation within the three days will be without penalty or obligation. Cancellation must be in writing and mailed, faxed or brought into our office within the three business days following the approval of the proposed work. *Failure to pay according to the above terms will result in a 2% per month charge, beginning 30 days from date of work completion. All costs resulting from collection, including attorney's fees, will be paid by the contract purchaser.

### ACCEPTANCE OF BUDGETARY REPORT

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date _____

Signature _____

Signature _____

**Proposal**                                    3

TNJ Heating, Air Conditioning &
Refrigeration
2619 York St.
Blue Island, IL 60406
708-601-5237

# Estimate

| Date | Estimate # |
|------|-----------|
| 12/10/2017 | 245 |

**Name / Address**

Network Properties
11845 Southwest Highway
Palos Heights, IL 60463

| | Project |
|--|---------|
| | |

| Description | Total |
|-------------|-------|
| Proposal to install refrigeration condensers and evaporator and repair cooler and freezer doors. | 0.00 |
| Proposal to install 3 condensers 1 evaporator, reconnect all refrigerant lines and recharge units. | 0.00 |
| All units come with 1 yr. warranty parts and labor. | 8,800.00 |
| Proposal to install all new cam type door hinges on all 3 units, half the door hinges were removed and cannot be found so the entire hinge assembly must be replaced, total 6 complete assembly and rehang all 3 doors. | 1,320.00 |

| Total | $10,120.00 |
|-------|-----------|

Signature



# SELECTIVE ®

Rick Gehrmann
Selective Insurance Company of America
Mailing address for correspondence:
P.O. Box 7261
London, KY 40742
Phone#: 612-289-6600
Fax#: 877-233-1004
rick.gehrmann@selective.com

January 29, 2018

Palos Crossing, Inc.
Attn: Kathleen Goldin
11845 Southwest HWY
Palos Heights, IL 60463

RE:   Insured:                Palos Crossing, Inc.
          Our Claim Number:     21784401
          Selective Policy Number:    S2269483
          Policy Period:         02/27/17 – 02/27/18
          Policy Limits:         Building Limit: $4,162,738
          Deductible:           $1,000
          Date of Loss:         09/18/17
          Company Name:       Selective Insurance Company of America
          NAIC Code:          12572

Dear Ms. Goldin,

I am a Propery Claims Specialist employed by Selective Insurance Company of America, which is handling this claim on behalf of your insurance carrier, Selective Insurance Company of the South Carolina (Selective). I am responsible for handling this claim and determining what coverage may be available under the terms of the insurance policy you purchased from Selective.

You have requested that Selective provide insurance coverage for damage due to theft/vandalism to your property.

## *SUMMARY OF SELECTIVE'S POSITION*

We have carefully evaluated the facts and circumstances of this claim. Unfortunately, we must advise you that the terms of the policy that you purchased from Selective do not afford insurance coverage for this claim. The purpose of this letter is to explain how we came to this decision. Obviously, if you feel we have reached this determination in error, please contact me so we can discuss this matter and I will be happy to answer any questions you may have.

However, if you should come into possession of new or different information you feel may cause Selective to change its decision; we will be pleased to review it.


EXHIBIT
D

## FACTS OF THIS CLAIM

On September 19, 2017 a claim was made for vandalism/theft for damages after the eviction of your tenant. The former tenant has filed for bankruptcy. A third party investor of the former tenant was on site removing items from the property according to the Police Report. The Police Report notes that this was determined to be a civil matter with no criminal activity. The Police Department has not been willing to investigate this further and continue to maintain it is a civil matter. To date we have not received any information that would indicate a covered cause of loss has occurred.

## SELECTIVE'S COVERAGE POSITION

Based upon our investigation we have identified certain provisions of your policy which are applicable to this claim. In this section, we will review those parts of your policy and explain why coverage is not available under the terms of the policy you purchased.

### Commercial Property Policy

Please refer to the Insuring Agreement Section of the policy form bearing CP 00 10 (6/07) which states:

**A. Coverage**
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**
Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure de-scribed in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

Please refer to the Insuring Agreement of the policy form: Causes of Loss – Special Form, bearing form number CP 10 30, edition 06/07.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

**B. Exclusions**

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Faulty, inadequate or defective:

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

    **(1)** Notify the police if a law may have been broken.

    **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

    **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

    **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

    Also permit us to take samples of dam-aged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

    **(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### *Please refer to the policy form bearing – CP 00 90 – 07/88 edition*

This "Coverage Part is subject to the following conditions the Common policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning

    **1.** This Coverage Part;

    **2** The Covered property;

    **3.** Your interest in the Covered property; or

    **4.** A claim under this Coverage Part.

Although Selective is today declining coverage for the claimed vandalism/theft damage to your property as there is no evidence to support that there was vandalism or theft at the described property. We reserve the right to modify our position based on any such new or different information.

Hopefully, this letter provides you with a clear explanation of Selective's position regarding your insurance coverage available for this claim. However, if you would like to discuss any aspect of this claim, I would be happy to discuss such matters with you. I can be reached at the phone number set forth above.

I am sorry that we were unable to reach a more favorable determination concerning this claim.

