IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PALOS CROSSINGS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY OF AMERICA, et al., <br><br> Defendants. | Case No.: 1:18-cv-03067 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Palos Crossings, L.L.C. and Defendant Selective Insurance Company of America, by and through their counsel of record, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiff dismisses with prejudice all claims and causes of action against Defendant, with each party to bear its own costs.

Respectfully submitted,

*/s/ David S. Adduce*
David S. Adduce
Kelly, Olson, Michod, DeHaan & Richter, LLC
333 West Wacker Drive, Suite 2000
Chicago, IL 60606
Telephone: (312) 236-6700
dadduce@komdr.com
**ATTORNEYS FOR PLAINTIFF**

*and*

*/s/ Meredith A. Webster*
Meredith A. Webster   IL #6305145
Kimberly M. Hare      IL #6323326
KUTAK ROCK LLP
Once South Wacker, Suite 2050
Chicago, IL 60606
Telephone:  (312) 612-4100
meredith.webster@kutakrock.com
kimberly.hare@kutakrock.com
**ATTORNEYS FOR DEFENDANTS**