Sincerely,


Rick Gehrmann
Property Claims Specialist - Domiciled in Minnesota


Cc: Rosenthal Bros Inc.


Claims activities are conducted by employees of Selective Insurance Company of America, either on its own behalf or as the servicing carrier for the Selective insurer affiliate which issued the policy that corresponds to the claim referenced above



# KOMDR

## KELLY OLSON MICHOD DEHAAN & RICHTER, L.L.C.

ATTORNEYS AT LAW
*Founded 1872*

333 West Wacker Drive
Suite 2000
Chicago, Illinois 60606-1288
T 312.236.6700
F 312.236.6706
WWW.KOMDR.COM

John A. Kelly, Jr.
Charles L. Michod, Jr.
Paul J. Richter
Mark A. Costa
David S. Adduce
Gregory A. Frezados
Marc J. Chalfen
Paul J. Doucette
Breanne E. Vaclavik

*Of Counsel*
Colman Ginsparg
Richard L. Bolton
Mark J. Kosminskas
Lewis M. Schneider

Ronald M. DeHaan (retired)
Frank G. Siepker (retired)
Alvin L. Kaplan (retired)
Raymond Olson, Jr. (1933-2004)
Steven A. Koga (1950-2016)

*Sender's Direct Line*: 312.528.3824
*Sender's Email*: dadduce@komdr.com

February 12, 2018

File No. 11133.7

**VIA EMAIL ONLY**
rick.gehrmann@selective.com

Rick Gehrmann
Selective Insurance Company of America
P.O. Box 7264
London, KY 40742

> RE:    *Property Damage and Loss of Business Claims*
>         *Your Claim No.:*   *21784401 D/L*
>         *Policy No.:*       *S226948300*
>         *Insured:*         *Palos Crossings, L.L.C.*
>         *Date of Loss:*    *9/14/2017*

Dear Mr. Gehrmann:

As you know, this firm represents your Insured, Palos Crossings, L.L.C. I am in receipt of your letter of January 29, 2018 ("Denial Letter"), wherein Selective Insurance Company of America ("Selective") has determined that the subject Policy does not afford coverage for these claims. The Denial Letter states that its purpose is to explain how Selective came to the decision that the subject Policy does not afford coverage. However, the Denial Letter does nothing of the sort, and contains incomplete and inaccurate facts and references Policy provisions that simply do not apply.

At the outset, it took Selective approximately four (4) months to review these claims and the subject Policy, and to deny coverage. This delay in coverage determination is unreasonable and vexatious.[1]

---

[1]    Failing to affirm or deny coverage of claims within a reasonable time constitutes an improper claim practice. 215 ILCS 5/154.5 and 154.6(i); 50 Ill. Admin. Code 919.40 and 919.50.



EXHIBIT
E



K O M D R

KELLY OLSON MICHOD DEHAAN & RICHTER, LLC

Rick Gehrmann
February 12, 2018
File No. 11133.7
Page 2 of 3

The Denial Letter quotes various provisions of the subject Policy without any assertion or explanation of why or how they apply to the facts and circumstances of these claims, and most importantly how they support the denial of coverage. Instead, the provisions quoted support coverage. As quoted in the Denial Letter, the Policy affords coverage for a physical loss or damage to the "Covered Property" and/or "Building." "Building" is defined to include, fixtures, permanently installed machinery and equipment, and personal property including appliances used for refrigerating, ventilating, cooking, dishwashing or laundering. These are precisely the damaged items which are the subject of these claims.

The Denial Letter goes on to quote various "Exclusions" from coverage and for voiding coverage in case of fraud by the Insured. However, the Denial Letter is devoid of any explanation or assertion as to why or how any of these "Exclusions" apply to these claims or the existence of any fraud by the Insured. These "Exclusions" simply are not applicable here, and there is absolutely no suggestion of fraud by the Insured.[2]

The only explanation or reason for denial of coverage for these claims is Selective's statement that "there is no evidence to support that there was vandalism or theft at the described property." This statement is simply false, and only suggests that Selective has failed to perform any investigation into the facts and circumstances of these claims, and has ignored the information provided by the Insured.

For example, upon discovering that items were being damaged and removed from the Property, the Insured contacted the Palos Heights police. The Insured's conduct not only prevented property from being further damaged and removed from the Property, but resulted in certain property being returned (such as freezer doors, ventilation ducts, sink, counter and sump pumps).[3] A copy of the Palos Heights Police Report has been provided to Selective. The fact that the Police Heights police considered this matter to be a "civil matter" and elected to take no criminal or other action is of no consequence to the issue of coverage, and further belies the facts.[4] The Insured could not require the Palos Heights police to arrest the offending individuals or take any further criminal action. The Insured fulfilled its obligations to call the police and take reasonable steps to protect the Covered Property as required under the Policy. The Insured's actions resulted in the Insured being able to secure the Property, and assure that no further property was damaged or removed from the Property.

---

[2]    Knowingly misrepresenting relevant facts or policy provisions relating to coverages at issue also constitutes an improper claim practice. 215 ILCS 5/154.5 and 154.6(a); 50 Ill. Admin. Code 919.50.

[3]    Notably, two of the provisions quoted in the Denial Letter were the obligation of the Insured to notify the police and to take all reasonable steps to protect the Covered Property. This is precisely what the Insured has done here.

[4]    The Palos Heights Police Report statement that Mr. Adduce (attorney for the Insured) "agreed that this matter is completely civil in nature" is inaccurate. While there were related civil proceedings pending, such as an eviction action and bankruptcy case, such civil proceedings did not make the conduct any less a vandalism, theft or criminal.



KELLY OLSON MICHOD DeHAAN & RICHTER, L.L.C.

Rick Gehrmann
February 12, 2018
File No. 11133.7
Page 3 of 3

The Insured submits that Selective's determination and declination of coverage is not only in error, but smacks of bad faith and improper claims practices. The Insured demands that Selective immediately reconsider its position on coverage and these claims. Please respond and contact me by no later than February 22, 2018 regarding these claims and coverage under the subject Policy.

Sincerely,

David S. Adduce

c        Kathleen Golding
         Palos Crossings, L.L.C.



**SELECTIVE ®**

Rick Gehrmann
Selective Insurance Company of America
Mailing address for correspondence:
P.O. Box 7261
London, KY 40742
Phone#: 317-815-4300
Fax#: 877-233-1004
rick.gehrmann@selective.com

November 27, 2017

Palos Crossing, Inc.
Attn: Kathleen Goldin
11845 Southwest HWY
Palos Heights, IL 60463

RE:  Insured:                              Palos Crossing, Inc.
     Our Claim Number:             21784401
     Selective Policy Number:      S2269483
     Policy Period:                     02/27/17 – 02/27/18
     Policy Limits:                      Building Limit: $4,162,738;
     Deductible:                         $1,000
     Date of Loss:                       09/18/17
     Company Name:                 Selective Insurance Company of America
     NAIC Code:                       12572

Dear Ms. Goldin

I am a(n) Property Claim Specialist employed by Selective Insurance Company of America,
which is handling this claim on behalf of your insurance carrier, Selective Insurance Company
of America (Selective). I am responsible for handling this claim and determining what
coverage may be available under the terms of the insurance policy(ies) you purchased from
Selective.

You have requested that Selective provide insurance coverage for the claim being made for
vandalism/theft at the above listed address. That request was made under the insurance policy
referenced above. The purpose of this letter is to identify the parts of your policy which may
apply to this loss and, in addition, to advise you that Selective will conduct an investigation
into the facts and circumstances of this claim under a "reservation of rights", which will be
explained in the *"RESERVATION OF RIGHTS"* section below.

*SUMMARY OF SELECTIVE'S POSITION*

Based upon the information supplied to us to date, Selective is not yet in a position to
determine whether or to what extent the claim qualifies for coverage under your policy with
Selective. As I learn more about the facts and circumstances of the claim, I will be in a better
position to advise you as to whether and how the policy may apply. As noted above, in the
meantime, Selective will handle this claim under a reservation of rights. Among the rights we
are reserving is the right to decline coverage for this claim.



EXHIBIT
F

p.6

In addition to the information you have already submitted, if you should come into possession of new or different information you feel may be relevant to this matter, please forward it to me so that we may give it my full attention.

### FACTS OF THIS CLAIM

On September 19, 2017 a claim was made for vandalism/theft for tenant damage due to an eviction. The former tenant has filed for bankruptcy. A third party investor in the former tenant was on site removing items from the property according to the Police Report. The Police Report notes that this was determined to be a civil matter with no criminal activity.

### SELECTIVE'S COVERAGE POSITION

As noted above, I do not yet know whether this claim may be covered under your insurance policy. However, based on what I do know about the claim, I have identified certain parts of your policy which may be applicable. In this section, I will review those parts of your policy which may apply to this loss.

*Please refer to the policy form bearing CP 00 10 – edition 6/2007:*

A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. Building, meaning the building or structure de-scribed in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of dam-aged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

*Please refer to the policy form bearing – CP 00 90 – 07/88 edition*

This "Coverage Part is subject to the following conditions the Common policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning

    1. This Coverage Part;
    2. The Covered property;
    3. Your interest in the Covered property; or
    4. A claim under this Coverage Part.

## RESERVATION OF RIGHTS

Selective places a priority on handling claims promptly and fairly. However, Selective is required to advise you when the facts and circumstances involving a claim, or the provisions in your policy(ies), raise questions concerning coverage. When that situation arises, Selective must expressly reserve all of our available rights while those issues are investigated further and then makes a determination as to whether your policy(ies) provide coverage for the claim(s) being made against you. This "reservation of rights" puts you on notice that based upon the outcome of our investigation; Selective may restrict or deny full or partial coverage, in addition to taking other positions or actions that may affect coverage. These other positions/actions include, *but are not limited to*: the right to withdraw any legal defense we provide for you; the right to seek remedy from any other person or entity in connection with your claim; the right to seek a judicial determination of all affected parties' rights and obligations under the terms of your Selective policy(ies); where permitted by law, the right to seek reimbursement of any fees and costs incur to provide a defense to you; and the right to modify, change or update our coverage position as new or different information becomes available to us. All rights, whether mentioned in this letter or not, are hereby expressly reserved, and no acts or failure to act by Selective are intended, nor shall they be construed, as a waiver of any of Selective's rights.

Hopefully, this letter provides you with a clear explanation of Selective's position regarding your insurance coverage available for this claim. However, if our explanation is unclear, or if you would like to discuss any aspect of this claim, I would be happy to discuss such matters with you further. I can be reached at 612-289-6600.

Sincerely,

Rick Gehrmann
Property Claim Specialist - Domiciled in Minnesota

cc: Rosenthal Bros Inc

Claims activities are conducted by employees of Selective Insurance Company of America, either on its own behalf or as the servicing carrier for the Selective insurer affiliate which issued the policy that corresponds to the claim referenced above.

**David Adduce**

| | |
|---|---|
| **From:** | Tammy Spilis <tammynpm@networkregroup.com> |
| **Sent:** | Friday, December 29, 2017 10:29 AM |
| **To:** | rick.gehrmann@selective.com |
| **Cc:** | rosenpm@networkregroup.com |
| **Subject:** | RE: 11845 Southwest Hwy - Trio/Penalty Box |

Rick – just following up on the email below that was sent 10 days ago to ensure that it was received.

Please let us know and reply as to what is needed regarding the lost rent portion of the claim.  Ownership would like to get this wrapped up shortly after the new year to avoid any further loss and get the space into a rentable condition.

Thank you & happy new year!
Tammy & Rose

**From:** Tammy Spilis [mailto:tammynpm@networkregroup.com]
**Sent:** Tuesday, December 19, 2017 11:40 AM
**To:** 'rick.gehrmann@selective.com' <rick.gehrmann@selective.com>
**Cc:** 'rosenpm@networkregroup.com' <rosenpm@networkregroup.com>
**Subject:** 11845 Southwest Hwy - Trio/Penalty Box

Rick,

Per your conversations with myself, Rose and David Adduci, attached are the report from a general contractor to restore the space and the cooler quote.

Please let us know what you need from us in regard to the lost rent portion of the claim.

We look forward to hearing from you.  Please confirm receipt of this email.

Tammy & Rose


Tammy Spilis
Property Manager
Network Property Management
7820 Graphics Dr
Tinley Park, IL 60477
(708) 873-5540 ext 224
(708) 342-0614 fax
tammynpm@networkregroup.com
www.networkregroup.com

Nothing contained in this e-mail communication shall be interpreted to be an offer for a contract or to be a binding contract to any of the parties involved in the transaction, except as stated herein. It will be superseded by, and the parties will only be bound by, the terms of a written lease or sales agreement, in form and substance satisfactory to both parties, which will have to be fully executed and delivered by the parties.
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us.



# ASPEN SERVICE

8394 So. 77th Ave.
Bridgeview, IL 60455

**OFF: 708-598-2600**
**FAX: 708-598-1101**

# BUDGETARY REPORT

Date: December 18, 2017

Proposal Submitted to:
**Network Property Management**
7820 Graphics Dr.
Tinley Park, IL 60477

Work to be performed at:
**Penalty Box**
11845 S. Southwest Highway
Palos Heights, IL

### Budgetary Report – Penalty Box
### Insurance Claim #21784401

The following is based on initial walk through, photo documentation and information provided to us, as well as research of similar products available to replace what was removed from the property, plus labor cost. We believe these items are part of the unit because they are attached to the building and subsequently need to be replaced.

NOTE: All information below is for budgetary purposes only. Detailed information on types of product and exact cost break down will be provided at a later date.

1. Beverage rack and $CO_2$ equipment and supply lines for soda product. Approximate cost of items $2,000.00 with labor cost to set up $650.00.
2. Basement 3-compartment sink. Approximate cost $1,600.00 with labor cost to connect and set up $500.00.
3. Basement hand sink and soap dispenser. Approximate cost $850.00 with labor cost of $450.00.
4. Compressor/condenser. Approximate cost $3,500.00 with labor cost of $800.00. Additional cost may apply to test existing A/C units and heating system, plus cost of parts as needed.
5. (x3) Doors for walk-in coolers. Approximate cost of labor to re-install existing doors in place $750.00. Additional cost may apply if any parts are missing or damaged.
6. Wall damage on landing area stairway leading to basement. Labor and material cost $450.00.
7. (x2) Sump pumps removed. Parts and labor to re-install existing $1,475.00.
8. Hood and ansul system removed. Approximate cost to re-install existing hood & ansul system in pizza kitchen section, parts and labor $2,800.00.
9. Remote sink and faucet for dishwashing station. Approximate cost to re-install existing with labor $600.00. Approximate cost of new dishwashing sanitizer system $6,000.00. Cost of labor and parts to install new dishwashing system $600.00.
10. Hood and duct work in main kitchen removed and taken. Approximate cost of replacement of hood and suppression system in main kitchen and duct work $10,000.00. Labor and parts as needed to install new hood system and duct work $3,000.00.
11. Damaged beverage/waitress station. Labor and parts needed to repair existing damage $1,200.00.
12. Built in booths in dining area. Parts and labor cost to re-install existing booths $2,400.00.

### ACCEPTANCE OF BUDGETARY REPORT

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date _____

Signature _____

Proposal

# ASPEN SERVICE

8394 So. 77th Ave.
Bridgeview, IL 60455

OFF: 708-598-2600
FAX: 708-598-1101

## BUDGETARY REPORT

13. Replace missing carpet on raised dining area. Material and labor cost $3,800.00.
14. Coolers, sinks, built in cabinetry removed and taken. Based on the photos and amount of equipment taken, approximate cost of items to be replaced to identical or similar stage will be approximately $18,000 to $20,000.00.
15. Hand dryers removed and taken. Approximate cost to supply and install (x2) new hand dryers total for bathrooms $1,000.00, with labor cost of $450.00.
16. Light fixtures removed and taken. Approximate cost to replace all new light fixtures $3,000.00 with labor cost of $3,000.00.
17. Clean up and debris removal services have already been provided by ICM $3,200.00.
18. Cut large amount of cables and wires in office space. Approximate cost to test and replace any damaged cables by an IT specialist $2,500.00. Additional cost of parts may apply.
19. Foot rails from bar removed. Cost of labor to re-install foot bars on existing bar $1,650.00.

| Item Number | Approx. Material Cost | Approx. Labor Cost | Line Total |
|---|---|---|---|
| 1. Beverage Rack | $ 2,000.00 | $ 650.00 | $ 2,650.00 |
| 2. Basement Sink | 1,600.00 | 500.00 | 2,100.00 |
| 3. Sink & Soak Dispenser | 850.00 | 450.00 | 1,300.00 |
| 4. Compressor/Condenser | 3,500.00 | 800.00 | 4,300.00 |
| 5. Cooler Doors | | 750.00 | 750.00 |
| 6. Wall Damage | 450.00 | Included | 450.00 |
| 7. Sump Pumps | 1,475.00 | Included | 1,475.00 |
| 8. Hood & Ansul System | - | 2,800.00 | 2,800.00 |
| 9. Dishwashing Station | 6,000.00 | 1,200.00 | 7,200.00 |
| 10. Hood & Duct Work | $10,000.00 | 3,000.00 | 13,000.00 |
| 11. Beverage/waitress station | 1,200.00 | Included | 1,200.00 |
| 12. Re-Install Booths | | 2,400.00 | 2,400.00 |
| 13. Replace Carpeting | 3,800.00 | Included | 3,800.00 |
| 14. Equipment Behind Bar | 18,000.00 - 20,000.00 | 5,000.00 to 6,000.00 | 26,000.00 |
| 15. Hand Dryers | 1,000.00 | 450.00 | 1,450.00 |
| 16. Light Fixtures | 3,000.00 | 3,000.00 | 6,000.00 |
| 17. Clean Up | | 3,200.00 | 3,200.00 |
| 18. Cable Clean Up | | 2,500.00 | 2,500.00 |
| 19. Replace Foot Rails | | 1,650.00 | 1,650.00 |
| | | | |
| TOTAL | $54,875.00 | $29,350.00 | $ 84,225.00 |
| PROFIT & OVERHEAD 10/10 | + 20% - $10,975.00 | + 20% - $5,870.00 | +16,845.00 |
| APPROX. JOB TOTAL | | | $101,070.00 |

## ACCEPTANCE OF BUDGETARY REPORT

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date_____

Signature_____

Signature_____

Proposal                                    2

# ASPEN SERVICE

8394 So. 77th Ave.
Bridgeview, IL 60455

OFF: 708-598-2600
FAX: 708-598-1101

## BUDGETARY REPORT

Respectfully submitted _____
Dave Koschik

NOTE—This proposal may be withdrawn by us if not accepted within 30 days..

Any alteration or deviation from the above specifications, involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon accidents or delays beyond our control.

Notice of cancellation must arrive within three business days of the date the proposed work is approved. Cancellation within the three days will be without penalty or obligation. Cancellation must be in writing and mailed, faxed or brought into our office within the three business days following the approval of the proposed work. *Failure to pay according to the above terms will result in a 2% per month charge, beginning 30 days from date of work completion. All costs resulting from collection, including attorney's fees, will be paid by the contract purchaser.

## ACCEPTANCE OF BUDGETARY REPORT

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date_____

Signature_____

Signature_____

Proposal                                 3

# Estimate

TNJ Heating, Air Conditioning &
Refrigeration
2619 York St.
Blue Island, IL. 60406
708-601-5237

| Date | Estimate # |
|------|-----------|
| 12/10/2017 | 345 |

**Name / Address**

Network Properties
11845 Southwest Highway
Palos Heights, IL. 60463

| | Project |
|---|---|

| Description | Total |
|-------------|-------|
| Proposal to install refrigeration condensers and evaporator and repair cooler and freezer doors. | 0.00 |
| Proposal to install 3 condensers ,1 evaporator ,reconnect all refrigerant lines and recharge units. | 0.00 |
| All units come with 1 yr warranty parts and labor. | 8,800.00 |
| Proposal to install all new cam type door hinges on all 3 units,half the door hinges were removed and cannot be found so the entire hinge assembly must be replaced ,total 6 complete assembly and rehang all 3 doors. | 1,320.00 |
| **Total** | **$10,120.00** |

Signature



**K O M D R**

KELLY OLSON MICHOD DEHAAN & RICHTER, L.L.C.

ATTORNEYS AT LAW
*Founded 1872*

333 West Wacker Drive
Suite 2000
Chicago, Illinois 60606-1288
T 312.236.6700
F 312.236.6706
WWW.KOMDR.COM

John A. Kelly, Jr.
Charles L. Michod, Jr.
Paul J. Richter
Mark A. Costa
David S. Adduce
Gregory A. Frezados
Marc J. Chalfen
Paul J. Doucette
Breanne E. Vaclavik

*Of Counsel*
Colman Ginsparg
Richard L. Bolton
Mark J. Kosminskas
Lewis M. Schneider

Ronald M. DeHaan (retired)
Frank G. Siepker (retired)
Alvin L. Kaplan (retired)
Raymond Olson, Jr. (1933-2004)
Steven A. Koga (1950-2016)

*Sender's Direct Line*: 312.528.3824
*Sender's Email*: dadduce@komdr.com

January 23, 2018

File No. 11133.7

**VIA EMAIL ONLY**
rick.gehrmann@selective.com

Rick Gehrmann
Selective Insurance Company of America
P.O. Box 7264
London, KY 40742

     *RE:*    *Property Damage and Loss of Business Claims*
            *Your Claim No.:*    *21784401 D/L*
            *Insured:*          *Palos Crossings, L.L.C.*
            *Date of Loss:*       *9/14/2017*

Dear Mr. Gehrmann:

As you know, this firm represents your Insured, Palos Crossings, L.L.C. This claim has been submitted more than four (4) months ago, in September 2017, and the Insured has not received any determination, payment or reimbursement on this claim. On November 16, 2017, you indicated that Selective Insurance is still investigating and looking into coverage for this loss.

The Insured has submitted all of the documentation requested. The Insured continues to lose rental income with respect to subject units, and is unable to fully negotiate and enter into a lease with a potential new tenant at the property.

K O M D R

KELLY OLSON MICHOD DeHAAN & RICHTER L.L.C.

Rick Gehrmann
January 23, 2018
File No. 11133.7
Page 2 of 2

Please contact me regarding the status and determination of this claim.

Sincerely,

David S. Adduce

 **SELECTIVE** ®

Rick Gehrmann
Selective Insurance Company of America
Mailing address for correspondence:
P.O. Box 7261
London, KY 40742
Phone#: 317-815-4300
Fax#: 877-233-1004
rick.gehrmann@selective.com

February 15, 2018

<u>VIA EMAIL ONLY</u>

Kelly Olson Michod Dehaan & Richter, LLC.
Attn: David Adduce
333 West Wicker Dr. Suite 2000
Chicago, IL 60606

RE:  Insured:                       Palos Crossing, Inc.
     Our Claim Number:              21784401
     Selective Policy Number:       S2269483
     Policy Period:                 02/27/17 – 02/27/18
     Policy Limits:                 Building Limit: $4,162,738
     Deductible:                    $1,000
     Date of Loss:                  09/18/17
     Company Name:                  Selective Insurance Company of America

Dear Mr. Adduce:

I am in receipt of your letter of February 12, 2018, wherin you reiterate your firm
represents our Insured, Palos Crossing, Inc. You have indicated your are in dispute of
our findings surrounding the disclaimer letter.

Selective Insurance maintains their position that we have not received proof that a
covered cause of loss occurred in regards to the above mentioned claim. Please provide
any additional documents you may have for review that would support a covered cause of
loss occurred.

If you have any questions or need additional information, please call me at 612-289-6600

Sincerely,

Rick Gehrmann
Property Claim Specialist - Domiciled in Minnesota

David Adduce

| | |
|---|---|
| **From:** | Rick Gehrmann <Rick.Gehrmann@selective.com> |
| **Sent:** | Friday, March 02, 2018 10:25 AM |
| **To:** | David Adduce |
| **Subject:** | RE: Palos Crossing - 21784401 |

David:

The documents received to date does not demonstrate that a covered loss has occurred.

Thanks,

**Rick Gehrmann**
*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742

SELECTIVE

**From:** David Adduce [mailto:dadduce@komdr.com]
**Sent:** Thursday, February 15, 2018 2:22 PM
**To:** Rick Gehrmann
**Cc:** Tara Kolk
**Subject:** RE: Palos Crossing - 21784401

Rick:

Your letter is vague and confusing. What exactly do you mean by ". . . we [Selective] have not received proof that a covered cause of loss occurred. . . ."? Are you saying Selective has not received proof of a loss? Or, are you saying that the proof received by Selective does not demonstrate that a covered loss occurred?

Notwithstanding, I believe Selective has both, but please clarify what you mean by that sentence in your letter.

David S. Adduce
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL 60606-1288
Direct: (312) 528-3824
Fax: (312) 236-6706
E-Mail: dadduce@komdr.com
Website: www.komdr.com

** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

NOTICE: This e-mail message and all attachments transmitted with it are solely for the use of the intended recipient and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient,

1

or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately, by e-mail reply, and please then delete this message and any attachments from your computer. Thank you. KELLY, OLSON, MICHOD, DeHAAN & RICHTER, L.L.C.

---

**From:** Rick Gehrmann [mailto:Rick.Gehrmann@selective.com]
**Sent:** Thursday, February 15, 2018 12:51 PM
**To:** David Adduce
**Cc:** Tara Kolk
**Subject:** RE: Palos Crossing - 21784401

David:
See my letter of today's date in regards to above mentioned claim.

Regards,

Rick Gehrmann
*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742

SELECTIVE*

---

**From:** David Adduce [mailto:dadduce@komdr.com]
**Sent:** Monday, February 12, 2018 4:12 PM
**To:** Rick Gehrmann; Tammy Spilis
**Subject:** RE: Palos Crossing - 21784401

Rick:

See my letter of today's date on behalf of the Insured. Please contact me or respond by 2/22/2018 as requested in the attached letter.

David S. Adduce
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL 60606-1288
Direct: (312) 528-3824
Fax: (312) 236-6706
E-Mail: dadduce@komdr.com
Website: www.komdr.com

---

***********************************************************************
NOTICE: This e-mail message and all attachments transmitted with it are solely for the use of the intended recipient and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient,

or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately, by e-mail reply, and please then delete this message and any attachments from your computer. Thank you. KELLY, OLSON, MICHOD, DeHAAN & RICHTER, L.L.C.

**From:** Rick Gehrmann [mailto:Rick.Gehrmann@selective.com]
**Sent:** Monday, January 29, 2018 2:36 PM
**To:** David Adduce; Tammy Spilis
**Subject:** RE: Palos Crossing - 21784401

Hello:
Please find the attached letter in regards to the investigation of this claim. A review of the claim has been completed and determined that a Covered Cause of Loss did not occur.

Regards,

Rick Gehrmann
*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742
SELECTIVE

**From:** Rick Gehrmann
**Sent:** Friday, January 26, 2018 4:28 PM
**To:** 'David Adduce'; 'Tammy Spilis'
**Subject:** Palos Crossing - 21784401

Hello:
I wanted to reach out before the end of the business day as I've been on the road much of today traveling. I've reached out to my Supervisor, Tara Kolk, 517-667-0745 to check status of review. I will be in touch on Monday in regards to status.

Regards,

Rick Gehrmann
*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742
SELECTIVE

3

**David Adduce**

| | |
|---|---|
| **From:** | David Adduce |
| **Sent:** | Wednesday, March 07, 2018 2:06 PM |
| **To:** | 'Rick Gehrmann' |
| **Subject:** | RE: Palos Crossing - 21784401 |

Rick:

Your 3/2/17 email below states that Selective has not received documents demonstrating that a covered loss has occurred. Selective has acknowledged receipt of the Insured's claim and a copy of the police report, and the Insured has submitted to Selective a listing of the damaged or vandalized portions of the building and of the vandalized or stolen personal property, as well as before and after photographs, receipts and quotes. The Insured has fully cooperated with Selective and has granted Selective ever opportunity to inspect the property, etc. Indeed, Selective has inspected the property and damage.

There can be no legitimate issue as to the occurrence of the loss, damage, theft and/or vandalism here. Under the policy, the Selective is obligated to pay for direct physical loss of or damage to Covered Property, i.e. the Building and Business Personal Property as defined therein. Such a loss and damages has occurred, and the Insured has provided support and evidence of such loss and damage.

Can you please be clear and specific as to what else Selective requires in order to demonstrate that a covered loss has occurred? What further documents or types of documents does Selective need?

The Insured wishes to simply determine the specific basis for your statement that the documents submitted by the Insured (and observed by Selective's property inspection) are lacking in some unspecified way, and to work with you to attempt to rectify and resolve that concern.

Thanks.


**David S. Adduce**
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL 60606-1288
Direct: (312) 528-3824
Fax: (312) 236-6706
E-Mail: dadduce@komdr.com
Website: www.komdr.com


*****************************************************************************
NOTICE: This e-mail message and all attachments transmitted with it are solely for the use of the intended recipient and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately, by e-mail reply, and please then delete this message and any attachments from your computer. Thank you. KELLY, OLSON, MICHOD, DeHAAN & RICHTER, L.L.C.

1

**From:** Rick Gehrmann [mailto:Rick.Gehrmann@selective.com]
**Sent:** Friday, March 02, 2018 10:25 AM
**To:** David Adduce
**Subject:** RE: Palos Crossing - 21784401

David:
The documents received to date does not demonstrate that a covered loss has occurred.

Thanks,

# Rick Gehrmann

*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742

SELECTIVE*

---

**From:** David Adduce [mailto:dadduce@komdr.com]
**Sent:** Thursday, February 15, 2018 2:22 PM
**To:** Rick Gehrmann
**Cc:** Tara Kolk
**Subject:** RE: Palos Crossing - 21784401

Rick:

Your letter is vague and confusing. What exactly do you mean by ". . . we [Selective] have not received proof that a covered cause of loss occurred. . . ."? Are you saying Selective has not received proof of a loss? Or, are you saying that the proof received by Selective does not demonstrate that a covered loss occurred?

Notwithstanding, I believe Selective has both, but please clarify what you mean by that sentence in your letter.

**David S. Adduce**
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL 60606-1288
Direct: (312) 528-3824
Fax: (312) 236-6706
E-Mail: dadduce@komdr.com
Website: www.komdr.com

*******************************************************************
NOTICE: This e-mail message and all attachments transmitted with it are solely for the use of the intended recipient and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

If you have received this message in ___or, please notify the sender immediately___ e-mail reply, and please then delete this message and any attachments from your computer. Thank you. KELLY, OLSON, MICHOD, DeHAAN & RICHTER, L.L.C.

---

**From:** Rick Gehrmann [mailto:Rick.Gehrmann@selective.com]
**Sent:** Thursday, February 15, 2018 12:51 PM
**To:** David Adduce
**Cc:** Tara Kolk
**Subject:** RE: Palos Crossing - 21784401

David:
See my letter of today's date in regards to above mentioned claim.

Regards,

# Rick Gehrmann

*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742

SELECTIVE®

---

**From:** David Adduce [mailto:dadduce@komdr.com]
**Sent:** Monday, February 12, 2018 4:12 PM
**To:** Rick Gehrmann; Tammy Spilis
**Subject:** RE: Palos Crossing - 21784401

Rick:

See my letter of today's date on behalf of the Insured. Please contact me or respond by 2/22/2018 as requested in the attached letter.


**David S. Adduce**
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
333 West Wacker Drive
Suite 2000
Chicago, IL 60606-1288
Direct: (312) 528-3824
Fax: (312) 236-6706
E-Mail: dadduce@komdr.com
Website: www.komdr.com


*********************************************************************
NOTICE: This e-mail message and all attachments transmitted with it are solely for the use of the intended recipient and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

If you have received this message ●●● or, please notify the sender immediately ●●● e-mail reply, and please then delete this message and any attachments from your computer. Thank you. KELLY, OLSON, MICHOD, DeHAAN & RICHTER, L.L.C.

---

**From:** Rick Gehrmann [mailto:Rick.Gehrmann@selective.com]
**Sent:** Monday, January 29, 2018 2:36 PM
**To:** David Adduce; Tammy Spilis
**Subject:** RE: Palos Crossing - 21784401

Hello:
Please find the attached letter in regards to the investigation of this claim. A review of the claim has been completed and determined that a Covered Cause of Loss did not occur.

Regards,

# Rick Gehrmann

*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742

◈ SELECTIVE

---

**From:** Rick Gehrmann
**Sent:** Friday, January 26, 2018 4:28 PM
**To:** 'David Adduce'; 'Tammy Spilis'
**Subject:** Palos Crossing - 21784401

Hello:
I wanted to reach out before the end of the business day as I've been on the road much of today traveling. I've reached out to my Supervisor, Tara Kolk, 517-667-0745 to check status of review. I will be in touch on Monday in regards to status.

Regards,

# Rick Gehrmann

*Property Claims Specialist – Domiciled in Minnesota*
Phone 612-289-6600
Fax 855-883-0605
Mailing Address
P.O. Box 7264
London, KY 40742

◈ SELECTIVE

4

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

**EXHIBIT**

**B**

PALOS CROSSINGS, L.L.C.,
an Illinois limited liability company,

        Plaintiff,

   v.

SELECTIVE INSURANCE COMPANY
OF AMERICAN, a New Jersey Insurance
Company, and subsidiary of Selective Insurance
Group, Inc., a New Jersey Corporation;

SELECTIVE INSURANCE GROUP, INC.,
a New Jersey corporation; and

SELECTIVE INSURANCE COMPANY
OF SOUTH CAROLINA, an Indiana insurance
corporation, and subsidiary of Selective Insurance
Group, Inc. a New Jersey corporation,

        Defendant.

Case No.: 18CH03854

## DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Selective Insurance Company of America, Selective Insurance Group, Inc., and Selective Insurance Company of South Carolina, by and through their attorneys, Meredith A. Webster and Kimberly M. Hare, hereby notify this Court that, on the 30th day of April, 2018, they removed this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1441. A copy of the Notice of Removal filed in the United States District Court for the Northern District of Illinois, is attached to this Notice as **EXHIBIT 1**.

Respectfully submitted,


/s/ Meredith A. Webster
Meredith A. Webster   IL #6305145
Kimberly M. Hare      IL #6323326
KUTAK ROCK LLP
Once South Wacker, Suite 2050
Chicago, IL 60606
Telephone:  (312) 612-4100
Facsimile:  (312) 612-4101
meredith.webster@kutakrock.com
kimberly.hare@kutakrock.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's e-filing system.

David S. Adduce
Marc J. Chalfen
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
Firm ID No. 37474
333 West Wacker Drive Suite 2000
Chicago IL 60606
(312) 236-6700
dadduce@komdr.com
mchalfen@komdr.com
**ATTORNEY FOR PLAINTIFF**


/s/ Meredith A. Webster
**ATTORNEY FOR DEFENDANTS**